MICHAEL J. DALEY, ESQ. (State Bar No.: 157699)
**RYAN & LIFTER**
A Professional Corporation
2010 Crow Canyon Place, Suite 330
San Ramon, CA 94583
Tel: (925) 884-2080
Fax: (925) 884-2090

Attorneys for Defendant/Cross-Complainant
ADELPHIA COMMUNICATIONS
CORPORATION, aka Century Mendocino Cable
TV dba Adelphia Cable Communications

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C 07 2257 JCS

| | |
|---|---|
| SIFA TUIAKI and LUPE TUIAKI,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS & ELECTRIC COMPANY; PAULEY CONSTRUCTION, INC.; TRAFFIC SOLUTIONS, INC.; ADELPHIA TELECOMMUNICATIONS CO., INC.; SBC TELECOMMUNICATIONS, INC.; MOBILE TOOL INTERNATIONAL, INC., dba TELSTA; COUNTY OF MENDOCINO; STATE OF CALIFORNIA; PACIFIC BELL TELEPHONE COMPANY; PACIFIC TELESIS GROUP; SBC OPERATIONS, INC.; and DOES 1 to 100,<br><br>Defendants. | Case No.:<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1452 AND 28 U.S.C. § 1334** |
| ADELPHIA COMMUNICATIONS CORPORATION, aka CENTURY MENDOCINO CABLE TV dba ADELPHIA CABLE COMMUNICATIONS,<br><br>Cross-Complainant,<br><br>v.<br><br>PAULEY CONSTRUCTION, INC., and ROES 1 to 50, INCLUSIVE,<br><br>Cross-Defendants. | |

1

NOTICE OF REMOVAL
H:\DATA\CUSTOMER\L.637\USDC\Pleadings\Notice of Removal.wpd

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant/cross-complainant ADELPHIA COMMUNICATIONS CORPORATION, aka Century Mendocino Cable TV dba Adelphia Cable Communications (hereinafter "ADELPHIA") hereby removes to this Court the state court action described below.

1. On June 23, 2004 an action was commenced in the Superior Court of the State of California in and for the County of San Francisco, entitled *Sifi Tuiaki, et al v. Adelphia Communications Corporation and Century, et al*, Case Number CGC-04-432476. A copy of the complaint is attached hereto as Exhibit "A."

2. On April 7, 2005 the case was consolidated with Case Numbers 04-429352 and 03-419761 in the Superior Court of the State of California in and for the County of San Francisco.

3. On or about January 11, 2007, plaintiffs Sifi Tuiaki and Lupe Tuiaki settled their causes of action with all defendants, including PAULEY and ADELPHIA. Thereby remaining action is the cross-complaint by ADELPHIA against PAULEY.

4. On February 22, 2007, ADELPHIA filed its 1st Amended Cross-Complaint against, *inter alia*, PAULEY CONSTRUCTION CORPORATION (hereinafter "PAULEY").

5. On March 26, 2007, PAULEY demurred to ADELPHIA's 1st Amended Cross-Complaint, for the first time raising issues arising under the bankruptcy code, the ADELPHIA Chapter 11 Cases and the corresponding Confirmation Plan. Attached hereto as Exhibit "B" is a true and correct copy of PAULEY's demurrer to ADELPHIA's 1st Amended Cross-Complaint.

6. On April 11, 2007 ADELPHIA filed its 2nd Amended Cross-Complaint based on newly discovered evidence. Attached hereto as Exhibit "C" is a true and correct copy of ADELPHIA's 2nd Amended Cross-Complaint.

7. Based on the filing of the subsequent pleading, PAULEY took the hearing to its demurrer to ADELPHIA's 1st Amended Cross-Complaint off calender, and filed its demurrer to ADELPHIA's 2nd Amended Cross-Complaint on April 17, 2007 raising issues substantially the same as those raised in its demurrer to ADELPHIA's 1st Amended Cross-Complaint . Attached hereto as

///

LAW OFFICES OF
**RYAN & LIFTER**
A PROFESSIONAL CORPORATION
2010 Crow Canyon Pl., Ste. 330
San Ramon, CA 94583-1433
TEL: (925) 884-2080
FAX: (925) 884-2090

2

NOTICE OF REMOVAL
H:\DATA\CUSTOMER\L637\USDC\Pleadings\Notice of Removal.wpd

1  Exhibit "D" is a true and correct copy of PAULEY's demurrer to ADELPHIA's 2nd Amended Cross-
2  Complaint.
3      8.  On June 25, 2002, ADELPHIA filed a petition for bankruptcy in the United States
4  Bankruptcy Court, Southern District of New York, Case Number 02-41729 (REG). On January 5,
5  2007, Judge Robert E. Gerber entered an Order Confirming First Modified Fifth Amended Joint
6  Chapter 11 Plan for Adelphia Communications Corporation and Certain of Its Affiliated Debtors
7  (hereinafter the "Plan") docket number 12952. See ADELPHIA's request for judicial notice of the
8  Order and Plan. The Plan stated the Bankruptcy Court "shall retain and shall have exclusive
9  jurisdiction over any matter (a) arising under the Bankruptcy Code, (b) arising in or related to the
10 Chapter 11 Cases or the Plan . . ."
11     9.  28 U.S.C. 1452 states "A party may remove any claim or cause of action in a civil
12 action . . . . to the district court for the district where such civil action is pending, if such district court
13 has jurisdiction of such claim or cause of action under section 1334 of this title."
14     10. Federal Rule of Bankruptcy Procedure 9027(a) provides "A notice of removal shall be
15 filed with the clerk for the district and division within which is located the state or federal court where
16 the civil action is pending."
17     11. 28 U.S.C. 1334 provides in part that "(a) Except as provided in subsection (b) of this
18 section, the district courts shall have original and exclusive jurisdiction of all cases under title 11."
19     12. PAULEY requested the Superior Court of San Francisco County take judicial notice
20 the "Pleadings and documents filed in United States Bankruptcy court, Southern District of New York,
21 *In Re Adelphia Communications Corporation, et al.*, Chapter 11 Cases, Case No. 02-41729 (REG)."
22 Attached hereto as Exhibit "E" is a true and correct copy of PAULEY's Request for Judicial Notice
23 Pursuant to its Demurrer.
24     13. PAULEY's memorandum in support of its demurrer, Exhibit "F", make broad
25 assertions that the status of ADELPHIA's Bankruptcy served as a defense to PAULEY/ADELPIA
26 contractual indemnity and named insured clauses. At the same time, PAULEY filed a proof of claim
27 in the ADELPHIA Bankruptcy, submitting itself to the jurisdiction of the U.S. Bankruptcy Court,
28 ///

LAW OFFICES OF
**RYAN & LIFTER**
A PROFESSIONAL CORPORATION
2013 Crow Canyon Pl. Ste. 330
San Ramon, CA 94583-1433
TEL: (925) 884-2080
FAX: (925) 884-2090

3

NOTICE OF REMOVAL
H:\DATA\CUSTOMER\L637\USDC\Pleadings\Notice of Removal.wpd

1  Southern District of New York. See 11 U.S.C. 106(b), see also *S.G. Phillips Construction, Inc. v. City
2  of Burlington*, 45 F.3d 702, 704-08 (2nd Cir. 1995).
3      WHEREFORE, ADELPHIA COMMUNICATIONS CORPORATION, aka Century
4  Mendocino Cable TV dba Adelphia Cable Communications files this Notice of Removal and seeks or
5  will seek transfer of this case to United States Bankruptcy Court, Southern District of New York, Case
6  Number 02-41729 (REG)
7  Date: April 25, 2007

RYAN & LIFTER
A Professional Corporation

By _____
MICHAEL J. DALEY

Attorney for Defendant/Cross-Complainant
ADELPHIA COMMUNICATIONS
CORPORATION, aka Century Mendocino Cable
TV dba Adelphia Cable Communications

LAW OFFICES OF
RYAN & LIFTER
A PROFESSIONAL CORPORATION
2010 Crow Canyon Pl. Ste 330
San Ramon, CA 94583-1433
TEL: (925) 884-2080
FAX: (925) 884-2090

4

NOTICE OF REMOVAL
H:\DATA\CUSTOMER\L637\USDC\Pleadings\Notice of Removal.wpd