MICHAEL J. DALEY, ESQ. (State Bar No.: 157699)
**RYAN & LIFTER**
A Professional Corporation
2010 Crow Canyon Place, Suite 330
San Ramon, CA 94583
Tel: (925) 884-2080
Fax: (925) 884-2090

Attorneys for Defendant/Cross-Complainant
ADELPHIA COMMUNICATIONS
CORPORATION, aka Century Mendocino Cable TV dba Adelphia Cable Communications

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIFA TUIAKI and LUPE TUIAKI,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS & ELECTRIC COMPANY; PAULEY CONSTRUCTION, INC.; TRAFFIC SOLUTIONS, INC.; ADELPHIA TELECOMMUNICATIONS CO., INC.; SBC TELECOMMUNICATIONS, INC.; MOBILE TOOL INTERNATIONAL, INC., dba TELSTA; COUNTY OF MENDOCINO; STATE OF CALIFORNIA; PACIFIC BELL TELEPHONE COMPANY; PACIFIC TELESIS GROUP; SBC OPERATIONS, INC.; and DOES 1 to 100,<br><br>Defendants. | Case No.: C 07 2257<br><br>REQUEST FOR JUDICIAL NOTICE NOTICE |
| ADELPHIA COMMUNICATIONS CORPORATION, aka CENTURY MENDOCINO CABLE TV dba ADELPHIA CABLE COMMUNICATIONS,<br><br>Cross-Complainant,<br><br>v.<br><br>PAULEY CONSTRUCTION, INC., and ROES 1 to 50, INCLUSIVE,<br><br>Cross-Defendants. | |

1

**REQUEST FOR JUDICIAL NOTICE**
H:\DATA\CUSTOMER\1637\USDC\Pleadings\RFJN.wpd

1  NOW COMES ADELPHIA COMMUNICATIONS CORPORATION, aka Century
2  Mendocino Cable TV dba Adelphia Cable Communications (hereinafter "ADELPHIA"), by and
3  through its attorneys Ryan & Lifter, and requests this Court take Judicial Notice of docket entries
4  12952 and 12770 from the United States Bankruptcy Court, Southern District of New York
5  ECF/PACER Docket for, *In Re Adelphia Communications Corporation*, Case No. 02-41729-REG
6  which are the "Order Confirming First Modified Fifth Amended Joint Chapter 11 Plan for Adelphia
7  Communications Corporation and Certain of Its Affiliated Debtors," and the "First Modified Fifth
8  Amended Joint Chapter 11 Plan for Adelphia Communications Corporation and Certain of Its
9  Affiliated Debtors."

10  Courts may take judicial notice of facts "[g]enerally known within the territorial jurisdiction of
11  the trial court, or ...[c]apable of accurate and ready determination by resort to sources whose accuracy
12  cannot be reasonably questioned" (F.R.E. 201(b)). The docket entries are readily accessible through
13  the ECF/PACER system, and easily verifiable by this Court.

14  WHEREFORE, ADELPHIA requests this Court grant its request to take judicial notice of
15  "Order Confirming First Modified Fifth Amended Joint Chapter 11 Plan for Adelphia
16  Communications Corporation and Certain of Its Affiliated Debtors", and the "First Modified Fifth
17  Amended Joint Chapter 11 Plan for Adelphia Communications Corporation and Certain of Its
18  Affiliated Debtors" for purposes of ADELPHIA's Notice of Removal.

19  Date: April 25, 2007

20  RYAN & LIFTER
    A Professional Corporation

22  By _____
         MICHAEL J. DALEY

24  Attorney for Defendant/Cross-Complainant
    ADELPHIA COMMUNICATIONS
    CORPORATION, aka Century Mendocino Cable
    TV dba Adelphia Cable Communications

LAW OFFICES OF
RYAN &
LIFTER
A PROFESSIONAL CORPORATION
2010 Crow Canyon Pl, Ste 330
San Ramon, CA 94583-1433
TEL: (925) 884-2080
FAX: (925) 884-2090

2

REQUEST FOR JUDICIAL NOTICE
H:\DATA\CUSTOMER\L637\USDC\Pleadings\RFJN.wpd