```
 1  MICHAEL J. DALEY, ESQ. (State Bar No.: 157699)
    RYAN & LIFTER
 2  A Professional Corporation
    2010 Crow Canyon Place, Suite 330
 3  San Ramon, CA 94583
    Tel:  (925) 884-2080
 4  Fax:  (925) 884-2090

 5  Attorneys for Defendant/Cross-Complainant
    ADELPHIA COMMUNICATIONS
 6  CORPORATION, aka Century Mendocino Cable
    TV dba Adelphia Cable Communications
 7
```

FILED
APR 25 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

JCS

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIFA TUIAKI and LUPE TUIAKI,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS & ELECTRIC COMPANY; PAULEY CONSTRUCTION, INC.; TRAFFIC SOLUTIONS, INC.; ADELPHIA TELECOMMUNICATIONS CO., INC.; SBC TELECOMMUNICATIONS, INC.; MOBILE TOOL INTERNATIONAL, INC., dba TELSTA; COUNTY OF MENDOCINO; STATE OF CALIFORNIA; PACIFIC BELL TELEPHONE COMPANY; PACIFIC TELESIS GROUP; SBC OPERATIONS, INC.; and DOES 1 to 100,<br><br>Defendants. | Case No. C 07 2257<br><br>DECLARATION OF MICHAEL J. DALEY IN SUPPORT OF NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1452 AND 28 U.S.C. § 1334 |
| ADELPHIA COMMUNICATIONS CORPORATION, aka CENTURY MENDOCINO CABLE TV dba ADELPHIA CABLE COMMUNICATIONS,<br><br>Cross-Complainant,<br><br>v.<br><br>PAULEY CONSTRUCTION, INC., and ROES 1 to 50, INCLUSIVE,<br><br>Cross-Defendants. | |

LAW OFFICES OF
RYAN & LIFTER
A PROFESSIONAL CORPORATION
2010 Crow Canyon Pl. Ste 330
San Ramon, CA 94583-1433
TEL: (925) 884-2080
FAX: (925) 884-2090

1

DEC. OF MICHAEL J. DALEY IN SUPPORT OF NOTICE OF REMOVAL
H:\DATA\CUSTOMER\L637\USDX\Pleadings\Atty Dec Notice of Removal.wpd

I, MICHAEL J. DALEY,

1. I am an attorney of law duly admitted to practice before all of the courts of the State of California and the United States District Court, Northern District of California, and am a shareholder in the law firm of RYAN & LIFTER, attorneys of record for Defendant/cross-complainant ADELPHIA COMMUNICATIONS CORPORATION, aka Century Mendocino Cable TV dba Adelphia Cable Communications (hereinafter "ADELPHIA") in this action. I make this declaration in support of Defendant/Cross-Complainant ADELPHIA's Notice of Removal in the above entitled action.

2. A true and correct copy of the June 23, 2004 action filed in the Superior Court of the State of California in and for the County of San Francisco entitled *Sifi Tuiaki, et al. v. Adelphia Communications Corporation and Century, et al.*, Case Number CGC 04-432476 is attached hereto as Exhibit "A."

3. A true and correct copy of PAULEY CONSTRUCTION CORPORATION's (hereinafter "PAULEY") Notice of Hearing, Demurrer to ADELPHIA's First Amended Cross-Complaint, Memorandum in Support, and Request for Judicial Notice is attached hereto as Exhibit "B."

4. A true and correct copy of defendant/cross-complainant ADELPHIA's Second Amended Cross-Complaint is attached hereto as Exhibit "C."

5. A true and correct copy of defendant/cross-defendant PAULEY's Notice of Hearing, Demurrer to ADELPHIA's Second Amended Cross-Complaint, Memorandum in Support, and (Proposed) Order is attached hereto as Exhibit "D."

6. A true and correct copy of defendant/cross-defendant PAULEY's Request for Judicial Notice in support of its demurrer to ADELPHIA's Second Amended Cross-Complaint is attached hereto as Exhibit "E."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 25th day of April, 2007, in San Ramon, California.

MICHAEL J. DALEY

LAW OFFICES OF
RYAN & LIFTER
A PROFESSIONAL CORPORATION
2010 Crow Canyon Pl, Ste 330
San Ramon, CA 94583-1433
TEL: (925) 884-2080
FAX: (925) 884-2090

2

DEC. OF MICHAEL J. DALEY IN SUPPORT OF NOTICE OF REMOVAL
H:\DATA\CUSTOMER\L637\USDC\Pleadings\Atty Dec Notice of Removal.wpd