the amount of each utility used; and the Contractor shall remove
the same prior to final acceptance of the work.

L.    OTHER CONTRACTS

Adelphia may undertake or award other contracts for additional work,
and the Contractor shall fully cooperate with such other contractors
and Adelphia's employees and carefully fit its own work to such
additional work as may be contracted for by Adelphia's employees.

M.    BINDING EFFECT

This Agreement shall be binding upon and insure to the benefits of the
parties hereto, their successors, representatives, and assigns.

N.    SURVIVAL

The final payment and acceptance by Adelphia shall not relieve
Contractor of its obligations to indemnify and protect Adelphia against
liens of mechanics and materialmen, nor relieve Contractor of any
other obligations provided for in this Agreement which continues
beyond the date of such final acceptance.

O.    INVALID PROVISIONS

Any provisions in this Agreement that may be deemed illegal, invalid,
or unenforceable in any state, shall fail by itself in the state, but shall in
no way be held to invalidate any of the remaining provisions otherwise
not illegal, invalid or unenforceable.

P.    LIMITED LIABILITY

In no event shall Adelphia be liable to Contractor or its subcontract(s),
if any, for indirect, special or consequential damages.

Q.    SUPERSEDING EFFECT

This Contract supersedes all oral or written agreements, if any,
between the parties and constitutes the entire agreement between the
parties with respect to the work to be performed under this Contract.

Revised: November 10, 1999

**PAULEY 0050**

40.    NOTICES AND CORRESPONDENCE

All notices and correspondence shall be sent by either party to the other in all matters dealing with this Contract to the following addresses:

A.    To Adelphia:          <u>CENTURY MENDOCINO CABLE TV:</u>

d/b/a Adelphia Cable Communication
Main At Water Street
Coudersport, PA. 16915
Attention: Michael J. Rigas

With Copy to:          Legal Department
Adelphia Cable Communication
Main At Water Street
Coudersport, PA   16915

B.    To the Contractor:          <u>PAULEY CONSTRUCTION, INC.</u>

<u>2021 WEST MELINDA LANE</u>

<u>PHOENIX, ARIZONA 85027</u>

Attention: <u>DAN H.</u>

or any other address provided prior written notice is given to the other party.

Revised: November 10, 1999

**PAULEY 0051**

IN WITNESS WHEREOF, the parties hereto have executed this
Contract which is effective as of _____ _____, ____.

Attest:

_____

*Michael J. Rigas*
Signature: _____

_____
Michael J. Rigas
Executive Vice-President

Attest:

Signature _____          July 7th, 2000

DAN HERNANDEZ,  GENERAL MANAGER
_____
Printed Name and Title

Revised: November 10, 1999

33

PAULEY 0052

EXHIBIT "A"

STATEMENT OF WORK

INSTALL 185 PAD MOUNTED PWR SUPPLIES
COMPLETE 140 MILES AERIAL REBUILD
COMPLETE 202 MILES AERIAL UPGRADE
COMPLETE 23 UNDERGROUND REBUILD
COMPLETE 45 UNDERGROUND UPGRADE
COMPLETE 25 MILES AERIAL POINT TO POINT FIBER.

Revised: November 10, 1999

PAULEY 0053

EXHIBIT "B"

PAYMENT SCHEDULE

1.    SCHEDULE

Payments shall be due to the Contractor in accordance with the following schedule.

| . WEEKLY INVOICING BY NODE NUMBER. |
| --- |
| * SEE BID PRICE* |

2.    INVOICING

The Contractor shall submit an invoice along with the weekly report, signed by authorized personnel from Adelphia and the contractor for each payment. The invoice is then forwarded to the system and signed, from there it is forwarded to Adelphia's Accounts Payable department. Payment will be made approximately sixty (60) days after approval of the invoice by the system.

Revised: November 10, 1999

PAULEY 0054

EXHIBIT "C"

PERFORMANCE SCHEDULE

The Contractor shall complete the work in accordance with the following schedule.

| | |
|---|---|
| 40 MILES – OCT-NOV 2000 | |
| 40 MILES – NOV-DEC 2001 | |
| 20 MILES – JAN 2001 | |
| 20 MILES – FEB 2001 | |
| 50 MILES – MAR 2001 | |
| 63 MILES – APR 2001 | |
| 75 MILES – MAY 2001 | |
| 65 MILES – JUN 2001 | |
| 37 MILES – JUL 2001 | |
| | |
| | |
| | |

Revised: November 10, 1999

PAULEY 0055



EXHIBIT "D"

PROPERTY SCHEDULE

ESTIMATED PROPERTY SCHEDULE

185 POWER SUPPLIES
401 MILES OF ACTIVES AND PASS RF ELECTRONICS
234 OPTICAL NODES
168 LINEAR MILES OF FIBER CABLE

Revised: November 10, 1999

PAULEY 0056



## EXHIBIT "E"

## EEO POLICY

It is Adelphia's policy to encourage minority and female entrepreneurs to conduct business with all parts of its operation. For this purpose, Adelphia maintains community contacts and encourages present employees to refer minority and female owned businesses that wish to do business with the company.

Revised: 3/17/00

# ADELPHIA

## Contractor Pricing Format
### Project Name: <u>Mendocino, CA</u>
### (includes Ukiah, Willits, Ft. Bragg)
### Contractor Name: <u>Pauley Construction, Inc.</u>

NOV 2 7 2000

Basic Menu for Pricing:

This basic menu of prices covers the following areas of identified work:

1.  Strand
2.  Cable
3.  Additional Cable
4.  Set up Fee
5.  Splice
6.  Activation/Balance
7.  Power Supply
8.  Wreckout/Disposal
9.  Overlash Coax/"A" Fiber
10. Delash
11. Delash/Relash
12. Upgrade Splicing/Activation
13. Integrated Messenger Cable/Conduit
14. Trenching 18"-24"
15. Trenching 36"
16. Boring
17. Asphalt Cut Composite
18. Dig-Up
19. Install Fiber
20. Overlash Fiber
21. Fiber in Conduit
22. Splice Fiber
23. Fiber Splice Closure
24. Fiber Mid-Entry
25. Re-enter Splice Enclosure
26. Storage Loops (as needed for special jobs)
27. Pole Transfers
28. Placement of Pedestals

Work which is required but not included in the above menu will be subject to mutual agreement <u>before</u> being added to the menu. This agreement <u>must</u> be sent to corporate for <u>final approval.</u>

Note:   All pricing includes traffic control and associated permits/licenses.
        All construction shall be in compliance with all utility, municipality, highway department, public works, NESC and Adelphia codes and specifications.

        All equipment and materials shall be installed in compliance with manufacturer's and/or Adelphia's practices and specifications.

PAULEY 0058

## AERIAL

1.     Strand – Includes installation of all strand and hardware required for complete and proper construction of a standard CATV plant. Construction will be in accordance with Adelphia Communications Corporation's CONSTRUCTION SPECIFICATIONS, as well as all utility, municipality, highway department and NESC requirements. Specific functions include installation of strand and hardware, guys, anchors, side arms, bonds, vertical grounds and tree trimming, etc., as required.

Strand $ 0.55 per Strand ft.

2.     Cable – Includes the installation of express and/or feeder cable(s) to accommodate a single system with backfeeds. All cable bundles of three (3) or more will be double lashed and feeder cable will be single lashed, except as noted on Adelphia specifications.

Cable $ 0.53 per CBS ft.

3.     Additional Cable – Installation of cables in excess of three cables.

Each Additional Cable $ 0.20 per CBS ft.

4.     Set-up Fee – A trip charge for pulls under 500'

Set-up fee $ 125.00 ea.

5.     Splice – Using RFI fittings, includes the installation of all taps, amplifiers, nodes, and passive devices, with heat shrink tubing or biaqua seal on all fittings and housing-to-housing connectors.

Splice $ 0.50 per CBS/LT ft.

6.     Activation/Balance – Includes the installation of all filters, modules, fuses, etc., required providing RF, AC and reverse continuity for proper plant operation. Includes balance of all nodes, amplifiers, and line extenders to +/- 1 dB of specified operational levels. Also includes documentation of EOL readings at four (4) specified frequencies, and four (4) reverse readings at all actives. In addition, all plant will require proof of compliance for signal leakage as required by the FCC.

Forward Activation/Balance $ 0.15 per CBS/LT ft.
Reverse Activation/Balance $ 0.16 per CBS/LT ft.

2

PAULEY 0059

Revised: 3/17/00

7.    Power Supply – Includes the placement of power supply, conduit, pad, breaker box, grounding and bonding electrodes, wiring, and meter base (if required), etc. as necessary for power company inspections, approval and activation. (Standby power supplies shall include installation of batteries and inverters.) Installation shall be done in accordance with utility, NESC, NEC and Adelphia specifications.

Standby Capable Aerial Power Supply $ 750.00 ea.
Standby Capable Underground Power Supply $ 750.00 ea.
Standby Aerial Power Supply $ 750.00 ea.
Standby Underground Power Supply $ 750.00 ea.

8.    Wreckout/Disposal – Includes the wreckout and proper disposal of abandoned CATV plant including hardware used to support the original system during the construction of the new system. Contractor has rights to all wreckout materials EXCEPT active electronics and 1GHz passives.

Wreckout $ 0.25 per ft.

9.    Overlash Coax – Includes overlash of coaxial cable to existing system in accordance with utility, NESC and Adelphia specifications. Includes tree trimming, resagging, etc. as required.

Overlash Coax $ 0.80 per CBS ft.
Each Additional Cable $ 0.45 per CBS ft.

10.    Delash – Includes the delash (removal) of existing cable(s) as identified in accordance with Adelphia specifications.

Delash $ 0.65 per CBS ft.

11.    Delash/Relash – Includes the delash (removal) of broken lashing wire and the relash of plant in accordance with Adelphia specifications.

Delash/Relash $ 0.81 per CBS ft.

12.    Upgrade Splicing/Activation – Includes all necessary splicing and/or re-splicing of all nodes, actives, taps and passives. Activation and balance to within +/- 1 dB of specified operational levels; reconnecting of existing drops with replacement of "F" connector as necessary, termination of all unused tap ports, bonding and grounding as required. Documentation of EOL readings at four (4)-specified frequencies plus four (4) reverse readings at all actives and CLI compliance as required by the FCC.

Forward Upgrade Splicing/Activation/Balance $ 0.74 per CBS/LT ft.
Reverse Activation/Balance $ 0.16 per CBS/LT ft.

PAULEY 0060

Revised: 3/17/00

13.   Integrated Messenger Cable/Conduit – Includes the installation of integrated messenger cable and/or conduit as well as all hardware, guys, anchors, side arms, bonds, vertical grounds, tree trimming, etc. as required in accordance with utility. NESC and Adelphia specification.

Integrated Messenger Cable/Conduit $ 1.50 per ft.

## UNDERGROUND

14.   **Trenching 18" to 24"** – Price includes all labor to trench, place all conduit(s) and/or cable(s), all restoration to original condition, placement of all pull boxes, risers, pedestals, underground warning tapes, locate wire, vaults, fiber markers, etc. The installation of all grounding and bonding electrodes as required by utilities, NESC and Adelphia specifications, etc. Includes all notification of landowners, utilities, municipalities, highway departments, public works, and "No Cuts" or like entity, etc., as required.

Trench 18" to 24" without conduit $ 7.50 per LT ft.
Trench 18" to 24" with conduit $ 8.50 per LT ft.
Trench 18" to 24" with conduit and coax $ 9.50 per LT ft.

15.   **Trenching 36"** – Price includes all labor to trench; place all conduit(s) and/or cable(s). All restoration to original condition, placement of all pull boxes, riser, pedestals, underground warning tapes, locate wire, vaults, fiber markers, etc., and installation of all grounding and bonding electrodes as required by utilities, NESC and Adelphia specifications, etc. Includes all notification of landowners, utilities, municipalities, highway departments, public works, and "No Cuts" or like entity etc., as required.

Trench 36" without conduit $ 10.00 per LT ft.
Trench 36" with conduit $ 10.50 per LT ft.
Trench 36" with conduit and coax $ 11.50 per LT ft.

16.   **Boring** – Price includes boring, placing of any conduit(s), placement of cable(s), including all notification of land owners, utilities, municipalities, highway departments, public works departments, etc., as required. All restoration to original condition, placement of all pedestals, warning tapes, locate wires, etc. and installation of all grounding and bonding electrodes as required by local codes and/or Adelphia construction specifications as measured from edge to edge of the obstruction being bored.

Up to 2" conduit Boring $ 16.00 per LT ft.
Each Additional 2" conduit $ 1.50 per LT ft.

3" conduit Boring $ 16.25 per LT ft.
Each additional 3" conduit $ 3.50 per LT ft.

4" Conduit Boring $16.25 Per LT ft.
Each Additional 4" conduit $ 7.50 per LT ft.

4

PAULEY 0061

Revised: 3/17/00

17.   Asphalt Cut Composite – Price includes all labor to cut and/or trench paved surfaces including the placement of all cable(s), conduit(s), and/or fibers. All restoration to original condition, notification of all land owners, utilities, municipalities, highway departments, public works departments, "No Cuts", or like organization, etc., in compliance with local codes and/or Adelphia specifications.

Asphalt Cut 24" $ 17.27 per LT ft.
Asphalt cut 36" $ 19.95 per LT ft.

18.   Dig-Up – Price includes all labor to reach existing fiber or coax/conduit.

Dig-Up $ 250.00 ea.

FIBER

*Note: All fiber prices include double lashing (two (2) or more fiber cables), identification tags, record of pulling tension, sequential numbering at pole locations, and installation of snowshoes on all fiber counts 72 and greater or smaller counts where required to maintain proper clearances.

19.   Install Fiber – includes the installation of fiber cable(s) to bare strand in accordance with Adelphia specifications.

Install Fiber $ 0.74 per FBS ft.
Each Additional Fiber $ 0.50 per FBS ft.

20.   Overlash Fiber – Includes the overlash of fiber cable(s) to existing system in accordance with Adelphia specifications including tree trimming, resagging, etc.

Overlash Fiber $ 0.84 per FBS ft.
Each Additional Fiber $ 0.50 per FBS ft.

21.   Fiber in Conduit – Includes the placement of fiber in the conduit system including the installation of storage loops (up to 10%) and riser guards, in accordance with Adelphia specifications.

Fiber in Conduit $ 0.75 per LT ft.
Overpull Fiber in Existing Conduit $ 1.50 per LT ft.

22.   Splice Fiber – Included all necessary preparation, documentation (OTDR recordings at 1310nm and 1550nm), and fusion splicing of fiber optic cable(s) in accordance with Adelphia specifications. Splice loss shall be no greater than .05 dB using two way averaging.

Splice Fiber $ 40.00 per fusion splice

5

PAULEY 0062

Revised: 3/17/00

23. **Fiber Splice Closure** – Installation of splice closure and storage of slack loop on the strand.

Fiber Splice Closure $ 200.00 ea.

24. **Fiber Mid-Entry** – Preparation of fiber for a mid-entry splice only.

Fiber Mid-Entry $ 300.00 ea.

25. **Re-enter Splice Enclosure**- Price to re-enter splice enclosure.

Re-enter $ 150.00 ea.

26. **Storage Loops** – Excess fiber cable will be pulled into storage loops at points noted on construction prints. At these points, slack footage will be stored in underground vaults or, in the case of aerial overlash, looped and secured with snowshoes as needed.

Aerial $ 100.00 ea.
Underground $ 50.00 ea.

27. **Pole Transfers**

In-Line $ 65.00 ea.
Deadend $ 90.00 ea.
Double Deadend $ 125.00 ea.
In-Line with Side Guy $ 90.00 ea.

28. **Placement of Pedestals**

Tap $ 35.00 ea.
Directional Coupler with Tap $ 45.00 ea.
Line Extender $ 55.00 ea.
Amplifier $ 65.00 ea.
Node $ 125.00 ea.

·6·

**PAULEY 0063**

# ADELPHIA
## Contractor Pricing Format
### Project Name: Mendocino, Ca.
### (Includes Ukiah, Willits & Ft. Bragg)
### Contractor Name: Pauley Construction, Inc.
### Utility Make-Ready Construction

| Utility Make-Ready Construction | Unit Cost |
|---|---|
| Place anchor placement/removal | |
| Place anchor plate | |
| A) 5/8" x 6' E/W 6" anchor plate | $ 195.00 ea. |
| B) 3/4" x 9' E/W 8" anchor plate | $ 250.00 ea. |
| C) 1" x 10' E/W 10" anchor plate | $ 250.00 ea. |
| D) 1- 1/4" x 10' E/W 10" anchor plate | $ 275.00 ea. |
| E) 1" x 10' E/W 20" anchor plate | $ 275.00 ea. |
| F) 1-1/4" x 10' E/W 24" anchor plate | $ 275.00 ea. |
| | |
| Place Manta Ray Anchor | |
| A) 3/4" x 10" E/W 8" Manta Ray | $ 195.00 ea. |
| B) 1" x 10' E/W 8" Manta Ray | $ 225.00 ea. |
| | |
| Anchor removal (all sizes) | $ 50.00 ea. |
| | |
| Down Guy Placement | |
| A)4M down guy | $ 35.00 ea. |
| B) 6M down guy | $ 40.00 ea. |
| C) 10M down guy | $ 45.00 ea. |
| D) 16M down guy | $ 50.00 ea. |
| E) 25M down guy | $ 60.00 ea. |
| | |
| Down guy removal (all sizes) | $ 20.00 ea. |
| | |
| Install Queenpost | $ 60.00 ea. |
| | |
| Relocate Queenpost | $ 60.00 ea. |
| | |
| Place overhead guy (all sizes) | $ 50.00 ea. |
| | |
| Overhead guy removal (all sizes) | $ 35.00 ea. |
| | |
| Reposition down guy on anchor rod | $ 25.00 ea. |

| | |
|---|---|
| Transfer guy to new anchor rod | $   40.00 ea. |
| Transfer guy to new pole | $   40.00 ea. |
| Place guy guard | $    5.00 ea. |
| Remove and place guy guard | $    8.50 ea. |
| Place auxiliary eye | $   15.50 ea. |
| Relocate auxiliary eye on same rod | $   12.50 ea. |
| Reconnect existing drop | $    8.00 ea. |
| Resag span | $  150.00 ea. |
| Place new drop | $   40.00 ea. |
| Place spreader bolt and hardware | $   25.00 ea. |
| Remove or rework spreader bolt | $   15.00 ea. |
| Replace (1) span of strand | $   75.00 ea. |
| Remove (1) span of strand | $   50.00 ea. |
| Splice broken strand, delash and relash cable, and place supports (per scan) | $  175.00 ea. |
| Place crossover clamp | $    5.00 ea. |
| Place box guard | $   12.00 ea. |
| Place tree guard | $    7.50 ea. |
| Trim trees and dispose of (per foot) | Hourly   ft |
| Re-secure hardware | $   15.00 ea. |
| Remove and replace insulation at request of others | $   20.00 ea. |
| Remove guard / extension arm | $   65.00 ea. |
| Raise & lower aerial plant | $   47.00 ea. |
| Re-work dead and pole | $   65.00 ea. |

PAULEY 0065

Place guard / extension arm                                    $   65.00  ea

Install vertical ground and rod                                $   37.00  ea.

**PAULEY 0066**

Revised: 3/17/00

Submitted by:                           Approved by:

Contractor Name: Pauley Construction, Inc.     Adelphia: _____

Address:        2021 West Melinda Lane      Address: 1 North Main Street _____

                Phoenix, Arizona 85027             Coudersport, PA 16915 _____

Signed:  _____     Signed: _____

Name:      Daniel Hernandez, Jr.         Name:    Thomas A. Niddel, Jr.
              (Please Print)                        (Please Print)

Title:       General Manager             Title: Vice President of Project Management

Date:        June 16, 2000               Date:    November 14, 2000

Witness: _____     Witness: Kris Barton

PAULEY 0067



*People Making a Difference*

# ADELPHIA

## PRICE MODIFICATION
### Engineering/Permitting
### Mendocino County, CA

| | | | |
|---|---|---|---|
| 1. | Walkout / Fielding includes Strand / Trench footages, existing and proposed anchoring, overhead guy's pole types, identify risers, ped / vault locations, house / lot counts; service / drop pole footages est. from existing plant, visual observation of make ready problems, Landmarks such as city offices, schools, churches, etc. Coordination with the City and County for existing maps to utilities and R.O.W. includes hand drawn maps, on velum or paper, to show landmarks and tie down footages. | $ .50/Lt. Ft | *ok* |
| 2. | Walkout / Fielding and Auto Cad Drafting of Power Supply to include permit to the City and/or County. | $ 150.00 / ea | *ok* |
| 3. | AutoCad Drafting of Permits (Aerial or Underground) to include submittal to the City or County ($150.00 minimum per locations). | $ .50/Lt. Ft | *ok* |
| 4. | Plotting:<br>A.  8 1/2" X 11"<br>B.  11" X 17"<br>C.  16" X 24"<br>D.  24" X 36"<br>E.  36" X 48" | $  2.00<br>$  3.00<br>$  6.00<br>$  8.00<br>$ 12.00 | *ok* |
| 5. | Hourly Cad drafting for items not covered by per Ft or UT. Must have written authorization, scope of work, and hourly not to exceed 40 hours per week. | ~~$ 33.00 / hr~~ | *delete* |
| 6. | Make ready Engineering<br>All applications will be typed. Includes profile of pole and all copies to be submitted. | ~~$ 12.00 / Pole~~ | *delete* |
| 7. | Pre-field for Project Management, Pre-fielding for permits and conduit verification. | ~~$ .25/ft~~ | *delete* |
| 8. | Right of way / easement agent<br>Individual is qualified to read and interpret engineering drawing, legal and non-property owners and understands the permit acquisition process. | ~~$ 77.50/hr~~ | *delete* |
| | | | |
| | | | |

PAULEY CONSTRUCTION, INC.                    ADELPHIA

Submitted by: _____        Accepted by: _____

Date: _____ 10-9-01              Date: 10/12/01

*PAULEY CONSTRUCTION, INC.*
*2021 W. Melinda Lane • Phoenix, AZ 85027*
*(623) 869-1104 - (623) 869-9088*

p:\cd\Adelphia price modification 09.06.01

**PAULEY 0068**   JAN 3 0 2002

Mendocino County

# ADELPHIA
## Contractor Pricing Format
### Project Name: Mendocino, Ca.
### (Includes Ukiah, Willits & Ft. Bragg)
### Contractor Name: Pauley Construction, Inc.
### Utility Make-Ready Construction

| Utility Make-Ready Construction | Unit Cost |
|---|---|
| Place anchor placement/removal | |
| Place anchor plate | |
| A) 5/8" x 6' E/W 6" anchor plate | $ 195.00 ea. |
| B) 3/4" x 9' E/W 8" anchor plate | $ 250.00 ea. |
| C) 1" x 10' E/W 10" anchor plate | $ 250.00 ea. |
| D) 1- 1/4" x 10' E/W 10" anchor plate | $ 275.00 ea. |
| E) 1" x 10' E/W 20" anchor plate | $ 275.00 ea. |
| F) 1-1/4" x 10' E/W 24" anchor plate | $ 275.00 ea. |
| | |
| Place Manta Ray Anchor | |
| A) 3/4" x 10" E/W 8" Manta Ray | $ 195.00 ea. |
| B) 1" x 10' E/W 8" Manta Ray | $ 225.00 ea. |
| | |
| Anchor removal (all sizes) | $ 50.00 ea. |
| | |
| Down Guy Placement | |
| A)4M down guy | $ 35.00 ea. |
| B) 6M down guy | $ 40.00 ea. |
| C) 10M down guy | $ 45.00 ea. |
| D) 16M down guy | $ 50.00 ea. |
| E) 25M down guy | $ 60.00 ea. |
| | |
| Down guy removal (all sizes) | $ 20.00 ea. |
| | |
| Install Queenpost | $ 60.00 ea. |
| | |
| Relocate Queenpost | $ 60.00 ea. |
| | |
| Place overhead guy (all sizes) | $ 50.00 ea. |
| | |
| Overhead guy removal (all sizes) | $ 35.00 ea. |
| | |
| Reposition down guy on anchor rod | $ 25.00 ea. |

EXHIBIT B

Transfer guy to new anchor rod ............................................. $ 40.00 ea.

Transfer guy to new pole ..................................................... $ 40.00 ea.

Place guy guard ................................................................... $ 5.00 ea.

Remove and place guy guard ............................................... $ 8.50 ea.

Place auxiliary eye .............................................................. $ 18.50 ea.

Relocate auxiliary eye on same rod ..................................... $ 12.50 ea.

Reconnect existing drop ...................................................... $ 8.00 ea.

Resag span ........................................................................ $ 150.00 ea.

Place new drop ................................................................... $ 40.00 ea.

Place spreader bolt and hardware ........................................ $ 25.00 ea.

Remove or rework spreader bolt .......................................... $ 15.00 ea.

Replace (1) span of strand .................................................. $ 75.00 ea.

Remove (1) span of strand .................................................. $ 50.00 ea.

Splice broken strand, delash and relash
cable, and place supports (per scan) .................................... $ 175.00 ea.

Place crossover clamp ........................................................ $ 5.00 ea.

Place box guard .................................................................. $ 12.00 ea.

Place tree guard ................................................................. $ 7.50 ea.

Trim trees and dispose of (per foot) ..................................... Hourly ft

Re-secure hardware ........................................................... $ 15.00 ea.

Remove and replace insulation at request of others ............... $ 20.00 ea.

Remove guard / extension arm ............................................. $ 65.00 ea.

Raise & lower aerial plant .................................................... $ 47.00 ea.

Re-work dead and pole ....................................................... $ 65.00 ea.

PAULEY 0070

Place guard / extension arm                                    $  65.00  ea

Install vertical ground and rod                                $  37.00  ea.

PAULEY 0071

ORIGINAL



### CATV MAKE READY PRICING

| CATV MAKEREADY | | | LABOR COST |
|---|---|---|---|
| 1 Resag existing CATV drop to new system Replace ALL existing "F" conn, Place Jumper cables & resecure traps; O/H to strand, U/G to stake. | O/H:<br>U/G: | | $ 24.50<br>$ 24.50 |
| 2 Install copper bond to Telco plant | | | $ 16.50 |
| 3 Install 5/8" x 8" ground rod with vertical ground & molding | | | $ 37.50 |
| A) concrete cut/remove/replace | | | $ 15.75 |
| B) asphalt cut/remove/replace | | | $ 8.75 |
| 4 Install anchor/place downguy w/insulator CATV ONLY 5/8 x 6' | | | $ 195.50 |
| 5 Install guy to existing anchor CATV ONLY 1/4" | | | $ 37.50 |
| 6 Install overhead guy | | | $ 55.00 |
| 7 Install sidewalk guy | | | $ 125.50 |
| 8 Install guy guard | | | $ 12.00 |
| 9 Install/rework guard arm (Install Kick block) | | | $ 67.50 |
| 10 Install Californian extension arm/side arm | | | $ 67.50 |
| 11 Install/place pole hardware | | | $ 25.50 |
| 12 Raise/lower existing TV grade (install dowel) | | | $ 67.50 |
| 13 Cut through bolt (G.O.95) | | | $ 12.00 |
| 14 Resecure all CATV pole hardware | | | $ 22.50 |
| 15 Rework/change-out existing deadend lead Rework corner pole hardware | | | $ 115.00 |

16  Rework/replace existing hardware                                  $    15.50



CATV MAKEREADY                                                        LABOR
                                                                     COST

17  Transfer CATV facilities to new pole (G.O.95)              $    67.50

18  Install tree guard                                         $     8.00

19  Install box guard                                          $    12.50

20  Tree trimming (disposal)                       per foot  $     2.10

21  Install pole step                              each   $    16.50

22  Wreck-out CATV plant and hardware              per foot  $     0.28
    Trim back cable (G.O.95)

23  Install insulator in existing downguy                     $    29.75

PAULEY 0073          JAN 1 4 2002

Submitted by:                                    Approved by:

        PAULEY CONSTRUCTION, INC.
Contractor Name: _____    Adelphia: _____

Address: _____2021 W Melinda Land____    Address: _____

        Phoenix, AZ 85027                        _____

Signed: _____              Signed: _____

Name: _____                Name: _Mike Zomes_____
        (Please Print)

Title: _____Vice President_____          Title: _District Project Manager_

Date: _____January 14, 2002_____         Date: ____2/4/02_____

Witness: _____              Witness: _____
        Karen G Dunn
        Contract Manager

07/14/00

**PAULEY 0074**

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | PROOF OF CLAIM<br>Chapter 11 | (This space is for Court use only) |
|---|---|---|
| Name of Debtor<br><br>CENTURY MENDOCINO CABLE<br>TELEVISION, INC. | Bankruptcy Case No.<br><br>02-41780 (REG) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Adelphia Communications, Et Al.
02-41729 (REG)      0000003110

Filed: USBC - Southern District of New York

| Name of Creditor (The person or other entity to whom the Debtor **owes** money or property):<br><br>PAULEY CONSTRUCTION, INC. | | |
|---|---|---|
| Name and address where notices should be sent:<br><br>PAULEY CONSTRUCTION, INC.<br>2021 W. Melinda Lane<br>Phoenix, AZ 85027<br>623-581-1200 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you never received any notices from the Bankruptcy Court in this case.<br>☒ Check box if this address differs from address on the envelope sent to you by the Court. | |
| Number by which Creditor identifies Debtor: ADENCA | ☐ Check here if this claim replaces<br>☒ amends a previously filed claim - date: 10/2/02;<br>This proof of claim reflects a subpart of the general proof of claim filed on 10/2/02 in the amount of $7,848,040.43 in Case No. 02-41729 (REG) | |

| 1. Basis for Claim: | |
|---|---|
| ☐ Goods sold | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
| ☒ Services performed | ☐ Wages, salaries and compensation (fill out below) |
| ☐ Money loaned | Your Social Security No.: _____ |
| ☐ Personal injury/wrongful death | Unpaid compensation for services performed from _____ to _____ |
| ☐ Taxes | (Date)          (Date) |
| ☐ Other: | |

| 2. Date debt was incurred: 11/15/01 - 6/25/02 | 3. If court judgment, date obtained: _____ |
|---|---|

**4. Total Amount of Claim at Time Case Filed: $4,251,595.08**
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐    Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5. Secured Claim | 6. Unsecured Priority Claim. |
|---|---|
| ☐ Check this box if your claim is secured by collateral (including a right of setoff)<br>Brief Description of Collateral:<br>☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br><br>Value of Collateral: $ _____<br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____ | ☐ Check this box if you have an unsecured priority claim<br>Amount entitled to priority: $<br>Specify the priority of the claim:<br>☐  Wages, salaries, or commissions (up to $4650)* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(3)<br>☐  Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4)<br>☐  Up to $2100* of deposits toward purchase, lease or rental of property or services for personal, family or household use - 11 U.S.C. §507(a)(6)<br>☐  Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. §507(a)(7)<br>☐  Taxes or penalties owed to government units - 11 U.S.C. §507(a)(8)<br>☐  Other - Specify applicable paragraph of 11 U.S.C. §507(a)( )<br>*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |

RECEIVED
DEC - 3 2003
CLAIMS PROCESSING CENTER
USBC, SDNY

EXHIBIT C

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | PROOF OF CLAIM<br>Chapter 11<br>Page 2 | |
|---|---|---|
| Name of Debtor<br><br>CENTURY MENDOCINO CABLE<br>TELEVISION, INC. | Bankruptcy Case No.<br><br>02-41780 (REG) | |

7.Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

8. Supporting Documents: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SENT ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

    See attached

9. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date:  September **30**, 2003
    Sign and print the name and title, if any, of the creditor or other person authorized to file this claim
    (attach copy of power of attorney, if any):

    PAULEY CONSTRUCTION, INC.

By:_____
    Perry Pauley, President

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

F:\Data\PauleyUtility\2208801\Other\POCCenMenCa.doc

PAULEY CONSTRUCTION, INC.

ADELPHIA "PROOF" OF CLAIM BY CUSTOMER

| CUSTOMER | CASE # | SYSTEM | INVOICE # | AMOUNT | INVOICE DATE | CURRENT DATE | # OF DAYS AGING |
|---|---|---|---|---|---|---|---|
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | EF61 | $ 13,489.00 | 11/15/2001 | 09/22/2003 | 677 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | EK01 | $ 300.00 | 11/29/2001 | 09/22/2003 | 663 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MK67 | $ 15,062.01 | 12/11/2001 | 09/22/2003 | 651 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | EF63 | $ 7,316.00 | 12/18/2001 | 09/22/2003 | 644 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | EF64 | $ 9,580.50 | 01/04/2002 | 09/22/2003 | 627 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | EF65 | $ 751.00 | 01/10/2002 | 09/22/2003 | 621 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF64 | $ 7,772.27 | 01/10/2002 | 09/22/2003 | 621 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | EF66 | $ 273.00 | 01/16/2002 | 09/22/2003 | 615 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF65 | $ 175.32 | 01/24/2002 | 09/22/2003 | 607 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | EF67 | $ 1,476.00 | 01/25/2002 | 09/22/2003 | 606 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | EF68 | $ 302.00 | 02/06/2002 | 09/22/2003 | 576 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | EF71 | $ 64.00 | 03/06/2002 | 09/22/2003 | 566 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | EF72 | $ 4,442.00 | 03/13/2002 | 09/22/2003 | 559 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | ADK10345-24 | $ 23,344.85 | 03/14/2002 | 09/22/2003 | 558 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AF75 | $ 38,222.77 | 03/14/2002 | 09/22/2003 | 558 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK100 | $ 135,510.00 | 03/14/2002 | 09/22/2003 | 558 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK99 | $ 7,185.03 | 03/15/2002 | 09/22/2003 | 557 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | EF73 | $ 600.00 | 03/21/2002 | 09/22/2003 | 551 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AF103 | $ 10,666.07 | 03/21/2002 | 09/22/2003 | 551 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AF76 | $ 27,724.20 | 03/21/2002 | 09/22/2003 | 551 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UF83 | $ 01,761.85 | 03/21/2002 | 09/22/2003 | 551 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK101 | $ 15,226.84 | 03/21/2002 | 09/22/2003 | 551 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AK105 | $ 10,125.00 | 03/25/2002 | 09/22/2003 | 547 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK103 | $ 40.00 | 03/25/2002 | 09/22/2003 | 547 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF70 | $ 103,245.32 | 03/28/2002 | 09/22/2003 | 544 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AK102 | $ 31,739.62 | 03/28/2002 | 09/22/2003 | 544 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AK104 | $ 2,452.82 | 03/28/2002 | 09/22/2003 | 544 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AF77 | $ 37,189.88 | 03/28/2002 | 09/22/2003 | 544 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UF84 | $ 43,506.90 | 03/28/2002 | 09/22/2003 | 544 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | ADK10345-29 | $ 94.60 | 04/03/2002 | 09/22/2003 | 538 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AF78 | $ 23,647.75 | 04/04/2002 | 09/22/2003 | 537 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AK106 | $ 23,584.93 | 04/04/2002 | 09/22/2003 | 537 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK104 | $ 14,242.30 | 04/04/2002 | 09/22/2003 | 537 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK106 | $ 2,786.56 | 04/08/2002 | 09/22/2003 | 533 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK107 | $ 280.00 | 04/10/2002 | 09/22/2003 | 531 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | ADK10345-31 | $ 55,182.23 | 04/10/2002 | 09/22/2003 | 531 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF71 | $ 114,514.66 | 04/11/2002 | 09/22/2003 | 530 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UF89 | $ 13,920.00 | 04/11/2002 | 09/22/2003 | 530 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UF88 | $ 28,470.00 | 04/11/2002 | 09/22/2003 | 530 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UF86 | $ 55,073.50 | 04/11/2002 | 09/22/2003 | 530 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | EF76 | $ 1,060.00 | 04/11/2002 | 09/22/2003 | 530 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AF79 | $ 10,086.33 | 04/11/2002 | 09/22/2003 | 530 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK105 | $ 20,758.32 | 04/11/2002 | 09/22/2003 | 530 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AK107 | $ 17,734.79 | 04/11/2002 | 09/22/2003 | 530 |

PAULEY CONSTRUCTION, INC.

ADELPHIA PROOF OF CLAIM BY CUSTOMER

| CUSTOMER | SYSTEM | CASE # | INVOICE # | AMOUNT | INVOICE DATE | CURRENT DATE | # OF DAYS AGING |
|---|---|---|---|---|---|---|---|
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | MK72 | 93,760.66 | 04/15/2002 | 09/22/2003 | 526 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | UF91 | 51,690.00 | 04/18/2002 | 09/22/2003 | 523 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | EF77 | 3,621.00 | 04/18/2002 | 09/22/2003 | 523 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | AK108 | 39,531.39 | 04/18/2002 | 09/22/2003 | 523 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | ADK10345-34 | 10.00 | 04/18/2002 | 09/22/2003 | 523 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | UF87 | 95,597.20 | 04/18/2002 | 09/22/2003 | 523 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | MF73 | 99,550.95 | 04/18/2002 | 09/22/2003 | 523 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | MF72 | 2,950.80 | 04/18/2002 | 09/22/2003 | 523 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | AF60 | 28,480.30 | 04/18/2002 | 09/22/2003 | 523 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | UK108 | 17,207.90 | 04/18/2002 | 09/22/2003 | 523 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | UK109 | 20,280.54 | 04/25/2002 | 09/22/2003 | 516 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | AK109 | 16,076.90 | 04/25/2002 | 09/22/2003 | 516 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | UF93 | 10,220.00 | 04/29/2002 | 09/22/2003 | 512 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | AF61 | 149,235.20 | 04/29/2002 | 09/22/2003 | 512 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | ADK10345-30 | 43,003.82 | 04/29/2002 | 09/22/2003 | 512 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | MF74 | 10,537.60 | 04/30/2002 | 09/22/2003 | 511 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | UF95 | 39,174.13 | 04/30/2002 | 09/22/2003 | 511 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | UF92 | 5,080.00 | 05/02/2002 | 09/22/2003 | 509 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | MF76 | 143,542.67 | 05/03/2002 | 09/22/2003 | 508 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | UK111 | 3,472.70 | 05/03/2002 | 09/22/2003 | 508 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | MF75 | 22,340.00 | 05/03/2002 | 09/22/2003 | 508 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | AF82 | 60,328.61 | 05/03/2002 | 09/22/2003 | 508 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | UF96 | 35,766.39 | 05/03/2002 | 09/22/2003 | 508 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | ADK10345-38 | 2,940.00 | 05/07/2002 | 09/22/2003 | 504 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | EF79 | 2,003.87 | 05/07/2002 | 09/22/2003 | 504 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | MF77 | 40.00 | 05/07/2002 | 09/22/2003 | 504 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | MF78 | 60,506.88 | 05/08/2002 | 09/22/2003 | 503 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | UF84 | 1,628.46 | 05/08/2002 | 09/22/2003 | 503 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | AF83 | 110,252.00 | 05/08/2002 | 09/22/2003 | 503 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | AK111 | 24,235.63 | 05/08/2002 | 09/22/2003 | 503 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | UK112 | 40,048.91 | 05/09/2002 | 09/22/2003 | 502 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | UK110 | 60,371.28 | 05/09/2002 | 09/22/2003 | 502 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | MK73 | 24,388.66 | 05/10/2002 | 09/22/2003 | 502 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | MF79 | 19,032.89 | 05/13/2002 | 09/22/2003 | 498 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | MF60 | 0,410.50 | 05/13/2002 | 09/22/2003 | 498 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | AF84 | 90,789.34 | 05/15/2002 | 09/22/2003 | 496 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | UF97 | 0,580.60 | 05/16/2002 | 09/22/2003 | 495 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | AK110 | 07,594.90 | 05/16/2002 | 09/22/2003 | 495 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | UK113 | 20,133.82 | 05/17/2002 | 09/22/2003 | 494 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | UF98 | 41,220.06 | 05/17/2002 | 09/22/2003 | 494 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | AF85 | 07,526.95 | 05/17/2002 | 09/22/2003 | 494 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | AF86 | 3,003.50 | 05/17/2002 | 09/22/2003 | 494 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | MENDOCINO COUNTY, CA | 02-41780 | UF99 | 212,310.39 | 05/22/2002 | 09/22/2003 | 489 |
| | | | | 146,021.97 | 05/22/2002 | 09/22/2003 | 489 |

PAULEY CONSTRUCTION, INC.

ADELPHIA PROOF OF CLAIM BY CUSTOMER

| CUSTOMER | CASE # | SYSTEM | INVOICE # | AMOUNT | INVOICE DATE | CURRENT DATE | # OF DAYS AGING |
|---|---|---|---|---|---|---|---|
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF82 | $ 40,156.87 | 05/23/2002 | 09/22/2003 | 488 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AK112 | $ 9,469.71 | 05/23/2002 | 09/22/2003 | 488 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AK113 | $ 50,739.49 | 05/23/2002 | 09/22/2003 | 488 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK114 | $ 142,130.10 | 05/23/2002 | 09/22/2003 | 488 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK115 | $ 115,113.42 | 05/23/2002 | 09/22/2003 | 488 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF83 | $ 43,203.82 | 05/30/2002 | 09/22/2003 | 481 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF84 | $ 25,547.50 | 06/03/2002 | 09/22/2003 | 477 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AK114 | $ 19,030.56 | 06/04/2002 | 09/22/2003 | 476 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | ADK10345-40 | $ 21,979.66 | 06/04/2002 | 09/22/2003 | 476 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK116 | $ 70,771.83 | 06/04/2002 | 09/22/2003 | 476 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF85 | $ 20,848.14 | 06/05/2002 | 09/22/2003 | 475 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MK74 | $ 14,806.30 | 06/06/2002 | 09/22/2003 | 474 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MK75 | $ 2,212.45 | 06/06/2002 | 09/22/2003 | 474 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK117 | $ 58,951.45 | 06/08/2002 | 09/22/2003 | 472 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AK115 | $ 3,832.40 | 06/09/2002 | 09/22/2003 | 471 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | ADK10345-5 | $ 8,750.00 | 06/09/2002 | 09/22/2003 | 471 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF86 | $ 9,433.66 | 06/10/2002 | 09/22/2003 | 470 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MK76 | $ 18,666.95 | 06/20/2002 | 09/22/2003 | 460 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AF87 | $ 42,534.07 | 06/23/2002 | 09/22/2003 | 457 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UF100 | $ 29,651.01 | 06/23/2002 | 09/22/2003 | 457 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF87 | $ 8,228.48 | 07/01/2002 | 09/22/2003 | 449 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UF101 | $ 61,638.72 | 07/02/2002 | 09/22/2003 | 448 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AF88 | $ 10,585.69 | 07/02/2002 | 09/22/2003 | 448 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | ADK10345-40 | $ 1,480.00 | 07/02/2002 | 09/22/2003 | 448 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF88 | $ 12,765.31 | 07/16/2002 | 09/22/2003 | 434 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MK77 | $ 768.26 | 07/16/2002 | 09/22/2003 | 434 |
| | | MENDOCINO COUNTY, CA Total | | $ 4,251,595.08 | | | |
| CENTURY MENDOCINO CABLE TELEVISION, INC. Total | | | | $ 4,251,595.08 | | | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ) | Chapter 11 Cases |
| In re ) | |
| ) | Case No. 02-41729 (REG) |
| Adelphia Communications Corporation, et al., ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(E)(2)**

Transferor:         Pauley Construction, Inc.
                    2021 West Melinda Lane
                    Phoenix, AZ 85027
                    Attn: Polly Terrill

*Your claims in the aggregate amount of $7,810,099.71 against the Debtors have been transferred to:*

Transferee:         Canpartners Investments IV, LLC
                    9665 Wilshire Boulevard, Suite 200
                    Beverly Hills, CA 90212
                    Attn: Mitchell Julis

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

  United States Bankruptcy Court
  Alexander Hamilton Custom House
  Attn: Bankruptcy Clerk
  One Bowling Green
  New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
  Refer to INTERNAL CONTROL No. _____ in your objection.
  If you file and objection, ha hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2004.
INTERNAL CONTROL NO. _____.
Copy: (check) Claims Agent____ Transferee____ Debtor's Attorney____

_____
                    Deputy Clerk

**EXHIBIT** *D*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | ) Chapter 11 Cases |
| | ) |
| | ) Case No. 02-41729 (REG) |
| Adelphia Communications Corporation, et al., | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2)

PLEASE TAKE NOTICE that all right, title and interest in and to the claims

against the above-captioned debtors that were originally filed by the claimant Pauley

Construction, Inc. through eight proofs of claim filed on or about December 3, 2003 in the

aggregate amount of at least $7,810,099.71, which have been docketed as Claim Nos. 3116,

3115, 3114, 3113, 3110, 3111, 3109 and 3108 in the Claims Register of Bankruptcy Services

LLC, who were appointed as Noticing and Claims Agent by order of the Bankruptcy Court for

the Southern District of New York on or around June 27, 2002, have been transferred to

Canpartners Investments IV, LLC ("Canpartners Investments").  A true and correct copy of that

certain "Assignment of Claim" dated December 18, 2003, which evidences the foregoing transfer

of claims, is attached hereto as Exhibit 1.

Dated:  January 16, 2004 

SIDLEY AUSTIN BROWN & WOOD LLP
Attorneys for Canpartners Investments IV, LLC

By: _____
Andrew A. Jones (CA 218170)
(A Member of the Firm)

555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone:  (213) 896-6000

# EXHIBIT 1

## ASSIGNMENT OF CLAIM

1.    Identification of the parties:

Seller:
PAULEY CONSTRUCTION, INC.
2021 West Melinda Lane
Phoenix, Arizona 85027
Telephone:        623-581-1200
Facsimile:        623-869-9088
ATTN:             Polly Terrill

Buyer:
CANPARTNERS INVESTMENTS IV, LLC
9665 Wilshire Boulevard, Suite 200
Beverly Hills, California 90212

Telephone:        310-247-2700
Facsimile:        310-247-2701
ATTN:             Mitchell Julis

2.    Seller, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby absolutely and unconditionally sells, transfers and assigns unto Buyer, its successors and assigns, all rights, title and interest in and to the claim(s) and any reclamation claim(s) (collectively, the "Claim," as defined below) of Seller against Adelphia Communications Corporation, ACC Telecommunications, LLC, Century Colorado Springs Partnership, Century Mendocino Cable Television, Inc., Century-TCI California LP, Mickelson Media, Inc., Monument Colorado Cablevision, Inc., Southwest Colorado Cable, Inc., Yuma Cablevision, Inc., and Adelphia Special Schedules / Adelphia Communications Corporation (collectively, the "Debtor"), the debtor-in-possession in the chapter 11 reorganization case, Case Nos. 02-41729, 02-41863, 02-41774, 02-41780, 02-41741, 02-41782, 02-41932, 02-41769, 02-41868, and 02-41729 (collectively, the "Case"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Claim is defined as all of Seller's right, title and interest in the Proof of Claim (defined below), all rights to receive principal, interest, all rights of stoppage in transit, replevin and reclamation, fees, expenses, damages, penalties and other amounts in respect of or in connection with any of the foregoing, and all other claims, causes of action and voting and other rights arising under or relating to any of the foregoing, including, without limitation, all of Seller's rights to receive cash, securities, instruments and/or other property or distributions issued in connection with any of the foregoing or the Case. The Claim includes claims against persons other than the Debtor or that arise under the Bankruptcy Code or any applicable law.

3.    Seller represents and warrants the following:

Proofs of claim have been duly and timely filed in the Case in the aggregate amount of $7,810,099.71 (the "Proof of Claim Amount") and a true and complete copy of each of the proofs of claim is attached hereto as Exhibit A (collectively, the "Proof of Claim"). The Proof of Claim has not been revoked, withdrawn, or otherwise retracted or modified and no right thereunder has been waived, and all statements in such Proof of Claim are true and correct as of the date thereof. Buyer shall be deemed to be the owner of the Claim in the amount set forth in such Proof of Claim, subject to the terms of this Assignment, and shall be entitled to identify itself as the owner of the Proof of Claim on the records of the Bankruptcy Court.

4.    Seller further represents and warrants that as of the date of this Assignment: (a) the Claim is a valid and non-contingent claim in at least the amount of the Proof of Claim; (b) the Claim is a valid, enforceable claim against the Debtor; (c) no consent, approval, filing or corporate, partnership or other action is required as a condition to, or otherwise in connection with, the execution, delivery and performance of this Assignment of Claim ("Assignment") by Seller; (d) this Assignment has been duly authorized, executed and delivered by Seller and Seller has the requisite power and authority to execute, deliver and perform this Assignment; (e) this Assignment constitutes the valid, legal and binding agreement of Seller, enforceable against Seller in accordance with its terms; (f) Seller has not filed a petition seeking protection under the Bankruptcy Code; (g) no payment or other distribution has been received by Seller, or by any third party on behalf of Seller, in full or partial satisfaction of, or in connection with, the Claim; (h) no portion of the Claim has been sold, assigned or pledged to any third party in whole or in part; (i) the Claim is not subject to any factoring agreement; (j) Seller owns and has and is hereby selling to Buyer good and sole legal and beneficial title to the Claim free and clear of any and all liens, security interests, encumbrances or claims of any kind or nature whatsoever as any such liens, security interests, or encumbrances shall attach instead to the sales proceeds received by Seller hereunder; (k) the basis for the Claim is amounts due and owing by the Debtor arising from the sale of goods or merchandise or the rendering of services to the Debtor; (l) Seller has no liability or obligation related to or in connection with the Claim or the Case; (m) other than the Proof of Claim referred to herein in paragraph 2, no proof of claim has been or will be filed by or on behalf of Seller in the Case or any related proceeding with respect to the claim being sold; (n) no objection to the Claim has been filed or threatened; and (o) the Claim is not subject to any defense, claim or right of setoff, reduction, impairment, avoidance, disallowance, subordination or preference action, in whole or in part, whether on contractual, legal or equitable grounds, that have been asserted by or on behalf of the Debtor or any other party to reduce the amount of the Claim or affect its validity, priority or enforceability.

5.    Seller is aware that the consideration being paid by Buyer hereunder may differ both in kind and amount from the amount ultimately distributed with respect to the Claim pursuant to any plan of reorganization which is confirmed for the Debtor. Seller represents that it has adequate information concerning the financial condition of the Debtor and the Case to make an informed decision regarding the sale of the Claim and that it has independently and without reliance on Buyer, and based on such information as Seller has deemed appropriate, made its own decision to enter into this Assignment. Seller is aware that information which may be pertinent to Seller's decision to transfer the Claim is available to Seller and can be obtained from the Bankruptcy Court's files. Seller further represents that Seller is not and has never been an "insider" of the Debtor (as defined in Section 101(31) of the Bankruptcy Code) or a member of any official or unofficial committee in respect of the Case.

6.    Seller acknowledges that: (a) Buyer currently may have, and later may come into possession of, information relating to the Debtor that is not known to Seller and that such information may be material to Seller's decision to assign the Claim to Buyer ("Seller Excluded Information"); (b) Seller has determined to assign the Claim notwithstanding its lack of knowledge of the Seller Excluded Information; and (c) Buyer shall have no liability to Seller,

2

and Seller waives and releases any claims that it might have against Buyer with respect to the non-disclosure of the Seller Excluded Information.

7.    Buyer acknowledges that: (a) Seller currently may have, and later may come into possession of, information relating to the Debtor that is not known to Buyer and that such information may be material to Buyer's decision to assign the Claim to Seller ("Buyer Excluded Information"); (b) Buyer has determined to assign the Claim notwithstanding its lack of knowledge of the Buyer Excluded Information; and (c) Seller shall have no liability to Buyer, and Buyer waives and releases any claims that it might have against Seller with respect to the non-disclosure of the Buyer Excluded Information.

8.    Seller agrees that in the event Seller shall receive any payments or distributions with respect to or relating to the Claim after the date hereof, Seller shall accept the same as Buyer's agent and shall hold the same in trust on behalf of and for the sole benefit of Buyer, and shall promptly deliver the same forthwith to Buyer in the same form received (free of any withholding, set-off, claim or deduction of any kind), within five (5) business days in the case of cash ("Cash Distribution") and within ten (10) business days in the case of securities, which are in good deliverable form, with the endorsement of Seller when necessary or appropriate.

9.    Seller hereby irrevocably appoints Buyer with full power of substitution as its true and lawful attorney and authorizes Buyer to act in Seller's name, place and stead, to demand, sue for, compromise and recover all such sums of money which now are, or may hereafter become due and payable for, or on account of the Claim herein assigned. Seller grants unto Buyer full authority to: (a) do all things necessary to enforce the Claim and Seller's rights thereunder or related thereto pursuant to this Assignment; (b) agree to less favorable treatment for the Claim than other similarly situated claims; (c) agree with the Debtor to allow the Claim in a lesser amount than the Proof of Claim Amount, (d) vote and file proofs of claim in the Case, and (e) to change the name and address and other contact information of the claimholder record with respect to the Claim. Seller agrees that the powers granted by this paragraph are discretionary in nature and exercisable at the sole option of Buyer.  Buyer shall have no obligation to take any action to prove, defend, demand or take any action with respect to the Claim or otherwise in the Case. Seller agrees to execute, acknowledge and deliver all such further certificates, instruments and other documents, and to take all such further action as may be reasonably necessary or appropriate to effect assignment of the Claim and all interests therein to Buyer, to reasonably cooperate with and assist Buyer in enforcing the Claim and to otherwise effectuate the intent of this Assignment; provided, however, that Seller is not obligated to incur any expense or cost to satisfy the provisions of this Section.  With the prior written consent of Seller, given in its sole and absolute discretion, Buyer may sell, transfer or assign the Claim, or any portion thereof, together with all right, title and interest of Buyer and all obligations of Buyer in and to this Assignment (the purchaser of transferee of the Claim from the Buyer is defined as the "Beneficial Owner").

10.    All representations, warranties, covenants and agreements contained herein shall survive the execution and delivery of this Assignment and the purchase and sale of the Claim and shall inure to the benefit of, be binding upon and enforceable by the parties hereto and Buyer's successors and assigns.  Any claim or controversy arising between Buyer and Seller under this

3

Assignment shall be brought in any state or federal court located in Phoenix, Arizona. Seller and Buyer each irrevocably and unconditionally consents to personal jurisdiction by the Arizona Courts in any action to enforce, interpret or construe any provision of this Assignment, and also hereby irrevocably waives: (a) trial by jury; (b) any defense of improper venue; or (c) forum non conveniens, to any such action brought in the Arizona Courts. Seller and Buyer consent to service of process by certified mail at its address listed above. Seller and Buyer further irrevocably agrees that any action to enforce, interpret or construe any provision of this Assignment will be brought only in the Arizona Courts and not in any other court.

11. This Assignment shall be governed by and construed in accordance with the laws of the State of Arizona, without giving effect to any choice of law principles thereof.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated December 19, 2003.

PAULEY CONSTRUCTION, INC.

By: _____

Name: Perry Pauley
Title: President

4

# EXHIBIT "A"

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | PROOF OF CLAIM<br>Chapter 11 | (This space is for Court use only) |
|---|---|---|

| **Name of Debtor**<br><br>ADELPHIA SPECIAL SCHEDULES/<br>Adelphia Communications Corp. et al | **Bankruptcy Case No.**<br><br>02-41729 (REG) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| **Name of Creditor** (The person or other entity to whom the Debtor owes money or property):<br><br>PAULEY CONSTRUCTION, INC. | |
|---|---|

| **Name and address where notices should be sent:**<br><br>PAULEY CONSTRUCTION, INC.<br>2021 W. Melinda Lane<br>Phoenix, AZ 85027<br>623-581-1200 | ☐ **Check box if you are aware that anyone else has** filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ **Check box if you never received any notices from** the Bankruptcy Court in this case.<br>☒ **Check box if this address differs from address on the** envelope sent to you by the Court. |
|---|---|

| **Number by which Creditor identifies Debtor:** ADEDHS (Highland Carlsbad Cablevision, Inc.) | ☐ Check here if this claim replaces<br>☒ amends a previously filed claim - date: 10/2/02;<br>This proof of claim reflects a subpart of the general proof of claim filed on 10/2/02 in the amount of $7,848,040.43 in Case No. 02-41729 (REG) |
|---|---|

| **1. Basis for Claim:**<br>☐ Goods sold<br>☒ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other: | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries and compensation (fill out below)<br>Your Social Security No.: _____<br>Unpaid compensation for services performed from _____ to _____<br><span style="margin-left:4em">(Date)</span>      (Date) |
|---|---|

| **2. Date debt was incurred:** 4/03/02-6/25/02 | **3. If court judgment, date obtained:** _____ |
|---|---|

**4. Total Amount of Claim at Time Case Filed: $889,773.89**
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| **5. Secured Claim** | **6. Unsecured Priority Claim.** |
|---|---|
| ☐ Check this box if your claim is secured by collateral (including a right of setoff)<br>Brief Description of Collateral:<br>☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br><br><br>Value of Collateral: $_____<br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____ | ☐ Check this box if you have an unsecured priority claim<br>Amount entitled to priority: $<br>Specify the priority of the claim:<br>☐ Wages, salaries, or commissions (up to $4650)* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(3)<br>☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4)<br>☐ Up to $2100* of deposits toward purchase, lease or rental of property or services for personal, family or household use - 11 U.S.C. §507(a)(6)<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. §507(a)(7)<br>☐ Taxes or penalties owed to government units - 11 U.S.C. §507(a)(8)<br>☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(  )<br>*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |

RECEIVED
DEC - 2003
CLAIMS PROCESSING CENTER
USBC, SDNY      4

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | PROOF OF CLAIM<br>Chapter 11<br>Page 2 | |
|---|---|---|
| **Name of Debtor**<br><br>ADELPHIA SPECIAL SCHEDULES/<br>Adelphia Communications Corp. et al | **Bankruptcy Case No.**<br><br>02-41729 (REG) | |

7.**Credits**: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

8. **Supporting Documents**: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. **DO NOT SENT ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

   See attached

9. **Date-Stamped Copy**: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: September **30**, 2003
   Sign and print the name and title, if any, of the creditor or other person authorized to file this claim
   (attach copy of power of attorney, if any):

   PAULEY CONSTRUCTION, INC.

   By:_____
      Perry Pauley, President

---

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

F:\Data\PauleyUtility\2208801\Other\POCSpec.doc

PAULEY CONSTRUCTION, INC.

ADELPHIA PROOF OF CLAIM BY CUSTOMER

| CUSTOMER | CASE # | SYSTEM | INVOICE # | AMOUNT | INVOICE DATE | CURRENT DATE | # DAYS AG |
|---|---|---|---|---|---|---|---|
| HIGHLAND CARLSBAD CABLEVISION, INC. | | DESERT HOT SPRINGS, CA #342 | UH11 | $ 86,722.72 | 04/03/2002 | 09/22/2003 | 5 |
| HIGHLAND CARLSBAD CABLEVISION, INC. | | DESERT HOT SPRINGS, CA #342 | UH12 | $ 27,749.90 | 04/04/2002 | 09/22/2003 | 5 |
| HIGHLAND CARLSBAD CABLEVISION, INC. | | DESERT HOT SPRINGS, CA #342 | AH11 | $ 7,447.25 | 04/04/2002 | 09/22/2003 | 5 |
| HIGHLAND CARLSBAD CABLEVISION, INC. | | DESERT HOT SPRINGS, CA #342 | ADH10411-6 | $ 14,850.18 | 04/11/2002 | 09/22/2003 | 5 |
| HIGHLAND CARLSBAD CABLEVISION, INC. | | DESERT HOT SPRINGS, CA #342 | UH14 | $ 102,050.72 | 04/11/2002 | 09/22/2003 | 5 |
| HIGHLAND CARLSBAD CABLEVISION, INC. | | DESERT HOT SPRINGS, CA #342 | UH13 | $ 57,920.00 | 04/30/2002 | 09/22/2003 | 5 |
| HIGHLAND CARLSBAD CABLEVISION, INC. | | DESERT HOT SPRINGS, CA #342 | UH15 | $ 79,080.00 | 04/30/2002 | 09/22/2003 | 5 |
| HIGHLAND CARLSBAD CABLEVISION, INC. | | DESERT HOT SPRINGS, CA #342 | ADH10410-7 | $ 7,777.09 | 05/01/2002 | 09/22/2003 | 5 |
| HIGHLAND CARLSBAD CABLEVISION, INC. | | DESERT HOT SPRINGS, CA #342 | UH16 | $ 32,628.49 | 05/10/2002 | 09/22/2003 | 5 |
| HIGHLAND CARLSBAD CABLEVISION, INC. | | DESERT HOT SPRINGS, CA #342 | AH12 | $ 12,732.25 | 05/10/2002 | 09/22/200 | 5 |
| HIGHLAND CARLSBAD CABLEVISION, INC. | | DESERT HOT SPRINGS, CA #342 | UH17 | $ 27,374.55 | 05/15/2002 | 09/22/ | 5 |
| HIGHLAND CARLSBAD CABLEVISION, INC. | | DESERT HOT SPRINGS, CA #342 | UH18 | $ 152,018.84 | 05/20/2002 | 09/22/2003 | 4 |
| HIGHLAND CARLSBAD CABLEVISION, INC. | | DESERT HOT SPRINGS, CA #342 | AH13 | $ 5,595.40 | 06/14/2002 | 09/22/2003 | 4 |
| HIGHLAND CARLSBAD CABLEVISION, INC. | | DESERT HOT SPRINGS, CA #342 | UH20 | $ 26,529.56 | 06/19/2002 | 09/22/2003 | 4 |
| HIGHLAND CARLSBAD CABLEVISION, INC. | | DESERT HOT SPRINGS, CA #342 | AH14 | $ 4,951.79 | 07/18/2002 | 09/22/2003 | 4 |
| HIGHLAND CARLSBAD CABLEVISION, INC. | | DESERT HOT SPRINGS, CA #342 | UH19 | $ 245,244.15 | 07/18/2002 | 09/22/2003 | 4 |
| | | DESERT HOT SPRINGS, CA #342 Total | | $ 889,773.89 | | | |
| HIGHLAND CARLSBAD CABLEVISION, INC. Total | | | | $ 889,773.89 | | | |

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | PROOF OF CLAIM<br>Chapter 11 | (This space is for Court use only) |
|---|---|---|

| Name of Debtor<br><br>YUMA CABLEVISION, INC. | Bankruptcy Case No.<br><br>02-41868 (REG) | |
|---|---|---|

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the Debtor owes money or property):<br><br>PAULEY CONSTRUCTION, INC. | |
|---|---|
| **Name and address where notices should be sent:**<br><br>PAULEY CONSTRUCTION, INC.<br>2021 W. Melinda Lane<br>Phoenix, AZ 85027<br>623-581-1200 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you never received any notices from the Bankruptcy Court in this case.<br>☒ Check box if this address differs from address on the envelope sent to you by the Court. |
| **Number by which Creditor identifies Debtor:** ADEYUM | ☐ Check here if this claim replaces<br>☒ amends a previously filed claim - date: 10/2/02;<br>This proof of claim reflects a subpart of the general proof of claim filed on 10/2/02 in the amount of $7,848,040.43 in Case No. 02-41729 (REG) |

| 1. Basis for Claim:<br>☐ Goods sold<br>☒ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other: | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries and compensation (fill out below)<br>Your Social Security No.: _____ ___ _____<br>Unpaid compensation for services performed from _____ to _____<br>                    (Date)        (Date) |
|---|---|

| 2. Date debt was incurred:    1/10/02-6/25/02 | 3. If court judgment, date obtained: _____ |
|---|---|

**4. Total Amount of Claim at Time Case Filed: $936,849.51**

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☐    Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5. Secured Claim | 6. Unsecured Priority Claim. |
|---|---|
| ☐ Check this box if your claim is secured by collateral (including a right of setoff)<br>Brief Description of Collateral:<br>☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br><br>Value of Collateral: $_____<br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____ | ☐ Check this box if you have an unsecured priority claim<br>Amount entitled to priority: $_____<br>Specify the priority of the claim:<br>☐ Wages, salaries, or commissions (up to $4650)* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(3)<br>☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4)<br>☐ Up to $2100* of deposits toward purchase, lease or rental of property or services for personal, family or household use - 11 U.S.C. §507(a)(6)<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. §507(a)(7)<br>☐ Taxes or penalties owed to government units - 11 U.S.C. §507(a)(8)<br>☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(  )<br>*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |

RECEIVED

DEC - ? 2003

CLAIMS PROCESSING CENTER
USBC, SDNY
4

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | PROOF OF CLAIM<br>Chapter 11<br>Page 2 | |
|---|---|---|
| **Name of Debtor**<br><br>YUMA CABLEVISION, INC. | **Bankruptcy Case No.**<br><br>02-41868 (REG) | |

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SENT ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

    See attached

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date:  September **30**, 2003
    Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

    PAULEY CONSTRUCTION, INC.

    By:
    Perry Pauley, President

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

F:\Data\PauleyUtility\2208801\Other\POCYuma.doc