PAULEY CONSTRUCTION, INC.

ADELPHIA PROOF OF CLAIM BY CUSTOMER

| CUSTOMER | CASE # | SYSTEM | INVOICE # | AMOUNT | INVOICE DATE | CURRENT DATE | # DAYS AGE |
|---|---|---|---|---|---|---|---|
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20006 | $ 831.24 | 01/10/2002 | 09/22/2002 | 6 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY10452-12 | $ 50,500.57 | 02/20/2002 | 09/22/2002 | 5 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | SP001 | $ 10,725.00 | 02/25/2002 | 09/22/2002 | 5 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | AY110 | $ 137,363.04 | 02/25/2002 | 09/22/2002 | 5 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20009-1 | $ 6,446.55 | 04/01/2002 | 09/22/2003 | 5 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20010-1 | $ 3,810.55 | 04/01/2002 | 09/22/2003 | 5 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20040002 | $ 5,337.05 | 04/01/2002 | 09/22/2003 | 5 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20040001 | $ 2,891.25 | 04/01/2002 | 09/22/2002 | 5 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | DY90728-44 | $ 3,350.00 | 04/01/2002 | 09/22/2002 | 5 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY10541-1 | $ 26,901.88 | 04/01/2002 | 09/22/ | 5 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20040003 | $ 9,129.50 | 04/01/2002 | 09/22/2002 | 5 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20005A | $ 1,871.50 | 04/01/2002 | 09/22/2002 | 5 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20011A | $ 2,698.00 | 04/01/2002 | 09/22/2002 | 5 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | UY115 | $ 9,334.00 | 04/01/2002 | 09/22/2002 | 5 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | UY116 | $ 43,992.50 | 04/01/2002 | 09/22/2003 | 5 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | UY117 | $ 55,080.00 | 04/01/2002 | 09/22/2002 | 5 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20038-1 | $ 60,504.60 | 04/12/2002 | 09/22/2002 | 51 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20066-1 | $ 4,641.00 | 04/12/2002 | 09/22/2002 | 51 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20038-2 | $ 3,224.50 | 04/12/2002 | 09/22/2002 | 51 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20003-1 | $ 13,179.60 | 04/12/2002 | 09/22/2003 | 51 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20156-1 | $ 5,596.00 | 04/30/2002 | 09/22/2002 | 51 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20090-1 | $ 2,282.30 | 04/30/2002 | 09/22/2003 | 51 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | DY079-10 | $ 049.77 | 04/30/2002 | 09/22/2003 | 51 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20072-1 | $ 2,375.10 | 04/30/2002 | 09/22/2002 | 51 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20107-1 | $ 9,913.00 | 04/30/2002 | 09/22/2002 | 51 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20040004 | $ 5,062.70 | 05/02/2002 | 09/22/2002 | 50 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20040-7 | $ 12,632.65 | 05/04/2002 | 09/22/2002 | 50 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20040-6 | $ 13,360.60 | 05/04/2002 | 09/22/2002 | 50 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20040-5 | $ 9,808.95 | 05/04/2002 | 09/22/ | 50 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY10541-4 | $ 150.00 | 05/04/2002 | 09/22/ | 50 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20040-9 | $ 10,758.30 | 05/06/2002 | 09/22/2003 | 50 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20201-1 | $ 54.25 | 05/10/2002 | 09/22/2003 | 50 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20199-1 | $ 14.00 | 05/10/2002 | 09/22/2003 | 50 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20168-1 | $ 110.00 | 05/10/2002 | 09/22/2003 | 50 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20165-1 | $ 25.00 | 05/10/2002 | 09/22/2003 | 50 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20164-1 | $ 38.25 | 05/10/2002 | 09/22/2003 | 50 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20163-1 | $ 121.00 | 05/10/2002 | 09/22/2003 | 50 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20160-1 | $ 269.00 | 05/10/2002 | 09/22/2003 | 50 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20154-1 | $ 57.00 | 05/10/2002 | 09/22/2003 | 50 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20153-1 | $ 69.65 | 05/10/2002 | 09/22/2003 | 50 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20152-1 | $ 145.25 | 05/10/2002 | 09/22/2003 | 50 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20142-1 | $ 64.00 | 05/10/2002 | 09/22/2003 | 50 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20141-1 | $ 10.50 | 05/10/2002 | 09/22/2003 | 50 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20131-1 | $ 57.40 | 05/10/2002 | 09/22/2003 | 50 |

PAULEY CONSTRUCTION, INC.

ADELPHIA PROOF OF CLAIM BY CUSTOMER

| CUSTOMER | CASE # | SYSTEM | INVOICE # | AMOUNT | INVOICE DATE | CURRENT DATE |
|---|---|---|---|---|---|---|
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20040-10 | $ 9,723.85 | 05/10/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20112-3 | $ 2,285.14 | 05/20/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20112-2 | $ 9,081.50 | 05/20/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | DY032-10 | $ 4,173.10 | 05/20/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20112-1 | $ 73,285.30 | 05/20/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20101-1 | $ 189.67 | 05/20/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20100-2 | $ 1,755.16 | 05/20/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20100-1 | $ 94,052.30 | 05/20/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20056-1 | $ 755.07 | 05/20/2002 | 09/22/ |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20048-1 | $ 960.87 | 05/20/2002 | 09/22/ |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY10452-14 | $ 89.77 | 05/20/2002 | 09/22/ |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20039-1 | $ 5,854.55 | 05/20/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20130-1 | $ 185.00 | 05/20/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20093-1 | $ 1,243.00 | 05/21/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20059-1 | $ 7,820.75 | 05/21/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20003-2 | $ 7,239.00 | 05/21/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY10544-1 | $ 27,756.35 | 05/21/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20047-1 | $ 6,613.20 | 05/21/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20040-11 | $ 9,588.10 | 05/21/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20234-1 | $ 85.75 | 05/23/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY2020B-1 | $ 54.00 | 05/30/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20241-1 | $ 306.00 | 05/31/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | DE12 | $ 10,900.30 | 05/31/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | DE13 | $ 12,894.30 | 06/25/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | DE14 | $ 507.50 | 06/25/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20038-3 | $ 648.43 | 07/01/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY10544-2 | $ 240.40 | 07/01/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | DY90729-36 | $ 275.00 | 07/08/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20107 | $ 843.50 | 07/08/2002 | 09/22/ |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | DY041-1 | $ 140.50 | 07/08/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20007-3 | $ 125.00 | 07/08/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20046-3 | $ 17,006.25 | 07/22/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY10538-2 | $ 900.00 | 07/23/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20047-4 | $ 7,378.30 | 07/23/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20101-3 | $ 8,208.50 | 07/23/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20114-1 | $ 9,736.30 | 07/23/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20151-1 | $ 4,090.75 | 07/23/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20056-2 | $ 16,792.14 | 07/24/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20056-3 | $ 12,667.76 | 07/24/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY10544-3 | $ 17,079.95 | 07/24/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20003-3 | $ 955.00 | 07/24/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY2000B-1 | $ 7,147.25 | 07/24/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20009-4 | $ 4,114.00 | 07/24/2002 | 09/22/2003 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20076-1 | $ 10,284.25 | 07/24/2002 | 09/22/2003 |

PAULEY CONSTRUCTION, INC.

ADELPHIA PROOF OF CLAIM BY CUSTOMER

| CUSTOMER | CASE # | SYSTEM | INVOICE # | AMOUNT | INVOICE DATE | CURRENT DATE | # D/AG |
|---|---|---|---|---|---|---|---|
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20101-4 | $ 1,478.00 | 07/24/2002 | 09/22/200 | 4 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20055-1 | $ 1,386.53 | 07/24/2002 | 09/22/200 | 4 |
| YUMA CABLEVISION, INC. | 02-41868 | YUMA, AZ | ADY20055-2 | $ 2,815.07 | 07/24/2002 | 09/22/200 | 4 |
| | | YUMA, AZ Total | | $ 936,849.51 | | | |
| YUMA CABLEVISION, INC. Total | | | | $ 936,849.51 | | | |

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | PROOF OF CLAIM<br>Chapter 11 | (This space is for Court use only) |
|---|---|---|

| Name of Debtor<br><br>SOUTHWEST COLORADO CABLE INC. | Bankruptcy Case No.<br><br>02-41769 (REG) | |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the Debtor owes money or property):<br><br>PAULEY CONSTRUCTION, INC. | |
|---|---|

| Name and address where notices should be sent:<br><br>PAULEY CONSTRUCTION, INC.<br>2021 W. Melinda Lane<br>Phoenix, AZ 85027<br>623-581-1200 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you never received any notices from the Bankruptcy Court in this case.<br>☒ Check box if this address differs from address on the envelope sent to you by the Court. |
|---|---|

| Number by which Creditor identifies<br>Debtor: CENCOM | ☐ Check here if this claim replaces<br>☒ amends a previously filed claim - date: 10/2/02;<br>This proof of claim reflects a subpart of the general proof of claim filed on 10/2/02 in the amount of $7,848,040.43 in Case No. 02-41729 (REG) |
|---|---|

**1. Basis for Claim:**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other:

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No.: _____
Unpaid compensation for services performed from _____ to _____
                                                   (Date)          (Date)

**2. Date debt was incurred:** 5/23/02 - 6/25/02          **3. If court judgment, date obtained:** _____

**4. Total Amount of Claim at Time Case Filed:** $73,678.43 (see Summary)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐     Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**

☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $

**6. Unsecured Priority Claim.**

☐ Check this box if you have an unsecured priority claim
    Amount entitled to priority: $
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4650)* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(3)
- ☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4)
- ☐ Up to $2100* of deposits toward purchase, lease or rental of property or services for personal, family or household use - 11 U.S.C. §507(a)(6)
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. §507(a)(7)
- ☐ Taxes or penalties owed to government units - 11 U.S.C. §507(a)(8)
- ☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)( )
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

RECEIVED
DEC - 2003
CLAIMS PROCESSING CENTER
USBC, SDNY

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | PROOF OF CLAIM<br>Chapter 11<br>Page 2 | |
|---|---|---|
| **Name of Debtor**<br><br>SOUTHWEST COLORADO CABLE INC. | **Bankruptcy Case No.**<br><br>02-41769 (REG) | |

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SENT ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

    See attached

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: September **30**, 2003
    Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

    PAULEY CONSTRUCTION, INC.

By: _____
    Perry Pauley, President

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

F:\Data\PauleyUtility\2208801\Other\POCSWCo.doc

**Summary:**

| Customer No. | Dates | Amounts |
|---|---|---|
| CENCOM | 05/23/02-6/25/02 | $59,090.53 |
| CENCOM | 06/25/02-6/25/02 | $14,587.90 |
| Total: | | $73,678.43 |

PAULEY CONSTRUCTION, INC.

ADELPHIA PROOF OF CLAIM BY CUSTOMER

| CUSTOMER | CASE # | SYSTEM | INVOICE # | AMOUNT | INVOICE DATE | CURRENT DATE | # OF DAYS AGING |
|---|---|---|---|---|---|---|---|
| SOUTHWEST COLORADO CABLE, INC. | 02-41769 | CRESTED BUTTE, CO | MB134 | $ 7.11 | 05/23/2002 | 09/22/2003 | 486 |
| SOUTHWEST COLORADO CABLE, INC. | 02-41769 | CRESTED BUTTE, CO | MB130 | $ 83.00 | 05/30/2002 | 09/22/2003 | 481 |
| SOUTHWEST COLORADO CABLE, INC. | 02-41769 | CRESTED BUTTE, CO | UB184 | $ 11,432.50 | 06/25/2002 | 09/22/2003 | 455 |
| SOUTHWEST COLORADO CABLE, INC. | 02-41769 | CRESTED BUTTE, CO | AB116 | $ 1,645.70 | 06/25/2002 | 09/22/2003 | 455 |
| SOUTHWEST COLORADO CABLE, INC. | 02-41769 | CRESTED BUTTE, CO | AB118 | $ 3,142.25 | 06/25/2002 | 09/22/2003 | 455 |
| SOUTHWEST COLORADO CABLE, INC. | 02-41769 | CRESTED BUTTE, CO | UB183 | $ 5,933.50 | 06/25/2002 | 09/22/2003 | 455 |
| SOUTHWEST COLORADO CABLE, INC. | 02-41769 | CRESTED BUTTE, CO | MB142 | $ 22.00 | 07/01/2002 | 09/22/2003 | 449 |
| SOUTHWEST COLORADO CABLE, INC. | 02-41769 | CRESTED BUTTE, CO | MB138 | $ 68.91 | 07/01/2002 | 09/22/2003 | 449 |
| SOUTHWEST COLORADO CABLE, INC. | 02-41769 | CRESTED BUTTE, CO | UB203 | $ 30,765.50 | 07/29/2002 | 09/22/2003 | 421 |
| | | **CRESTED BUTTE, CO Total** | | $ 59,090.53 | | | |
| SOUTHWEST COLORADO CABLE, INC. | 02-41769 | GUNNISON, CO | AG117 | $ 285.90 | 06/25/2002 | 09/22/2003 | 455 |
| SOUTHWEST COLORADO CABLE, INC. | 02-41769 | GUNNISON, CO | UC185 | $ 9,468.00 | 06/25/2002 | 09/22/2003 | 455 |
| SOUTHWEST COLORADO CABLE, INC. | 02-41769 | GUNNISON, CO | UG202 | $ 4,934.00 | 07/29/2002 | 09/22/2003 | 421 |
| | | **GUNNISON, CO Total** | | $ 14,687.90 | | | |
| **SOUTHWEST COLORADO CABLE, INC. Total** | | | | $ 73,078.43 | | | |

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | PROOF OF CLAIM<br>Chapter 11 | (This space is for Court use only) |
|---|---|---|

**Name of Debtor**

MONUMENT COLORADO
CABLEVISION, INC.

**Bankruptcy Case No.**

02-41932 (REG)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the Debtor owes money or property):

PAULEY CONSTRUCTION, INC.

**Name and address where notices should be sent:**

PAULEY CONSTRUCTION, INC.
2021 W. Melinda Lane
Phoenix, AZ 85027
623-581-1200

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you never received any notices from the Bankruptcy Court in this case.

☒ Check box if this address differs from address on the envelope sent to you by the Court.

**Number by which Creditor identifies**.
**Debtor:** CENCOM

☐ Check here if this claim replaces

☒ amends a previously filed claim - date: 10/2/02;
This proof of claim reflects a subpart of the general proof of claim filed on 10/2/02 in the amount of $7,848,040.43 in Case No. 02-41729 (REG)

**1. Basis for Claim:**
☐ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other:

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No.: _____ _____
Unpaid compensation for services performed from _____ to _____
                                                              (Date)              (Date)

**2. Date debt was incurred:**    1/04/02-6/25/02

**3. If court judgment, date obtained:** _____

**4. Total Amount of Claim at Time Case Filed:** $421,921.29

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐    Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  . ☐ Other

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Priority Claim.**

☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $
Specify the priority of the claim:
☐   Wages, salaries, or commissions (up to $4650)* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(3)
☐   Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4)
☐   Up to $2100* of deposits toward purchase, lease or rental of property or services for personal, family or household use - 11 U.S.C. §507(a)(6)
☐   Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. §507(a)(7)
☐   Taxes or penalties owed to government units - 11 U.S.C. §507(a)(8)
☐   Other – Specify applicable paragraph of 11 U.S.C. §507(a)( )
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

RECEIVED

DEC - 2003

CLAIMS PROCESSING CENTER
USBC, SDNY        4

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | PROOF OF CLAIM<br>Chapter 11<br>Page 2 | |
|---|---|---|
| **Name of Debtor**<br><br>MONUMENT COLORADO<br>CABLEVISION, INC. | **Bankruptcy Case No.**<br><br>02-41932 (REG) | |

7. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

8. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SENT ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

    See attached

9. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: September **30**, 2003
    Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

    PAULEY CONSTRUCTION, INC.

    By: _____
        Perry Pauley, President

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

F:\Data\PauleyUtility\2208801\Other\POCMonCO.doc

PAULEY CONSTRUCTION, INC.

ADELPHIA PROOF OF CLAIM BY CUSTOMER

| CUSTOMER | CASE # | SYSTEM | INVOICE # | | AMOUNT | INVOICE DATE | CURRENT DATE | # O DAY |
|---|---|---|---|---|---|---|---|---|
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | UM133 | $ | 8,393.90 | 01/04/2002 | 09/22/2003 | 62 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | UM172 | $ | 2,903.00 | 01/17/2002 | 09/22/2003 | 61 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | UM150 | $ | 1,806.40 | 02/07/2002 | 09/22/2003 | 59 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | UM159 | $ | 2,133.50 | 03/08/2002 | 09/22/2003 | 56 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | UM157 | $ | 58,746.60 | 03/15/2002 | 09/22/2003 | 55 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | AM105 | $ | 1,559.30 | 03/25/2002 | 09/22/2003 | 54 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | UM160 | $ | 33,606.50 | 03/25/2002 | 09/22/2003 | 54 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | CM93 | $ | 1,218.28 | 04/01/2002 | 09/21/2003 | 54 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | AM106 | $ | 76.00 | 04/01/2002 | 09/22/2003 | 54 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | UM163 | $ | 29,229.20 | 04/02/2002 | 09/22/2003 | 53 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | UM168 | $ | 11,644.10 | 04/04/2002 | 09/22/2 | 53 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | AM108 | $ | 75.00 | 04/04/2002 | 09/22/2003 | 53 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | UM171 | $ | 79,024.50 | 04/11/2002 | 09/22/2003 | 53 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | CM97 | $ | 984.96 | 04/11/2002 | 09/22/2003 | 53 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | AM111 | $ | 300.00 | 04/12/2002 | 09/22/2003 | 52 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | UM174 | $ | 16,536.60 | 04/18/2002 | 09/22/2003 | 52 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | MM130 | $ | 4,936.76 | 04/18/2002 | 09/22/2003 | 52 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | AM112 | $ | 150.00 | 04/25/2002 | 09/22/2003 | 51 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | UM175 | $ | 65,074.90 | 04/25/2002 | 09/22/2003 | 51 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | UM179 | $ | 28,692.60 | 05/02/2002 | 09/22/2003 | 50 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | UM181 | $ | 159.00 | 05/02/2002 | 09/22/2003 | 50 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | CM101 | $ | 492.48 | 05/02/2002 | 09/22/2003 | 50 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | UM186 | $ | 280.00 | 05/14/2002 | 09/22/2003 | 49 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | UM182 | $ | 4,416.60 | 05/16/2002 | 09/22/2003 | 49 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | UM189 | $ | 37,648.60 | 05/28/2002 | 09/22/2003 | 48 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | CM103 | $ | 246.24 | 05/30/2002 | 09/22/2003 | 48 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | UM195 | $ | 7,749.50 | 05/30/2002 | 09/22/2003 | 48 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | MM141 | $ | 953.95 | 06/21/2002 | 09/22/2003 | 45 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | CM105 | $ | 738.72 | 06/25/2002 | 09/22/2003 | 45 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | UM189 | $ | 13,500.50 | 06/25/2002 | 09/22/2 | 45 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | CM107 | $ | 615.60 | 07/22/2002 | 09/22/2003 | 42 |
| MONUMENT COLORADO CABLEVISION, INC. | 02-41932 | TRI-LAKES MONUMENT, CO | UM201 | $ | 8,029.00 | 07/22/2002 | 09/22/2003 | 42 |
| | | TRI-LAKES MONUMENT, CO Total | | $ | 421,921.29 | | | |
| MONUMENT COLORADO CABLEVISION, INC. Total | | | | $ | 421,921.29 | | | |

Page 1 of 2

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | PROOF OF CLAIM<br>Chapter 11 | (This space is for Court use only) |
|---|---|---|

**Name of Debtor**

CENTURY MENDOCINO CABLE
TELEVISION, INC.

**Bankruptcy Case No.**

02-41780 (REG)

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the Debtor owes money or property):

PAULEY CONSTRUCTION, INC.

**Name and address where notices should be sent:**

PAULEY CONSTRUCTION, INC.
2021 W. Melinda Lane
Phoenix, AZ 85027
623-581-1200

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you never received any notices from the Bankruptcy Court in this case.

☒ Check box if this address differs from address on the envelope sent to you by the Court.

**Number by which Creditor identifies Debtor:** ADENCA

☐ Check here if this claim □ replaces
☒ amends a previously filed claim - date: 10/2/02;
This proof of claim reflects a subpart of the general proof of claim filed on 10/2/02 in the amount of $7,848,040.43 in Case No. 02-41729 (REG)

**1. Basis for Claim:**
☐ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other:

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No.: _____
Unpaid compensation for services performed from _____ to _____
(Date)                    (Date)

**2. Date debt was incurred:** 11/15/01 - 6/25/02

**3. If court judgment, date obtained:** _____

**4. Total Amount of Claim at Time Case Filed:** $4,251,595.08
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Priority Claim.**

☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4650)* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(3)
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4)
☐ Up to $2100* of deposits toward purchase, lease or rental of property or services for personal, family or household use - 11 U.S.C. §507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. §507(a)(7)
☐ Taxes or penalties owed to government units - 11 U.S.C. §507(a)(8)
☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)( )
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

RECEIVED
DEC - 2003
CLAIMS PROCESSING CENTER
USBC, SDNY

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | PROOF OF CLAIM<br>Chapter 11<br>Page 2 | |
|---|---|---|
| **Name of Debtor**<br><br>CENTURY MENDOCINO CABLE<br>TELEVISION, INC. | **Bankruptcy Case No.**<br><br>02-41780 (REG) | |

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.* DO NOT SENT ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

    See attached

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: September **30**, 2003
    Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

    PAULEY CONSTRUCTION, INC.

By: _____
    Perry Pauley, President

---

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

F:\Data\PauleyUtility\2208801\Other\POCCenMenCa.doc

PAULEY CONSTRUCTION, INC.

ADELPHIA PROOF OF CLAIM BY CUSTOMER

| CUSTOMER | CASE # | SYSTEM | INVOICE # | AMOUNT | INVOICE DATE | CURRENT DATE | # O DAY CAGIN |
|---|---|---|---|---|---|---|---|
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | EF61 | $ 13,489.00 | 11/15/2001 | 09/22/2003 | 67 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | EK01 | $ 300.00 | 11/29/2001 | 09/22/2003 | 66 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MK67 | $ 15,062.01 | 12/11/2001 | 09/22/2003 | 65 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | EF63 | $ 7,316.00 | 12/18/2001 | 09/22/2003 | 64 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | EF64 | $ 9,580.50 | 01/04/2002 | 09/22/2003 | 62 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | EF65 | $ 751.00 | 01/10/2002 | 09/22/2003 | 62 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF64 | $ 7,772.27 | 01/10/2002 | 09/22/2003 | 62 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | EF66 | $ 273.00 | 01/16/2002 | 09/22/2003 | 61 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF65 | $ 6,175.22 | 01/24/2002 | 09/22/2003 | 60 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | EF07 | $ 1,476.00 | 01/25/2002 | 09/22/2 | 60 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | EF68 | $ 352.00 | 02/06/2002 | 09/22/2003 | 59 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | EF71 | $ 64.00 | 03/06/2002 | 09/22/2003 | 56 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | EF72 | $ 4,442.00 | 03/13/2002 | 09/22/2003 | 55 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | ADK10345-24 | $ 23,344.65 | 03/14/2002 | 09/22/2003 | 55 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AF75 | $ 35,222.77 | 03/14/2002 | 09/22/2003 | 55 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK100 | $ 135,510.00 | 03/14/2002 | 09/22/2003 | 55 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK99 | $ 7,186.03 | 03/15/2002 | 09/22/2003 | 55 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | EF73 | $ 600.00 | 03/21/2002 | 09/22/2003 | 55 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AK103 | $ 10,096.07 | 03/21/2002 | 09/22/2003 | 55 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AF76 | $ 27,724.20 | 03/21/2002 | 09/22/2003 | 55 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UF83 | $ 61,761.85 | 03/21/2002 | 09/22/2003 | 55 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK101 | $ 15,228.84 | 03/21/2002 | 09/22/2003 | 55 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AK105 | $ 10,125.00 | 03/25/2002 | 09/22/2003 | 547 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK102 | $ 40.00 | 03/25/2002 | 09/22/2003 | 547 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF70 | $ 31,739.62 | 03/28/2002 | 09/22/2003 | 544 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AK104 | $ 2,452.82 | 03/28/2002 | 09/22/2003 | 544 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AF77 | $ 37,189.88 | 03/28/2002 | 09/22/2003 | 544 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UF84 | $ 43,506.90 | 03/28/2002 | 09/22/2 | 544 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | ADK10345-29 | $ 94.60 | 04/03/2002 | 09/22/2003 | 538 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AF78 | $ 23,847.75 | 04/04/2002 | 09/22/2003 | 537 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AK106 | $ 23,584.93 | 04/04/2002 | 09/22/2003 | 537 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK104 | $ 14,242.90 | 04/04/2002 | 09/22/2003 | 537 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK106 | $ 2,786.56 | 04/08/2002 | 09/22/2003 | 533 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK107 | $ 280.00 | 04/10/2002 | 09/22/2003 | 531 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | ADK10345-31 | $ 55,182.23 | 04/10/2002 | 09/22/2003 | 531 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF71 | $ 114,514.66 | 04/11/2002 | 09/22/2003 | 530 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UF89 | $ 13,920.00 | 04/11/2002 | 09/22/2003 | 530 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UF88 | $ 28,470.00 | 04/11/2002 | 09/22/2003 | 530 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UF86 | $ 55,073.50 | 04/11/2002 | 09/22/2003 | 530 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | EF76 | $ 1,860.00 | 04/11/2002 | 09/22/2003 | 530 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AF79 | $ 10,006.33 | 04/11/2002 | 09/22/2003 | 530 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK105 | $ 25,758.32 | 04/11/2002 | 09/22/2003 | 530 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AK107 | $ 17,734.79 | 04/11/2002 | 09/22/2003 | 530 |

PAULEY CONSTRUCTION, INC.

## ADELPHIA PROOF OF CLAIM BY CUSTOMER

| CUSTOMER | CASE # | SYSTEM | INVOICE # | AMOUNT | INVOICE DATE | CURRENT DATE | # C DAY |
|---|---|---|---|---|---|---|---|
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MKT72 | $93,760.66 | 04/15/2002 | 09/22/2003 | 52 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UF91 | $51,690.00 | 04/18/2002 | 09/22/2003 | 52 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | EF77 | $3,621.00 | 04/18/2003 | 09/22/2003 | 52 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AK108 | $39,531.39 | 04/18/2002 | 09/22/2003 | 52 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | ADK10345-34 | $110.00 | 04/18/2002 | 09/22/2003 | 52 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UF87 | $95,567.20 | 04/18/2002 | 09/22/2003 | 52 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MFT73 | $99,550.95 | 04/18/2002 | 09/22/2003 | 52 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MFT2 | $2,956.80 | 04/18/2002 | 09/22/2003 | 52 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AF80 | $28,460.30 | 04/18/2002 | 09/22/2003 | 52 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK108 | $137,267.96 | 04/18/2002 | 09/22/ | 52 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK109 | $126,299.54 | 04/25/2002 | 09/22/2003 | 511 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AK109 | $15,078.90 | 04/25/2002 | 09/22/2003 | 51 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UF93 | $10,220.00 | 04/29/2002 | 09/22/2003 | 51 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UF90 | $135,235.20 | 04/29/2002 | 09/22/2003 | 51 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AF81 | $43,063.82 | 04/29/2002 | 09/22/2003 | 51 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | ADK10345-36 | $10,537.50 | 04/30/2002 | 09/22/2003 | 51 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF74 | $38,174.13 | 04/30/2002 | 09/22/2003 | 51 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UF95 | $5,080.00 | 05/02/2002 | 09/22/2003 | 50 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UF92 | $143,542.87 | 05/02/2002 | 09/22/2003 | 50 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF76 | $3,472.70 | 05/03/2002 | 09/22/2003 | 50 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK111 | $22,340.00 | 05/03/2002 | 09/22/2003 | 50 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF75 | $58,328.61 | 05/03/2002 | 09/22/2003 | 50 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UF82 | $35,766.39 | 05/03/2002 | 09/22/2003 | 50 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UF96 | $2,940.00 | 05/07/2002 | 09/22/2003 | 50 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | ADK10345-38 | $2,003.87 | 05/07/2002 | 09/22/2003 | 50 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | EF79 | $40.00 | 05/07/2002 | 09/22/2003 | 50 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF77 | $60,506.88 | 05/08/2002 | 09/22/2003 | 50 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF78 | $1,628.46 | 05/08/2002 | 09/22/2003 | 50 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UF84 | $178,252.00 | 05/08/2002 | 09/22/ | 50 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AK83 | $24,235.63 | 05/09/2002 | 09/22/2003 | 50 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AK111 | $48,048.91 | 05/09/2002 | 09/22/2003 | 50 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK112 | $66,371.28 | 05/10/2002 | 09/22/2003 | 501 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK110 | $24,388.66 | 05/13/2002 | 09/22/2003 | 49 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MKT3 | $19,032.89 | 05/13/2002 | 09/22/2003 | 49 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF79 | $9,410.50 | 05/13/2002 | 09/22/2003 | 49 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF80 | $99,789.34 | 05/15/2002 | 09/22/2003 | 49 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AF84 | $9,580.69 | 05/16/2002 | 09/22/2003 | 49 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UF87 | $67,594.90 | 05/16/2002 | 09/22/2003 | 49 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AK110 | $20,133.82 | 05/17/2002 | 09/22/2003 | 49 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK113 | $41,220.00 | 05/17/2002 | 09/22/2003 | 49 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UF98 | $97,526.95 | 05/17/2002 | 09/22/ | 49 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AF85 | $3,803.50 | 05/17/2002 | 09/22/2003 | 494 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AF86 | $212,310.39 | 05/22/2002 | 09/22/2003 | 494 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UF99 | $146,021.97 | 05/22/2002 | 09/22/2003 | 489 |

PAULEY CONSTRUCTION, INC.

ADELPHIA PROOF OF CLAIM BY CUSTOMER

| CUSTOMER | CASE # | SYSTEM | INVOICE # | AMOUNT | INVOICE DATE | CURRENT DATE | # O DAY AGIN |
|---|---|---|---|---|---|---|---|
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF82 | $ 49,156.87 | 05/23/2002 | 09/22/2003 | 488 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AK112 | $ 9,469.71 | 05/23/2002 | 09/22/2003 | 488 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AK113 | $ 56,739.49 | 05/23/2002 | 09/22/2003 | 488 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK114 | $ 142,130.19 | 05/23/2002 | 09/22/2003 | 488 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK115 | $ 115,113.42 | 05/23/2002 | 09/22/2003 | 488 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF83 | $ 43,203.82 | 05/30/2002 | 09/22/2003 | 481 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF84 | $ 25,547.50 | 06/03/2002 | 09/22/2003 | 477 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AK114 | $ 69,030.58 | 06/04/2002 | 09/22/2003 | 476 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | ADK10345-40 | $ 21,979.66 | 06/04/2002 | 09/22/2003 | 476 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK116 | $ 70,771.83 | 06/04/2002 | 09/22/2003 | 476 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF85 | $ 28,848.14 | 06/05/2002 | 09/22/2003 | 475 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MK74 | $ 14,806.30 | 06/06/2002 | 09/22/2003 | 474 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MK75 | $ 2,212.45 | 06/06/2002 | 09/22/2003 | 474 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UK117 | $ 58,951.45 | 06/09/2002 | 09/22/2003 | 471 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | ADK10345-5 | $ 3,832.40 | 06/10/2002 | 09/22/2003 | 472 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF86 | $ 8,750.00 | 06/10/2002 | 09/22/2003 | 471 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MK76 | $ 9,433.66 | 06/20/2002 | 09/22/2003 | 470 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AF87 | $ 18,666.95 | 06/20/2002 | 09/22/2003 | 460 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UF100 | $ 42,534.07 | 06/20/2002 | 09/22/2003 | 460 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF87 | $ 28,651.01 | 06/23/2002 | 09/22/2003 | 457 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | UF101 | $ 8,228.48 | 07/01/2002 | 09/22/2003 | 449 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AF88 | $ 51,638.72 | 07/02/2002 | 09/22/2003 | 448 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | AF88 | $ 10,585.69 | 07/02/2002 | 09/22/2003 | 448 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | ADK10345-40 | $ 1,480.00 | 07/16/2002 | 09/22/2003 | 448 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MF88 | $ 12,785.31 | 07/16/2002 | 09/22/2003 | 434 |
| CENTURY MENDOCINO CABLE TELEVISION, INC. | 02-41780 | MENDOCINO COUNTY, CA | MK77 | $ 768.26 | 07/16/2002 | 09/22/2003 | 434 |
| **CENTURY MENDOCINO CABLE TELEVISION, INC. Total** | | **MENDOCINO COUNTY, CA Total** | | **$ 4,251,595.08** | | | |
| | | | | **$ 4,251,595.08** | | | |

| UNITED STATES BANKRUPTCY CURT<br>Southern District of New York | PROOF OF CLAIM<br>Chapter 11 | (This space is for Court use only) |
|---|---|---|

**Name of Debtor**

CENTURY-TCI CALIFORNIA LP

**Bankruptcy Case No.**

02-41741 (REG)·

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the Debtor owes money or property):

PAULEY CONSTRUCTION, INC.

| **Name and address where notices should be sent:**<br><br>PAULEY CONSTRUCTION, INC.<br>2021 W. Melinda Lane<br>Phoenix, AZ 85027<br>623-581-1200 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you never received any notices from the Bankruptcy Court in this case.<br>☒ Check box if this address differs from address on the envelope sent to you by the Court. |
|---|---|
| **Number by which Creditor identifies Debtor:** ADECAM, ADEPER, ABIZAZ | ☐ Check here if this claim ☐ replaces<br>☒ amends a previously filed claim - date: 10/2/02;<br>This proof of claim reflects a subpart of the general proof of claim filed on 10/2/02 in the amount of $7,848,040.43 in Case No. 02-41729 (REG) |

**1. Basis for Claim:**
☐ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other:

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No.: _____
Unpaid compensation for services performed from _____ to _____
(Date)                    (Date)

**2. Date debt was incurred:** 4/1/02 - 6/25/02          **3. If court judgment, date obtained:** _____

**4. Total Amount of Claim at Time Case Filed:** $523,022.45 (see Summary)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐   Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Priority Claim.**

☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $_____
Specify the priority of the claim:
☐  Wages, salaries, or commissions (up to $4650)* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(3)
☐  Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4)
☐  Up to $2100* of deposits toward purchase, lease or rental of property or services for personal, family or household use - 11 U.S.C. §507(a)(6)
☐  Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. §507(a)(7)
☐  Taxes or penalties owed to government units - 11 U.S.C. §507(a)(8)
☐  Other – Specify applicable paragraph of 11 U.S.C. §507(a)( )
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | PROOF OF CLAIM<br>Chapter 11<br>Page 2 | |
|---|---|---|
| **Name of Debtor**<br><br>CENTURY-TCI CALIFORNIA LP | **Bankruptcy Case No.**<br><br>02-41741 (REG) | |

**7.Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents.* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SENT ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

See attached

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: September 30, 2003
    Sign and print the name and title, if any, of the creditor or other person authorized to file this claim .
    (attach copy of power of attorney, if any):

    PAULEY CONSTRUCTION, INC.

    By: _____
        Perry Pauley, President

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

F:\Data\PauleyUtility\2208801\Other\POCCentTCI.doc

## Summary:

| Customer No. | Date | Amount |
|---|---|---|
| ADECAM | 04/01/02-6/25/02 | $299,786.53 |
| ADEPER | 04/08/02-6/25/02 | $204,077.34 |
| ABIZAZ | 01/10/02-6/25/02 | $ 19,158.58 |
| Total: | | $523,022.45 |

# PAULEY CONSTRUCTION, INC.

## ADELPHIA PROOF OF CLAIM BY CUSTOMER

| CUSTOMER | CASE # | SYSTEM | INVOICE # | AMOUNT | INVOICE DATE | CURRENT DATE |
|---|---|---|---|---|---|---|
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | CAMARILLO, CA #983 | ADL20064-1 | $ 3,385.80 | 04/01/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | CAMARILLO, CA #983 | ADL20064-3 | $ 3,142.66 | 04/01/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | CAMARILLO, CA #983 | ADL20117-1 | $ 3,600.00 | 04/10/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | CAMARILLO, CA #983 | ADL20117-3 | $ 3,600.00 | 04/10/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | CAMARILLO, CA #983 | ADL20117-2 | $ 3,600.00 | 04/10/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | CAMARILLO, CA #983 | ADL20117-5 | $ 3,600.00 | 04/10/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | CAMARILLO, CA #983 | ADL20117-4 | $ 819.50 | 04/25/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | CAMARILLO, CA #983 | ADL20117-8 | $ 3,600.00 | 04/25/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | CAMARILLO, CA #983 | ADL20117-6 | $ 3,600.00 | 04/29/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | CAMARILLO, CA #983 | ADL20117-7 | $ 2,034.87 | 04/29/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | CAMARILLO, CA #983 | ADL20117-9 | $ 3,600.00 | 05/08/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | CAMARILLO, CA #983 | UCA05 | $ 4,658.50 | 06/03/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | CAMARILLO, CA #983 | UCA04 | $ 12,835.00 | 06/03/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | CAMARILLO, CA #983 | UCA06 | $ 2,675.00 | 06/03/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | CAMARILLO, CA #983 | UCA07 | $ 8,021.75 | 06/03/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | CAMARILLO, CA #983 | UCA09 | $ 845.50 | 06/03/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | CAMARILLO, CA #983 | UCA10 | $ 6,170.00 | 06/03/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | CAMARILLO, CA #983 | UCA12 | $ 9,577.00 | 06/03/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | CAMARILLO, CA #983 | UCA08 | $ 39,632.50 | 06/03/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | CAMARILLO, CA #983 | UCA11 | $ 500.00 | 06/03/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | CAMARILLO, CA #983 | ADL20117-10 | $ 3,600.00 | 06/03/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | CAMARILLO, CA #983 | ADL20117-11 | $ 3,600.00 | 06/03/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | CAMARILLO, CA #983 | ADL20084-5 | $ 17,820.00 | 06/12/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | CAMARILLO, CA #983 | UCA03 | $ 20,524.80 | 06/12/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | CAMARILLO, CA #983 | UCA01 | $ 63,479.20 | 06/13/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | CAMARILLO, CA #983 | UCA02 | $ 40,988.80 | 06/13/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | CAMARILLO, CA #983 | ADL20117-13 | $ 375.85 | 06/18/2002 | 09/22/2002 |
| | | **CAMARILLO, CA #983 Total** | | **$ 299,786.53** | | |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | PERRIS, CA #984 | ADR10448-2 | $ 63,593.50 | 04/08/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | PERRIS, CA #984 | A001 | $ 24,467.01 | 04/15/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | PERRIS, CA #984 | A002 | $ 44,254.85 | 05/01/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | PERRIS, CA #984 | SU001 | $ 25,222.00 | 05/06/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | PERRIS, CA #984 | AR03 | $ 46,539.98 | 07/22/2002 | 09/22/2002 |
| | | **PERRIS, CA #984 Total** | | **$ 204,077.34** | | |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | YUMA, AZ ABIZAZ | ABY10543-1 | $ 823.00 | 04/12/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | YUMA, AZ ABIZAZ | ABY10543-2 | $ 9,657.20 | 04/12/2002 | 09/22/2002 |
| CENTURY-TCI CALIFORNIA, LP | 02-41741 | YUMA, AZ ABIZAZ | ABY10543-3 | $ 8,678.38 | 07/01/2002 | 09/22/2002 |
| | | **YUMA, AZ ABIZAZ Total** | | **$ 19,158.58** | | |
| **CENTURY-TCI CALIFORNIA, LP Total** | | | | **$ 523,022.45** | | |

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | PROOF OF CLAIM<br>Chapter 11 | (This space is for Court use only) |
|---|---|---|

| Name of Debtor<br><br>CENTURY COLORADO SPRINGS PARTNERSHIP | Bankruptcy Case No.<br><br>02-41774 (REG) | |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the Debtor owes money or property):

PAULEY CONSTRUCTION, INC.

| **Name and address where notices should be sent:**<br><br>PAULEY CONSTRUCTION, INC.<br>2021 W. Melinda Lane<br>Phoenix, AZ 85027<br>623-581-1200 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you never received any notices from the Bankruptcy Court in this case.<br>☒ Check box if this address differs from address on the envelope sent to you by the Court. |
|---|---|

| **Number by which Creditor identifies Debtor: CENCOM** | ☐ Check here if this claim replaces<br>☒ amends a previously filed claim - date: 10/2/02;<br>This proof of claim reflects a subpart of the general proof of claim filed on 10/2/02 in the amount of $7,848,040.43 in Case No. 02-41729 (REG) | |
|---|---|---|

**1. Basis for Claim:**
☐ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other:

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No.: ___ ___ ___
Unpaid compensation for services performed from _____ to _____
(Date)    (Date)

**2. Date debt was incurred:** 9/01/01 - 6/25/02

**3. If court judgment, date obtained:** _____

**4. Total Amount of Claim at Time Case Filed:** $669,597.71
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Priority Claim.**

☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4650)* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(3)
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4)
☐ Up to $2100* of deposits toward purchase, lease or rental of property or services for personal, family or household use - 11 U.S.C. §507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. §507(a)(7)
☐ Taxes or penalties owed to government units - 11 U.S.C. §507(a)(8)
☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)( )
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

RECEIVED
2003
CLAIMS PROCESSING CENTER

| UNITED STATES BANKRUPTCY COURT Southern District of New York | PROOF OF CLAIM Chapter 11 Page 2 | |
|---|---|---|
| Name of Debtor<br><br>CENTURY COLORADO SPRINGS PARTNERSHIP | Bankruptcy Case No.<br><br>02-41774 (REG) | |

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SENT ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

See attached

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: September **30**, 2003
    Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

PAULEY CONSTRUCTION, INC.

By: _____
    Perry Pauley, President

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

F:\Data\PauleyUtility\2208801\Other\POCCenCOSp.doc

PAULEY CONSTRUCTION, INC.

ADELPHIA PROOF OF CLAIM BY CUSTOMER

| CUSTOMER | CASE # | SYSTEM | INVOICE # | AMOUNT | INVOICE DATE | CURRENT DATE |
|---|---|---|---|---|---|---|
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | MC82 | $ 9,966.12 | 09/01/2001 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | MC38 | $ 6,479.00 | 11/20/2001 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UC132 | $ 27,992.25 | 01/04/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UC139 | $ 60,509.50 | 01/17/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UC149 | $ 695.00 | 02/07/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | MC125 | $ 3,897.74 | 03/14/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | MC126 | $ 716.10 | 03/15/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | MC161 | $ 33,439.25 | 03/22/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | AC104 | $ 10,026.75 | 03/22/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UC167 | $ 3,021.00 | 03/22/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UC160 | $ 6,117.50 | 03/25/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | AC107 | $ 599.90 | 03/28/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | CC94 | $ 15,247.12 | 03/28/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UC164 | $ 35,554.00 | 03/28/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | MC127 | $ 2,996.37 | 04/01/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | MC128 | $ 693.00 | 04/01/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UGC55C | $ (169.00) | 04/03/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | AC109 | $ 34,940.00 | 04/04/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | CC95 | $ 655.20 | 04/04/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UC170 | $ 1,438.56 | 04/04/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | CC96 | $ 13,046.25 | 04/11/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UC173 | $ 3,152.40 | 04/11/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | CC98 | $ 37,506.00 | 04/18/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | MC131 | $ 15,232.00 | 04/18/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | CC99 | $ 1,018.95 | 04/18/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UC176 | $ 10,378.00 | 04/25/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | AC114 | $ 84,447.25 | 04/25/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | CC100 | $ 6,665.40 | 04/25/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UC177 | $ 2,986.64 | 05/02/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UC178 | $ 375.00 | 05/02/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | AC113 | $ 97,129.25 | 05/02/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | MC133 | $ 2,542.10 | 05/02/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UC187 | $ 132.26 | 05/09/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UC190 | $ 1,110.00 | 05/14/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UC180 | $ 471.00 | 05/16/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UC193 | $ 972.00 | 05/16/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UC162 | $ 371.00 | 05/23/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UC165 | $ 689.00 | 05/23/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UC191 | $ 1,154.00 | 05/23/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UC192 | $ 1,790.00 | 05/23/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UC194 | $ 854.00 | 05/23/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | CC104 | $ 336.00 | 05/28/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UC188 | $ 839.16 | 05/28/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | MC137 | $ 3,341.00 | 05/28/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | | $ 388.39 | 05/30/2002 | 09/22/2003 |

PAULEY CONSTRUCTION, INC.

ADELPHIA PROOF OF CLAIM BY CUSTOMER

| CUSTOMER | CASE # | SYSTEM | INVOICE # | AMOUNT | INVOICE DATE | CURRENT DATE |
|---|---|---|---|---|---|---|
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | MC135 | $ 3,266.18 | 05/30/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | CC102 | $ 3,392.90 | 05/30/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UC198 | $ 686.00 | 05/30/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UC197 | $ 786.00 | 05/30/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | AC115 | $ 2,356.90 | 05/30/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UC198 | $ 87,182.50 | 06/06/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | CC106 | $ 4,114.40 | 06/06/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | MC140 | $ 959.14 | 06/21/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UC205 | $ 6,791.00 | 06/25/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | MC139 | $ 550.00 | 07/01/2002 | 09/2.../2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | CC108 | $ 599.40 | 07/22/2002 | 09/2.../2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UC204 | $ 10,826.00 | 07/22/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | 072302-50331 | $ 503.31 | 07/23/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | MC145 | $ 3,850.88 | 07/26/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | UC200 | $ 168.75 | 07/30/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | MC146 | $ 477.04 | 08/29/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP | 02-41774 | COLORADO SPRINGS, CO #691 | MC147 | $ 1,334.92 | 08/29/2002 | 09/22/2003 |
| CENTURY COLORADO SPRINGS PARTNERSHIP Total | | COLORADO SPRINGS, CO #691 Total | | $ 669,597.71 | | |
| | | | | $ 669,597.71 | | |

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | PROOF OF CLAIM<br>Chapter 11 | (This space is for Court use only) |
|---|---|---|

| Name of Debtor<br><br>ACC TELECOMMUNICATONS, LLC | Bankruptcy Case No.<br><br>02-41863 (REG) |
|---|---|

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the Debtor owes money or property):<br><br>PAULEY CONSTRUCTION, INC. | |
|---|---|

| Name and address where notices should be sent:<br><br>PAULEY CONSTRUCTION, INC.<br>2021 W. Melinda Lane<br>Phoenix, AZ 85027<br>623-581-1200 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you never received any notices from the Bankruptcy Court in this case.<br>☒ Check box if this address differs from address on the envelope sent to you by the Court. |
|---|---|

| Number by which Creditor identifies<br>Debtor: ABIZCO | ☐ Check here if this claim □ replaces<br>☒ amends a previously filed claim - date: 10/2/02;<br>This proof of claim reflects a subpart of the general proof of claim filed on 10/2/02 in the amount of $7,848,040.43 in Case No. 02-41729 (REG) |
|---|---|

**1. Basis for Claim:**
☐ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other:

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Your Social Security No.: _____
Unpaid compensation for services performed from _____ to _____
(Date)                (Date)

**2. Date debt was incurred:** 11/13/01 - 4/30/02            **3. If court judgment, date obtained:** _____

**4. Total Amount of Claim at Time Case Filed:** $43,661.35
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐    Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Priority Claim.**

☐ Check this box if you have an unsecured priority claim
Amount entitled to priority: $_____
Specify the priority of the claim:
☐  Wages, salaries, or commissions (up to $4650)* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(3)
☐  Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4)
☐  Up to $2100* of deposits toward purchase, lease or rental of property or services for personal, family or household use - 11 U.S.C. §507(a)(6)
☐  Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. §507(a)(7)
☐  Taxes or penalties owed to government units - 11 U.S.C. §507(a)(8)
☐  Other – Specify applicable paragraph of 11 U.S.C. §507(a)( )
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

RECEIVED
DEC - 3 2003
CLAIMS PROCESSING CENTER
USBC, SDNY
4

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | PROOF OF CLAIM<br>Chapter 11<br>Page 2 | |
|---|---|---|
| Name of Debtor<br><br>ACC TELECOMMUNICATONS, LLC | Bankruptcy Case No.<br><br>02-41863 (REG) | |

7. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

8. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SENT ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

   See attached

9. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: September **30**, 2003
    Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

    PAULEY CONSTRUCTION, INC.

By: _____
    Perry Pauley, President

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

F:\Data\PauleyUtility\2208801\Other\POCACC.doc

PAULEY CONSTRUCTION, INC.

ADELPHIA PROOF OF CLAIM BY CUSTOMER

| CUSTOMER | CASE # | SYSTEM | INVOICE # | | AMOUNT | INVOICE DATE | CURRENT DATE |
|----------|--------|--------|-----------|---|--------|--------------|--------------|
| ACC TELECOMMUNICATIONS LLC | 02-41863 | DENVER, CO | ABV10502-E1 | $ | 13,507.50 | 11/13/2001 | 09/22/2003 |
| ACC TELECOMMUNICATIONS LLC | 02-41863 | DENVER, CO | ABV10502-E2 | $ | 15,965.63 | 12/30/2001 | 09/22/2003 |
| ACC TELECOMMUNICATIONS LLC | 02-41863 | DENVER, CO | BV90814-M1 | $ | 9,338.22 | 02/28/2002 | 09/22/2003 |
| ACC TELECOMMUNICATIONS LLC | 02-41863 | DENVER, CO | ABV10470-M1 | $ | 4,850.00 | 04/30/2002 | 09/22/2003 |
| | | DENVER, CO Total | | $ | 43,661.35 | | |
| ACC TELECOMMUNICATIONS LLC Total | | | | $ | 43,661.35 | | |

982.1(1)

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:
TIMOTHY G. TIETJEN, SB 104975
ROUDA, FEDER, TIETJEN & ZANOBINI
44 MONTGOMERY STREET, SUITE 4000
SAN FRANCISCO, CA  94104

TELEPHONE NO: 415/398-5398    FAX NO. *(Optional)*:  415/398-8169
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*:  PLAINTIFFS

NAME OF COURT: SAN FRANCISCO COUNTY SUPERIOR COURT
STREET ADDRESS: 400 MCALLISTER STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA  94104
BRANCH NAME:

FOR COURT USE ONLY

**F I L E D**

San Francisco County Superior Court

JUN 2 3 2004

GORDON PARK-LI, Clerk
BY: _____
Deputy Clerk

PLAINTIFF: SIFA TUIAKI AND LUPE TUIAKI

DEFENDANT: ADELPHIA COMMUNICATIONS CORPORATION and
CENTURY MENDOCINO CABLE TELEVISION, INC., dba ADELPHIA
CABLE COMMUNICATIONS
[X] DOES 1 TO 25

CASE MANAGEMENT CONFERENCE SET

COMPLAINT — Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED *(Number)*:
Type *(check all that apply)*:
[ ] MOTOR VEHICLE        [ ] OTHER *(specify)*:
   [ ] Property Damage     [ ] Wrongful Death
   [X] Personal Injury      [ ] Other Damages *(specify)*:

PLAN I    NOV 2 4 2004  9:00AM

DEPARTMENT 212

Jurisdiction *(check all that apply)*:
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded   [ ] does not exceed $10,000
                     [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER:

0 4 476

1. PLAINTIFF *(name)*: SIFA TUIAKI AND LUPE TUIAKI

   alleges causes of action against DEFENDANT *(name)*: See Attachment 2
2. This pleading, including attachments and exhibits, consists of the following number of pages:  6
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor    [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

   b. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor    [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Complaint — Attachment 3.

Page 1 of 3

COMPLAINT — Personal Injury, Property
Damage, Wrongful Death
Legal
Solutions
☜ Plus
Code of Civil Procedure, § 425.12

EXHIBIT *E*

SHORT TITLE: TUIAKI v. ADELPHIA COMMUNICATIONS CORPORATION, et al.

CASE NUMBER:

4. ☐ Plaintiff (name):

is doing business under the fictitious name (specify):

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. ☒ except defendant (name): Adelphia Communications Corporation

  (1) ☐ a business organization, form unknown
  (2) ☒ a corporation
  (3) ☐ an unincorporated entity (describe):

  (4) ☐ a public entity (describe):

  (5) ☐ other (specify):

c. ☐ except defendant (name):

  (1) ☐ a business organization, form unknown
  (2) ☐ a corporation
  (3) ☐ an unincorporated entity (describe):

  (4) ☐ a public entity (describe):

  (5) ☐ other (specify):

b. ☒ except defendant (name): Century Mendocino Cable Television Inc., dba Adelphia Cable Communications

  (1) ☐ a business organization, form unknown
  (2) ☐ a corporation
  (3) ☐ an unincorporated entity (describe):

  (4) ☐ a public entity (describe):

  (5) ☐ other (specify):

d. ☐ except defendant (name):

  (1) ☐ a business organization, form unknown
  (2) ☐ a corporation
  (3) ☐ an unincorporated entity (describe):

  (4) ☐ a public entity (describe):

  (5) ☐ other (specify):

☐ Information about additional defendants who are not natural persons is contained in Complaint — Attachment 5.

6. The true names and capacities of defendants sued as Does are unknown to plaintiff.

7. ☐ Defendants who are joined pursuant to Code of Civil Procedure section 382 are (names):

8. This court is the proper court because

a. ☐ at least one defendant now resides in its jurisdictional area.
b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
d. ☐ other (specify):

9. ☒ Plaintiff is required to comply with a claims statute, and
a. ☒ plaintiff has complied with applicable claims statutes, or
b. ☐ plaintiff is excused from complying because (specify): Plaintiff's counsel has obtained an order modifying a bankruptcy stay as to defendants to file the present action. A copy of this order is attached.

SHORT TITLE: TUIAKI v. ADELPHIA COMMUNICATIONS CORPORATION, et al.

CASE NUMBER:

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
    a. _____ Motor Vehicle
    b. __X__ General Negligence
    c. _____ Intentional Tort
    d. _____ Products Liability
    e. _____ Premises Liability
    f. _____ Other (specify):

11. Plaintiff has suffered
    a. __X__ wage loss
    b. _____ loss of use of property
    c. __X__ hospital and medical expenses
    d. __X__ general damage
    e. _____ property damage
    f. __X__ loss of earning capacity
    g. __X__ other damage (specify): Loss of consortium as to Lupe Tuiaki, emotional distress, prejudgment interest, costs and such other relief as awarded by the court.

12. _____ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. _____ listed in Complaint — Attachment 12.
    b. _____ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. PLAINTIFF PRAYS for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) __X__ compensatory damages
       (2) _____ punitive damages
    b. The amount of damages is (you must check (1) in cases for personal injury or wrongful death):
       (1) __X__ according to proof
       (2) _____ in the amount of: $

15. _____ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: June 22, 2004

Tim Tietien
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

COMPLAINT — Personal Injury, Property Damage, Wrongful Death

| | |
|---|---|
| SHORT TITLE: TUIAKI, et al. v. ADELPHIA COMMUNICATIONS CORPORATION, et al. | CASE NUMBER: |

ATTACHMENT (Number): 2 _____

(This Attachment may be used with any Judicial Council form.)

Page 4 of 6

(Add pages as required)

1.    Plaintiffs Sifa Tuiaki and Lupe Tuiaki allege causes of action against Defendant: Adelphia Communications Corporation and Century Mendocino Cable Television Inc., dba Adelphia Cable Communications.

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Form Approved for Optional Use
Judicial Council of California
MC-025 [New July 1, 2002]

ATTACHMENT
to Judicial Council Form

Cal. Rules of Court, rule 982

SHORT TITLE:
TUIAKI v. ADELPHIA COMMUNICATIONS CORPORATION, et al.

CASE NUMBER:

FIRST _____    CAUSE OF ACTION - General Negligence         Page 5 _____
       (number)

ATTACHMENT TO  ☒ Complaint  ☐ Cross-Complaint

(Use a separate cause of action form for each cause of action.)

GN-1. Plaintiff (name):  SIFA TUIAKI AND LUPE TUIAKI

alleges that defendant (name):  ADELPHIA COMMUNICATIONS CORPORATION and CENTURY
MENDOCINO CABLE TELEVISION, INC., dba ADELPHIA CABLE COMMUNICATIONS

         ☒ Does 1_____ to 25____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on (date):  May 1, 2002
at (place):  Highway 1, in Cleone, Mendocino County

(description of reasons for liability):

1.    On the above date, plaintiff Sifa Tuiaki was working for S.G. Barber
Construction, Inc. installing fiber optic cable on a project in Mendocino
county.  In the process of performing this work, plaintiff and/or his equipment
came in contact with a 12,000 volt electrical line.  As a result of plaintiff's
contact with the high voltage lines, plaintiff suffered catastrophic electrical
burn injuries which resulted in the amputation of both arms, severe burn
injuries about his body, and paraplegia.

2.    Plaintiffs are informed and believe, and thereon allege, that defendant
Adelphia Communications Corporation and Century Mendocino Cable Television,
Inc., dba Adelphia Cable Communications, and Does 1 through 25 negligently
supervised, planned, managed, controlled, coordinated and directed the work
being performed on this project by Pauley Construction, Inc., plaintiff's
employer, S.G. Barber, and plaintiff, and Does 1 through 10.  In particular,
defendants negligently retained control over the safety precautions to be
implemented to protect plaintiff and other workers from being injured on this
project; and negligently failed to trim or remove trees that created an obstacle
to plaintiff's work, the failure of which caused this accident.  Further,
defendants failed to warn plaintiff and his coworkers of the work hazards
associated with the installation of fiber optic cable in close proximity to
trees and high voltage electrical lines.

3.    As a proximate cause of defendant's negligence, plaintiff suffered the
severe injuries and damages described above.

CAUSE OF ACTION - General Negligence

Legal
Solutions
Plus

CCP 425.12

| PETITIONER/PLAINTIFF: SIFA TUIAKI AND LUPE TUIAKI | CASE NUMBER: |
|---|---|
| RESPONDENT/DEFENDANT: ADELPHIA TELECOMMUNICATIONS, INC. | |

Attachment to Complaint                                                    Page 6
Continued

### SECOND CAUSE OF ACTION
### (Loss of Consortium)

1.  Plaintiffs reallege and incorporate herein each and every allegation set forth above.

2.  At all times relevant, plaintiff Lupe Tuiaki was and is the lawful spouse of plaintiff Sifa Tuiaki.

3.  As a result of the conduct of defendants described above, plaintiff Sifa Tuiaki sustained injuries which would foreseeably endanger or destroy plaintiff Lupe Tuiaki's beneficial enjoyment of her marital relationship and consortium with plaintiff Sifa Tuiaki.

4.  As a direct and proximate result of the negligent conduct of defendants, and each of them, plaintiff Lupe Tuiaki has been deprived of the love, companionship, affection, society, sexual relations, and solace of plaintiff Sifa Tuiaki and has suffered damages thereby.

