JEFFREY M. VUCINICH, ESQ. BAR#: 67906
JOSHUA W. ROSE, ESQ. BAR#: 191024
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendant/Cross-Complainant/Cross-Defendant
PAULEY CONSTRUCTION, INC.

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| SIFA TUIAKI and LUPE TUIAKI,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, PAULEY CONSTRUCTION, INC., TRAFFIC SOLUTIONS, INC., ADELPHIA TELECOMMUNICATIONS CO., INC., SBC TELECOMMUNICATIONS, INC., MOBILE TOOL INTERNATIONAL, INC. dba TELSTA, COUNTY OF MENDOCINO, STATE OF CALIFORNIA, PACIFIC BELL TELEPHONE COMPANY, PACIFIC TELESIS GROUP, SBC OPERATIONS, INC., and DOES 1 to 50,<br><br>Defendants. | CASE NO.: CGC-03-419761 (Consolidated with 04-432476)<br><br>**PAULEY CONSTRUCTION, INC'S. REQUEST FOR JUDICIAL NOTICE PURSUANT TO ITS DEMURRER**<br><br>Cross-Complaint Filed:            11/2/05<br>Amended Cross-Complaint Filed:    2/22/07<br>2nd Amended Cross-Complaint Filed: 4/11/07<br><br>Date:         May 14, 2007<br>Time:         9:30 a.m.<br>Department:   301 |

**TO THE HONORABLE JUDGE OF THE SAN FRANCISCO SUPERIOR COURT:**

Pursuant to Evidence Code Section 452(d) and 453, Cross-defendant PAULEY CONSTRUCTION, INC. respectfully requests that this Court take judicial of the files and the following specified pleadings and documents from, *Sifa Tuiaki and Lupe Tuiaki v. Pacific Gas and*

*Electric Company, et al.*, San Francisco Superior Court Case No. CGC-03-419761 (Consolidated with 04-432476):

1. Adelphia's Second Amended Cross-complaint, served on March 16, 2007 in the current San Francisco Superior Court Action No. CGC-03-419761 (Consolidated with 04-432476).

2. Pleadings and documents filed in United States Bankruptcy Court, Southern District of New York *In Re Adelphia Communications Corporation et al.*, Chapter 11 Cases, Case No. 02-41729 (REG).

3. February 20, 2007, Court order granting Pauley's unopposed motion for good faith settlement confirming the settlement between Pauley, S.G. Barber and Plaintiffs and ruling that any and all actual and/or potential claims by Plaintiffs, Defendants, Cross-complainants, Cross-defendants, and by any other actual or potential party against any of the parties to the settlement by any joint tortfeasor or co-obligor for equitable comparative contribution or partial or comparative indemnity based on comparative negligence or comparative fault are forever barred.

4. August 1, 2006, Court order denying Adelphia's Motion for Summary Adjudication seeking to compel Pauley to defend and indemnify it pursuant to the terms of the July 7, 2000 contract.

DATED: April 16, 2007

CLAPP, MORONEY, BELLAGAMBA
and VUCINICH

By: _____
JEFFREY M. VUCINICH
JOSHUA W. ROSE
Attorneys for Defendant/Cross-Complainant/
Cross-Defendant
PAULEY CONSTRUCTION, INC.