JEFFREY M. VUCINICH, ESQ. BAR#: 67906
JOSHUA W. ROSE, ESQ. BAR#: 191024
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendant and Cross-Complainant
PAULEY CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIFA TUIAKI and LUPE TUIAKI,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, PAULEY CONSTRUCTION, INC., TRAFFIC SOLUTIONS, INC., ADELPHIA TELECOMMUNICATIONS CO., INC., SBC TELECOMMUNICATIONS, INC., MOBILE TOOL INTERNATIONAL, INC. dba TELSTA, COUNTY OF MENDOCINO, STATE OF CALIFORNIA, PACIFIC BELL TELEPHONE COMPANY, PACIFIC TELESIS GROUP, SBC OPERATIONS, INC., and DOES 1 to 50,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO.: C07 2257 JCS<br><br>**PAULEY CONSTRUCTION, INC'S. STATEMENT DENYING ALL ALLEGATIONS IN ADELPHIA COMMUNICATIONS CORPORATION'S NOTICE OF REMOVAL [FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027(e)(3)]**<br><br>***TRIAL BY JURY DEMANDED*** |

COMES NOW Cross-defendant, Pauley Construction, Inc. (hereinafter "Pauley"), pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3), files this statement denying any allegations in Adelphia Communication Corporation's ("Adelphia") Notice of Removal and classifying all proceedings, claims and/or causes of action alleged by Adelphia to be non-core. Pauley does not

PAULEY CONSTRUCTION, INC'S. STATEMENT DENYING
ALL ALLEGATIONS IN ADELPHIA COMMUNICATIONS
CORPORATION'S NOTICE OF REMOVAL [FEDERAL RULE
OF BANKRUPTCY PROCEDURE 9027(e)(3)]

G:\Data\DOCS\0017\03419\remand\Remand-Statement.wpd

1  consent to entry of final orders or judgment by the bankruptcy judge.

2  ///

3  DATED: May 4, 2007                CLAPP, MORONEY, BELLAGAMBA
                                      and VUCINICH

                                      By: _____
                                      JEFFREY M. VUCINICH
                                      JOSHUA W. ROSE
                                      Attorneys for Defendant/Cross-Complainant/
                                      Cross-Defendant
                                      PAULEY CONSTRUCTION, INC.