```
 1  MICHAEL J. DALEY, ESQ. (State Bar No.: 157699)
    DAVID A. KLECZEK, ESQ. (State Bar No. 244045)
 2  RYAN & LIFTER
    A Professional Corporation
 3  2010 Crow Canyon Place, Suite 330
    San Ramon, CA 94583
 4  Tel:  (925) 884-2080
    Fax: (925) 884-2090
 5
    Attorneys for Defendant/Cross-Complainant
 6  ADELPHIA COMMUNICATIONS
    CORPORATION, aka Century Mendocino Cable
 7  TV dba Adelphia Cable Communications
```

## UNITED STATE DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIFA TUIAKI, et al., | Case No.:  C 07-02257 JCS |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| PACIFIC GAS & ELECTRIC COMPANY, et al., | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

LAW OFFICES OF
**RYAN & LIFTER**
A PROFESSIONAL CORPORATION
2010 Crow Canyon Pl., Ste. 330
San Ramon, CA 94583-1433
TEL: (925) 884-2080
FAX: (925) 884-2090

1

**PROOF OF SERVICE**
H:\DATA\CUSTOMER\L.637\USDC\blankp.wpd

**PROOF OF SERVICE**

I, ANNETTE DI GIOVANNI, declare that I am over the age of 18 years and not a party to the within action; that my business address is 2010 Crow Canyon Place, Suite 330, San Ramon, California 94583-1344; and that on this date I served a true copy of the foregoing document(s) entitled: **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1452 AND 28 U.S.C. § 1334; DECLARATION OF MICHAEL J. DALEY; NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE FOR TRIAL; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** on the parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

__X__ (By Overnight Courier) I caused each envelope, with postage fully prepaid, to be sent by Federal Express.

__X__ (By Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Ryan & Lifter.

_____ (By Hand) I caused each envelope to be delivered by hand to the offices listed above.

_____ (By Telecopy) I caused each document to be sent by Automatic Telecopier to the number as indicated above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2007, at San Ramon, California.

_/s/ Annette Di Giovanni_
ANNETTE DI GIOVANNI

LAW OFFICES OF
**RYAN & LIFTER**
A PROFESSIONAL CORPORATION
2010 Crow Canyon Pl. Ste. 330
San Ramon, CA 94583-1433
TEL: (925) 884-2080
FAX: (925) 884-2090

5

NOTICE OF REMOVAL
H:\DATA\CUSTOMER\L637\USDC\Pleadings\Notice of Removal.wpd

**SERVICE LIST**
Tuiaki v. Pacific Gas & Electric Company, et al.
San Francisco County Superior Court No. CGC 03-419761

**VIA FEDERAL EXPRESS**
**Attorney for Defendant PAULEY CONSTRUCTION, INC.**
Jeffrey M. Vucinich, Esq.
CLAPP, MORONEY, BELLAGAMBA & VUCINICH
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400/FAX: (650) 989-5499

**Attorney for Defendants ADELPHIA COMMUNICATIONS and PACIFIC BELL**
Robert Ford, Esq.
Rueben Jacobsen, Esq.
LEWIS, BRISBOIS, BISGAARD & SMITH
One Sansome Street, Suite 1400
San Francisco, CA 94104
(415) 362-2580/FAX: (415) 434-0882

LAW OFFICES OF
**RYAN & LIFTER**
A PROFESSIONAL CORPORATION
2010 Crow Canyon Pl., Ste. 330
San Ramon, CA 94583-1433
TEL: (925) 884-2080
FAX: (925) 884-2090

6

NOTICE OF REMOVAL
H:\DATA\CUSTOMER\L.637\USDC\Pleadings\Notice of Removal.wpd