JEFFREY M. VUCINICH, ESQ. BAR#: 67906
JOSHUA W. ROSE, ESQ. BAR#: 191024
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendant and Cross-Complainant
PAULEY CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIFA TUIAKI and LUPE TUIAKI,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, PAULEY CONSTRUCTION, INC., TRAFFIC SOLUTIONS, INC., ADELPHIA TELECOMMUNICATIONS CO., INC., SBC TELECOMMUNICATIONS, INC., MOBILE TOOL INTERNATIONAL, INC. dba TELSTA, COUNTY OF MENDOCINO, STATE OF CALIFORNIA, PACIFIC BELL TELEPHONE COMPANY, PACIFIC TELESIS GROUP, SBC OPERATIONS, INC., and DOES 1 to 50,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO.: C07 2257 JCS<br><br>**PAULEY CONSTRUCTION, INC'S. REQUEST FOR JUDICIAL NOTICE RE: MOTION TO REMAND TO STATE COURT [28 U.S.C. §1447( c)]**<br><br>Date:       June 15, 2007<br>Time:       9:30 a.m.<br>Location:  Courtroom A, 15th Floor<br>Judge:      Magistrate Judge Joseph C. Spero |

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Federal Rule of Evidence 201(b), NOW COMES Pauley Construction, Inc. ("Pauley") by and through its attorneys, Clapp, Moroney, Bellagamba and Vucinich, and request that

PAULEY CONSTRUCTION, INC'S. REQUEST FOR JUDICIAL NOTICE RE: MOTION TO REMAND TO STATE COURT [28 U.S.C. §1447( c)];  Case # C07 2257 JCS

G:\Data\DOCS\0017\03419\remand\Remand-JudNot.wpd

this Court take Judicial Notice of the files, including the following specified pleadings and documents from, *Sifa Tuiaki and Lupe Tuiaki v. Pacific Gas and Electric Company, et al.*, San Francisco Superior Court Case No. CGC-03-419761 (Consolidated with 04-432476), that establish that Adelphia Communication Corporation's ("Adelphia") Notice of Removal is tardy:

1. Pauley's Motion for Judgment on the Pleadings against Adelphia's Cross-complaint, filed on January 9, 2007, in the San Francisco Superior Court Action No. CGC-03-419761 (Consolidated with 04-432476).

2. Pauley's Reply to Adelphia's Opposition to Pauley's Motion for Judgment on the Pleadings, filed on February 6, 2007, in the San Francisco Superior Court Action No. CGC-03-419761 (Consolidated with 04-432476).

3. San Francisco Superior Court Order granting Pauley's Motion for Judgment on the Pleadings against Adelphia's Cross-complaint, filed on February 13, 2007, in the San Francisco Superior Court Action No. CGC-03-419761 (Consolidated with 04-432476).

4. June 14, 2004, Stipulation and Agreed Order Granting Sifa and Lupe Tuiaki Partial Relief From the Automatic Stay To Initiate Action Against Third Party Insurance Proceeds in the United States Bankruptcy Court, Southern District of New York Case No. 02-41729(REG).

Courts may take judicial notice of facts "[g]enerally known within the territorial jurisdiction of the trial court, or... [c]apable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." (F.R.E. 201(b).) The docket entries noted above are readily available through the San Francisco Superior Court web site http://www.sftc.org/ and easily verifiable by this Court.

DATED: May 14, 2007

CLAPP, MORONEY, BELLAGAMBA
and VUCINICH

By: _____
JEFFREY M. VUCINICH
JOSHUA W. ROSE
Attorneys for Defendant/Cross-Complainant/
Cross-Defendant
PAULEY CONSTRUCTION, INC.

PAULEY CONSTRUCTION, INC'S. REQUEST FOR JUDICIAL
NOTICE RE: MOTION TO REMAND TO STATE COURT [28
U.S.C. §1447( c)];  Case # C07 2257 JCS

2

G:\Data\DOCS\0017\03419\remand\Remand-JudNot.wpd