JEFFREY M. VUCINICH, ESQ. BAR#: 67906
JOSHUA W. ROSE, ESQ. BAR#: 191024
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendant and Cross-Complainant
PAULEY CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIFA TUIAKI and LUPE TUIAKI,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, PAULEY CONSTRUCTION, INC., TRAFFIC SOLUTIONS, INC., ADELPHIA TELECOMMUNICATIONS CO., INC., SBC TELECOMMUNICATIONS, INC., MOBILE TOOL INTERNATIONAL, INC. dba TELSTA, COUNTY OF MENDOCINO, STATE OF CALIFORNIA, PACIFIC BELL TELEPHONE COMPANY, PACIFIC TELESIS GROUP, SBC OPERATIONS, INC., and DOES 1 to 50,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO.: C07 2257 JCS<br><br>**DECLARATION OF JEFFREY M. VUCINICH IN SUPPORT OF PAULEY CONSTRUCTION, INC'S. MOTION TO REMAND TO STATE COURT [28 U.S.C. §1447( c)]**<br><br>Date:       June 22, 2007<br>Time:       9:30 a.m.<br>Location:  Courtroom A, 15th Floor<br>Judge:      Magistrate Judge<br>              Joseph C. Spero |

I, JEFFREY M. VUCINICH declare as follows:

1.  I am an attorney at law licensed to practice before all of the courts of the State of California, and am a partner of the law firm Clapp, Moroney, Bellagamba and Vucinich, attorneys of record for defendant PAULEY CONSTRUCTION, INC. ("Pauley") I make this declaration in support

DECLARATION OF JEFFREY M. VUCINICH IN SUPPORT OF
PAULEY CONSTRUCTION, INC'S. MOTION TO REMAND TO
STATE COURT [28 U.S.C. §1447( c)] ; Case # C07 2257 JCS

G:\Data\DOCS\0017\03419\remand\Remand-Dec-JMV.wpd

1  of Pauley's Motion to Remand. If called upon as a witness, I could and would testify to the following:

2. A true and correct copy of: (1) Pauley's January 9, 2007 Motion for Judgment on the Pleadings; (2) Pauley's February 6, 2007 Reply to Adelphia Communication Corporation's ("Adelphia") Opposition thereto; and (3) February 13, 2007 San Francisco Superior Court Order granting Pauley's Motion for Judgment on the Pleadings are attached hereto as **"Exhibit A."** These documents establish that as of at least January 9, 2007, not March 26, 2007, as Adelphia Communications Corporation misstates, Pauley raised issues arising under the bankruptcy code. Thus, Adelphia's Notice of Removal is tardy and the action must be remanded to State Court.

3. A true and correct copy of the June 14, 2004, Stipulation and Agreed Order Granting Sifa and Lupe Tuiaki Partial Relief From the Automatic Stay To Initiate Action Against Third Party Insurance Proceeds in the United States Bankruptcy Court, Southern District of New York Case No. 02-41729 (REG) is attached hereto as **"Exhibit B."** This document establishes that as of at least June 14, 2004, not March 26, 2007, as Adelphia Communications Corporation misstates, Adelphia knew about issues arising under the bankruptcy code. In addition, Exhibit B demonstrates that since the relief allowed the case to proceed as to available insurance, the real parties in interest are clearly the insurers, and therefore this is not a core proceeding (and recovery cannot augment the estate). Thus, Adelphia's Notice of Removal is tardy and the action must be remanded to State Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I have personal knowledge of all facts contained in this Declaration, except for those matters stated to be on information and belief, and, if called as a witness, I could and would competently testify thereto. Executed on May _14_, 2007 at San Bruno, California.

_____
JEFFREY M. VUCINICH

DECLARATION OF JEFFREY M. VUCINICH IN SUPPORT OF PAULEY CONSTRUCTION, INC'S. MOTION TO REMAND TO STATE COURT [28 U.S.C. §1447(c)]; Case # C07 2257 JCS    2

G:\Data\DOCS\0017\03419\remand\Remand-Dec-JMV.wpd