JEFFREY M. VUCINICH, ESQ. BAR#: 67906
JOSHUA W. ROSE, ESQ. BAR#: 191024
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendant and Cross-Complainant
PAULEY CONSTRUCTION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIFA TUIAKI and LUPE TUIAKI,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, PAULEY CONSTRUCTION, INC., TRAFFIC SOLUTIONS, INC., ADELPHIA TELECOMMUNICATIONS CO., INC., SBC TELECOMMUNICATIONS, INC., MOBILE TOOL INTERNATIONAL, INC. dba TELSTA, COUNTY OF MENDOCINO, STATE OF CALIFORNIA, PACIFIC BELL TELEPHONE COMPANY, PACIFIC TELESIS GROUP, SBC OPERATIONS, INC., and DOES 1 to 50,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO.: C07 2257 JCS<br><br>**PAULEY CONSTRUCTION, INC'S. NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED [F.R.C.P. 12(b)(6)]**<br><br>Cross-complaint Filed:        11/2/05<br>Am. Cross-complaint Filed:    2/22/07<br>2nd Am. Cross-complaint Filed:  4/11/07<br><br>Date:      June 22, 2007<br>Time:      9:30 a.m.<br>Location:  Courtroom A, 15th Floor<br>Judge:     Magistrate Judge Joseph C. Spero<br><br>**JURY TRIAL DEMANDED** |

**TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 22, 2007, at 9:30 a.m. or soon thereafter as the matter can be heard in Courtroom A, 15th Floor, of the above-noted Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, Cross-defendant PAULEY CONSTRUCTION INC.

PAULEY CONSTRUCTION, INC'S. NOTICE OF MOTION AND
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM
UPON WHICH RELIEF MAY BE GRANTED [F.R.C.P. 12(b)(6)];
Case # C07 2257 JCS

G:\Data\DOCS\0017\03419\mot-di
smiss-12b6\Dismiss-Notice

1  ("Pauley") will move the Court to dismiss Cross-complainant Adelphia Communication Corporation's
2  ("Adelphia") Cross-complaint pursuant to F.R.C.P. 12(b)(6) because Cross-complainant Adelphia's
3  Cross-complaint fails to state a claim upon which relief can be granted, on the grounds that Adelphia's
4  Second Amended Cross-complaint fails to state facts sufficient to constitute a cause of action against
5  the moving Cross-defendant, thus there is a lack of a cognizable legal theory or the absence of
6  sufficient facts alleged by Adelphia under a cognizable legal theory.  It cannot be determined
7  therefrom how Cross-defendant could be liable to Cross-complainant Adelphia, who fails to
8  adequately plead the relevant contract claims against Pauley.  In addition, Adelphia's causes of action
9  for Implied Equitable Indemnity and Contribution are barred under California Code of Civil Procedure
10 § 877.6( c).
11     The motion will be based on this Notice of Motion and Motion, the Memorandum of Points
12 and Authorities served and filed herewith, the Request for Judicial Notice served and filed herewith,
13 the pleadings and papers filed herein, and any other written or oral argument or evidence that may be
14 presented at the hearing on this motion.

**JURY DEMAND**

Pauley Construction, Inc. hereby demands a trial by jury in this action.

DATED: May 14, 2007

CLAPP, MORONEY, BELLAGAMBA
and VUCINICH

By: _____
JEFFREY M. VUCINICH
JOSHUA W. ROSE
Attorneys for Defendant/Cross-Complainant/
Cross-Defendant
PAULEY CONSTRUCTION, INC.

PAULEY CONSTRUCTION, INC'S. NOTICE OF MOTION AND
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM
UPON WHICH RELIEF MAY BE GRANTED [F.R.C.P. 12(b)(6)];
Case # C07 2257 JCS                              2

G:\Data\DOCS\0017\03419\mot-di
smiss-12b6\Dismiss-Notice