JEFFREY M. VUCINICH, ESQ. BAR#: 67906
JOSHUA W. ROSE, ESQ. BAR#: 191024
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendant and Cross-Complainant
PAULEY CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIFA TUIAKI and LUPE TUIAKI,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, PAULEY CONSTRUCTION, INC., TRAFFIC SOLUTIONS, INC., ADELPHIA TELECOMMUNICATIONS CO., INC., SBC TELECOMMUNICATIONS, INC., MOBILE TOOL INTERNATIONAL, INC. dba TELSTA, COUNTY OF MENDOCINO, STATE OF CALIFORNIA, PACIFIC BELL TELEPHONE COMPANY, PACIFIC TELESIS GROUP, SBC OPERATIONS, INC., and DOES 1 to 50,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO.: C07 2257 JCS<br><br>**PAULEY CONSTRUCTION, INC'S. REQUEST FOR JUDICIAL NOTICE RE: MOTION TO DISMISS [F.R.C.P. 12(b)(6)]**<br><br>Date:      June 22, 2007<br>Time:      9:30 a.m.<br>Location:  Courtroom A, 15th Floor<br>Judge:     Magistrate Judge<br>           Joseph C. Spero |

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to Federal Rule of Evidence 201(b), NOW COMES Pauley Construction, Inc. ("Pauley") by and through its attorneys, Clapp, Moroney, Bellagamba and Vucinich, and request that

this Court take Judicial Notice of the files, including the following specified pleadings and documents from, *Sifa Tuiaki and Lupe Tuiaki v. Pacific Gas and Electric Company, et al.*, San Francisco Superior Court Case No. CGC-03-419761 (Consolidated with 04-432476), in support of its motion to dismiss.

1. Adelphia's Second Amended Cross-complaint, served on March 16, 2007 in the San Francisco Superior Court Action No. CGC-03-419761 (Consolidated with 04-432476).

2. February 20, 2007, Court order granting Pauley's unopposed motion for good faith settlement confirming the settlement between Pauley, S.G. Barber and Plaintiffs and ruling that any and all actual and/or potential claims by Plaintiffs, Defendants, Cross-complainants, Cross-defendants, and by any other actual or potential party against any of the parties to the settlement by any joint tortfeasor or co-obligor for equitable comparative contribution or partial or comparative indemnity based on comparative negligence or comparative fault are forever barred. (Attached hereto as **"Exhibit 1."**)

3. August 2, 2006, Court order denying Adelphia's Motion for Summary Adjudication seeking to compel Pauley to defend and indemnify it pursuant to the terms of the July 7, 2000 contract. (Attached hereto as **"Exhibit 2."**)

4. June 14, 2004, Stipulation and Agreed Order Granting Sifa and Lupe Tuiaki Partial Relief From the Automatic Stay To Initiate Action Against Third Party Insurance Proceeds in the United States Bankruptcy Court, Southern District of New York Case No. 02-41729(REG). (Attached hereto as **"Exhibit 3."**)

Courts may take judicial notice of facts "[g]enerally known within the territorial jurisdiction of the trial court, or... [c]apable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." (F.R.E. 201(b).) The docket entries noted above are readily available through the San Francisco Superior Court web site http://www.sftc.org/ and easily verifiable by this Court.

///

///

///

| | | |
|---|---|---|
| 1 | DATED: May 14, 2007 | CLAPP, MORONEY, BELLAGAMBA and VUCINICH |
| 2 | | |
| 3 | | By: _____ JEFFREY M. VUCINICH JOSHUA W. ROSE |
| 4 | | Attorneys for Defendant/Cross-Complainant/ Cross-Defendant PAULEY CONSTRUCTION, INC. |