# EXHIBIT "1"

1  JEFFREY M. VUCINICH, ESQ.  BAR#: 67906
   JOSHUA W. ROSE, ESQ.  BAR#: 191024
2  CLAPP, MORONEY, BELLAGAMBA and VUCINICH
   A PROFESSIONAL CORPORATION
3  1111 Bayhill Drive, Suite 300
   San Bruno, CA 94066
4  (650) 989-5400  (650) 989-5499 FAX

5  Attorneys for Defendant/Cross-Complainant/Cross-Defendant
   PAULEY CONSTRUCTION, INC.

6

7

8                        SUPERIOR COURT OF CALIFORNIA

9                         COUNTY OF SAN FRANCISCO

10

11  SIFA TUIAKI and LUPE TUIAKI,          CASE NO.: CGC-03-419761 (Consolidated
                                          with 04-432476)
12          Plaintiffs,
                                          [PROPOSED] ORDER GRANTING
13      v.                                PAULEY CONSTRUCTION, INC'S.
                                          MOTION FOR DETERMINATION OF
14  PACIFIC GAS AND ELECTRIC              GOOD FAITH SETTLEMENT
    COMPANY, PAULEY
15  CONSTRUCTION, INC., TRAFFIC
    SOLUTIONS, INC., ADELPHIA
16  TELECOMMUNICATIONS CO., INC.,         Date:        February 20, 2007
    SBC TELECOMMUNICATIONS, INC.,         Time:        9:30 a.m.
17  MOBILE TOOL INTERNATIONAL, INC.       Department:  301
    dba TELSTA, COUNTY OF                 Judge:       Peter J. Busch
18  MENDOCINO, STATE OF
    CALIFORNIA, PACIFIC BELL
19  TELEPHONE COMPANY, PACIFIC
    TELESIS GROUP, SBC OPERATIONS,
20  INC., and DOES 1 to 50,

21          Defendants.

22

23

24      The Motion of Defendant, Cross-defendant and Cross-complainant Pauley Construction, Inc.

25  for an order determining the good faith of a settlement by and among Pauley Construction, Inc., S.G.

26  Barber Construction, Inc. Plaintiffs Sifa and Lupe Tuiaki and having been presented to this Court:

27      IT APPEARING TO THE SATISFACTION OF THE COURT THAT the Motion of Pauley

28
    G:\Data\DOCS\0017\03419\ord-gfs                    1
    [PROPOSED] ORDER GRANTING PAULEY CONSTRUCTION, INC'S. MOTION FOR
    DETERMINATION OF GOOD FAITH SETTLEMENT

FILED
SUPERIOR COURT
COUNTY OF SAN FRANCISCO

FEB 2 0 2007

GORDON PARK-LI, Clerk
BY: _____
         Deputy Clerk

1  Construction, Inc. was made pursuant to and in accordance with the provisions of CALIFORNIA CODE

2  OF CIVIL PROCEDURE §§ 877 and 877.6.

3         (1)  The Motion for Determination of Good Faith Settlement is GRANTED; and

4         (2)  The Court hereby determines that the settlement between Plaintiffs Sifa Tuiaki and Lupe

5  Tuiaki, Pauley Construction, Inc. and S.G. Barber Construction, Inc. has been made in good faith

6  pursuant to California Code of Civil Procedure § 877.6; and

7         (3)  The Court hereby rules that any and all actual and/or potential claims by Plaintiffs,

8  Defendants, Cross-complainants, Cross-defendants, and by any other actual or potential party against

9  any of the parties to the settlement by any joint tortfeasor or co-obligor for equitable comparative

10  contribution or partial or comparative indemnity based on comparative negligence or comparative

11  fault are forever barred; and

12         (4)  This order shall not operate to bar claims for attorneys fees and costs Pauley Construction,

13  Inc. and its insurers may assert against S.G. Barber Construction, Inc. and its insurers.

14         IT IS SO ORDERED

15

16  Dated:  February 20, 2007

17                                                    JUDGE OF THE SUPERIOR COURT

18                                                    Peter J. Busch

19

20

21

22

23

24

25

26

27

28  G:\Data\DOCS\0017\03419\ord-pfs

                                                    2

[PROPOSED] ORDER GRANTING PAULEY CONSTRUCTION, INC'S. MOTION FOR
DETERMINATION OF GOOD FAITH SETTLEMENT