# EXHIBIT "2"

1  JEFFREY M. VUCINICH, ESQ. BAR#: 67906
   PATRICK R. CO, ESQ. BAR#: 200160
2  CLAPP, MORONEY, BELLAGAMBA and VUCINICH
   A PROFESSIONAL CORPORATION
3  15 Southgate Avenue, Suite 200
   Daly City, CA 94015
4  (650) 758-1199  (650) 758-2299 FAX

5  Attorneys for Defendant and Cross-Complainant
   PAULEY CONSTRUCTION, INC.

FILED
San Francisco County Superior Court

AUG 0 2 2006

GORDON PARK-LI, Clerk
BY: _____
        Deputy Clerk

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| SIFA TUIAKI and LUPE TUIAKI,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, PAULEY CONSTRUCTION, INC., TRAFFIC SOLUTIONS, INC., ADELPHIA TELECOMMUNICATIONS CO., INC., SBC TELECOMMUNICATIONS, INC., MOBILE TOOL INTERNATIONAL, INC. dba TELSTA, COUNTY OF MENDOCINO, STATE OF CALIFORNIA, PACIFIC BELL TELEPHONE COMPANY, PACIFIC TELESIS GROUP, SBC OPERATIONS, INC., and DOES 1 to 50,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO.: CGC-03-419761<br><br>~~(proposed)~~ ORDER Denying Adelphia Communication Corporation's Motion for Summary Adjudication |

The motion of Defendant/Cross-Complainant ADELPHIA COMMUNICATION CORPORATION's for summary adjudication came on regularly for hearing before this Court in Department 301, the Hon. Peter J. Busch presiding.

After full consideration of all the moving and opposing papers, all the evidence, and the separate statements of each party, and the authorities submitted by all counsel, as well as all counsels'

~~(proposed)~~ ORDER

oral arguments, the court rules that: *because, considering the admissible evidence in the light most favorable to responding party;*

Adelphia's Motion for Summary Adjudication is denied ∧ there is a triable issue of fact whether Adelphia's active negligence caused the accident. [See Deposition of Michael Bryant Zornes Vol. 2, 321:2-19 (Attached as *Exhibit 8* to Vucinich Declaration); Deposition of Mario Hernandez Vol. 1, 60:16-19; 65:23-25 (Attached as *Exhibit 10* to Vucinich Declaration); Deposition of Michael Bryant Zornes Vol. 1, 45:9-25; 46:23. (Attached as *Exhibit 7* to Vucinich Declaration); Deposition of Mario Hernandez Vol. 2, 230:5-24; 231:1-10; 263:13-18. (Attached as *Exhibit 10* to Vucinich Declaration); Deposition of Michael Zornes Vol. 2, 378:5-24. (Attached as *Exhibit 8* to Vucinich Declaration); Deposition of Mario Hernandez Vol. 1, 71:3-11. (Attached as *Exhibit 9* to Vucinich Declaration); Deposition of Mario Hernandez Vol. 2, 230:11-25; 231:1-10. (Attached as *Exhibit 10* to Vucinich Declaration); Deposition of Mario Hernandez Vol. 2, 267:2-25; 268:1-25; 269:1-25. (Attached as *Exhibit 10* to Vucinich Declaration); Deposition of Michael Bryant Zornes Vol. 1, 49:3-19; 50:1-25; 77:15-23; 103:9-25; 104:1-25; 105:1-25; 106:1-25; 107:1-14; 108:8-23; 115:7-25; 116:1-19; 120:2-6; 142:8-25; 143:1-12. (Attached as *Exhibit 7* to Vucinich Declaration); Deposition of Michael Bryant Zornes Vol. 2, 399:22-25; 400:1-5. (Attached as *Exhibit 8* to Vucinich Declaration); Deposition of Fred Vesey Vol. 1, 71:2-19; 82:5-21; 96:17-25; 97:1-2; 100:7-21. (Attached as *Exhibit 12* to Vucinich Declaration); Deposition of Fred Vesey Vol. 2, 248:2-22; 353:6-25; 354:1-25; 355:1-25; 356:1-5. (Attached as *Exhibit 13* to Vucinich Declaration); Deposition of Mario Hernandez Vol. 1, 71:12-25; 72:1-23; 73:21-25. (Attached as *Exhibit 9* to Vucinich Declaration); Deposition of Mario Hernandez Vol. 2, 267:2-25; 268:1-25; 269:1-25. (Attached as *Exhibit 10* to Vucinich Declaration); Deposition of Michael Bryant Zornes Vol. 1, 49:3-19; 50:1-25; 77:15-23; 99:4-24; 103:9-25; 104:1-25; 105:1-25; 106:1-25; 107:1-14; 108:8-23; 115:7-25; 116:1-19; 120:2-6; 128:22-25; 129:1-2; 142:8-25; 143:1-12; 169:8-25; 170:1-23. (Attached as *Exhibit 7* to Vucinich Declaration); Deposition of Michael Bryant Zornes Vol. 2, 399:22-25; 400:1-5. (Attached as *Exhibit 8* to Vucinich Declaration); Deposition of Fred Vesey Vol. 1, 66:4-25; 67:1-25; 70:5-25; 71:2-19; 74:7-9; 77:7-12; 82:5-21; 96:17-25; 97:1-2; 100:7-21. (Attached as *Exhibit 12* to Vucinich Declaration); Deposition of Fred Vesey Vol. 2, 248:2-22; 250:4-25; 251:1-18; 274:10-25; 275:1-23; 353:6-25; 354:1-25; 355:1-25; 356:1-5; 359:13-16. (Attached as *Exhibit 13* to Vucinich Declaration). See Deposition of Michael Bryant

Zornes Vol. 1, 102:6-14. (Attached as *Exhibit 7* to Vucinich Declaration).See Deposition of Michael Bryant Zornes Vol. 1, 106:8-25; 107:1-14; (Attached as *Exhibit 7* to Vucinich Declaration); Mario Hernandez Vol. 1, 116:9-18; 121:3-25; 122:1-25; 123:1-3. (Attached as *Exhibit 9* to Vucinich Declaration); and Deposition of Michael Bryant Zornes Vol. 1, 172:7-25; 173:1-25; 174:1-25; 175:1-25; 176:1-8. (Attached as *Exhibit 7* to Vucinich Declaration); and Deposition of Michael Bryant Zornes Vol. 2, 394:4-24. (Attached as *Exhibit 8* to Vucinich Declaration); Deposition of Fred Vesey Vol. 1, 110:10-25; 111:-25; 112:1-25; 113:1-24; 120:3-23. (Attached as *Exhibit 12* to Vucinich Declaration); Deposition of Fred Vesey Vol. 2, 383:13-25; 384:1-8. (Attached as *Exhibit 13* to Vucinich Declaration); Deposition of Fred Vesey Vol. 1, 214:16-25; 215:1-25; 216:1-25; 217:1-25; 218:11-19. (Attached as *Exhibit 12* to Vucinich Declaration); Deposition of Michael Bryant Zornes Vol. 2, 326:20-25; 327:1-13. (Attached as *Exhibit 8* to Vucinich Declaration); Deposition of Fred Vesey Vol. 1, 106:19-23; 175:6-17; 201:6-10. (Attached as *Exhibit 12* to Vucinich Declaration); Deposition of Michael Bryant Zornes Vol. 1, 144:19-25; 145:1-25; 146:1-25; 147:1-25; 148:1-14. (Attached as *Exhibit 7* to Vucinich Declaration)]

IT IS THEREFORE ORDERED that said motion for summary adjudication is **DENIED**.

Dated: 8/1/06    By: _____
JUDGE OF THE SUPERIOR COURT
PETER J. BUSCH

(proposed) ORDER    3