1 | JEFFREY M. VUCINICH, ESQ. BAR#: 67906
    JOSHUA W. ROSE, ESQ. BAR#: 191024
2 | CLAPP, MORONEY, BELLAGAMBA and VUCINICH
    A PROFESSIONAL CORPORATION
3 | 1111 Bayhill Drive, Suite 300
    San Bruno, CA 94066
4 | (650) 989-5400  (650) 989-5499 FAX

5 | Attorneys for Defendant and Cross-Complainant
    PAULEY CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SIFA TUIAKI and LUPE TUIAKI, | CASE NO.: C07 2257 JCS |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER GRANTING PAULEY CONSTRUCTION, INC'S. MOTION TO DISMISS [F.R.C.P. 12(b)(6)] |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, PAULEY CONSTRUCTION, INC., TRAFFIC SOLUTIONS, INC., ADELPHIA TELECOMMUNICATIONS CO., INC., SBC TELECOMMUNICATIONS, INC., MOBILE TOOL INTERNATIONAL, INC. dba TELSTA, COUNTY OF MENDOCINO, STATE OF CALIFORNIA, PACIFIC BELL TELEPHONE COMPANY, PACIFIC TELESIS GROUP, SBC OPERATIONS, INC., and DOES 1 to 50, | Date:     June 22, 2007<br>Time:     9:30 a.m.<br>Location: Courtroom A, 15th Floor<br>Judge:    Magistrate Judge Joseph C. Spero |
| Defendants. | |
| AND RELATED CROSS-ACTION. | |

The hearing on Pauley Construction, Inc's. ("Pauley") Motion to Dismiss Adelphia Communication Corporation's ("Adelphia") Second Amended Cross-complaint, pursuant to F.R.C.P. 12(b)(6), on the grounds that Adelphia's pleading fails to state a claim upon which relief can be granted, came on regularly for consideration on June 22, 2007, before this Court in Courtroom A, 15th

Floor of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California. Clapp, Moroney, Bellagamba & Vucinich appeared on behalf of Pauley. Ryan & Lifter appeared on behalf of Adelphia.

WHEREFORE, the Court, having considered and reviewed the moving papers, opposition, and reply, documents on file with the Court, and having heard oral argument from counsel, the Court rules as follows:

IT IS HEREBY ORDERED that Pauley's Motion to Dismiss is:

1. GRANTED as to cause of action 1, Breach of Contract - Full Performance alleged against Pauley in Adelphia's Second Amended Cross-complaint.

2. GRANTED as to cause of action 2, Breach of Contract - Waiver alleged against Pauley in Adelphia's Second Amended Cross-complaint.

3. GRANTED as to cause of action 3, Unjust Enrichment alleged against Pauley in Adelphia's Second Amended Cross-complaint.

4. GRANTED as to cause of action 4, Implied Equitable Indemnity alleged against Pauley in Adelphia's Second Amended Cross-complaint.

5. GRANTED as to cause of action 5, Contribution alleged against Pauley in Adelphia's Second Amended Cross-complaint.

6. GRANTED as to cause of action 7, Express Indemnity alleged against Pauley in Adelphia's Second Amended Cross-complaint.

IT IS FURTHER ORDERED that the Motion to Dismiss is sustained without leave to amend and that all causes of action above against Pauley are hereby dismissed.

IT IS SO ORDERED.

Dated: _____

JUDGE OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA