1  JEFFREY M. VUCINICH, ESQ. BAR#: 67906
   JOSHUA W. ROSE, ESQ. BAR#: 191024
2  CLAPP, MORONEY, BELLAGAMBA and VUCINICH
   A PROFESSIONAL CORPORATION
3  1111 Bayhill Drive, Suite 300
   San Bruno, CA  94066
4  (650) 989-5400  (650) 989-5499 FAX

5  Attorneys for Defendant and Cross-Complainant
   PAULEY CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIFA TUIAKI and LUPE TUIAKI,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, PAULEY CONSTRUCTION, INC., TRAFFIC SOLUTIONS, INC., ADELPHIA TELECOMMUNICATIONS CO., INC., SBC TELECOMMUNICATIONS, INC., MOBILE TOOL INTERNATIONAL, INC. dba TELSTA, COUNTY OF MENDOCINO, STATE OF CALIFORNIA, PACIFIC BELL TELEPHONE COMPANY, PACIFIC TELESIS GROUP, SBC OPERATIONS, INC., and DOES 1 to 50,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO.: C07 2257 JCS<br><br>**PROOF OF SERVICE ON PAULEY CONSTRUCTION, INC'S. MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED [F.R.C.P. 12(b)(6)]**<br><br>Cross-complaint Filed:         11/2/05<br>Am. Cross-complaint Filed:     2/22/07<br>2nd Am. Cross-complaint Filed: 4/11/07<br><br>Date:      June 22, 2007<br>Time:      9:30 a.m.<br>Location:  Courtroom A, 15th Floor<br>Judge:     Magistrate Judge<br>           Joseph C. Spero<br><br>**JURY TRIAL DEMANDED** |

PROOF OF SERVICE ON PAULEY CONSTRUCTION, INC'S.
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM
UPON WHICH RELIEF MAY BE GRANTED [F.R.C.P. 12(b)(6)]
Case # C07 2257 JCS

G:\Data\DOCS\0017\03419\mot-dismiss-12b6\Dismiss-POS

**SIFA TUIAKI v. PACIFIC GAS AND ELECTRIC COMPANY, et al.**
United States District Court, Northern District of California Case No. C07 2257 JCS

**PROOF OF SERVICE**

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 1111 Bayhill Drive, Suite 300, San Bruno, CA 94066. On the date indicated below, I served the within:

1. **PAULEY CONSTRUCTION, INC'S. NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED [F.R.C.P. 12(b)(6)]**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PAULEY CONSTRUCTION, INC'S. F.R.C.P. 12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED**

3. **PAULEY CONSTRUCTION, INC'S. REQUEST FOR JUDICIAL NOTICE RE: MOTION TO DISMISS [F.R.C.P. 12(b)(6)]**

4. **[PROPOSED] ORDER GRANTING PAULEY CONSTRUCTION, INC'S. MOTION TO DISMISS [F.R.C.P. 12(b)(6)]**

on the parties in this action by transmitting a true copy of the foregoing document(s) in the following manner:

☐ (BY MAIL) Pursuant to Code of Civil Procedure §1013(a), I placed a true copy thereof enclosed in a sealed envelope, addressed as set forth below, and deposited each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Clapp, Moroney, Bellagamba & Vucinich. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing of in affidavit.

☐ (BY PERSONAL SERVICE) I caused to be delivered by hand this date each of the above documents, to the following:

☐ (BY FACSIMILE) I caused each of the above documents to be faxed this date to the offices of the following:

☐ (BY FEDEX) I caused each of the above documents to be sent by FedEx this date to the offices of the following:

☒ (BY ECF PACER) I caused to be delivered by ECF PACER this date each of the above documents, for which our office will maintain the ECF PACER filing receipt, to the following:
**SEE LIST POSTED ON ECF PACER**

      Executed on May 14, 2007 at San Bruno, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
CLAUDIA GOMEZ

PROOF OF SERVICE ON PAULEY CONSTRUCTION, INC'S.
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM
UPON WHICH RELIEF MAY BE GRANTED [F.R.C.P. 12(b)(6)]
Case # C07 2257 JCS

3

G:\Data\DOCS\0017\03419\mot-dismiss-12b6\Dismiss-POS