1  MICHAEL J. DALEY, ESQ. (State Bar No.: 157699)
   **RYAN & LIFTER**
2  A Professional Corporation
   2010 Crow Canyon Place, Suite 330
3  San Ramon, CA 94583
   Tel:  (925) 884-2080
4  Fax: (925) 884-2090

5  Attorneys for Defendant/Cross-Complainant
   ALDELPHIA COMMUNICATIONS
6  CORPORATION aka Century Mendocino Cable
   TV dba Adelphia Cable Communications
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIFA TUIAKI and LUPE TUIAKI,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS & ELECTRIC COMPANY; PAULEY CONSTRUCTION, INC.; TRAFFIC SOLUTIONS, INC.; ADELPHIA TELECOMMUNICATIONS CO., INC.; SBC TELECOMMUNICATIONS, INC.; MOBILE TOOL INTERNATIONAL, INC., dba TELSTA; COUNTY OF MENDOCINO; STATE OF CALIFORNIA; PACIFIC BELL TELEPHONE COMPANY; PACIFIC TELESIS GROUP; SBC OPERATIONS, INC.; and DOES 1 to 100,<br><br>Defendants. | Case No.: CV 07-02257 CW<br><br>**MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. SECTION 1412 TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY COURT**<br><br>DATE:         July 26, 2007<br>TIME:          2:00 p.m.<br>COURTROOM: 2<br>                    1301 Clay St., 4th Fl.<br>                    Oakland, CA 94612 |
| ADELPHIA COMMUNICATIONS CORPORATION, aka CENTURY MENDOCINO CABLE TV dba ADELPHIA CABLE COMMUNICATIONS,<br><br>Cross-Complainant,<br><br>v.<br><br>PAULEY CONSTRUCTION, INC., and ROES 1 to 50, INCLUSIVE,<br><br>Cross-Defendants. | |

1

MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1412 TO THE U.S. DIST. CT., SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY COURT
H:\DATA\CUSTOMER\L637\USDC\Pleadings\MoTransferBkrptcy\Motion.wpd

1  **NOW COMES** defendant/cross-complainant CENTURY MENDOCINO CABLE TV dba
2  ADELPHIA CABLE COMMUNICATIONS, and pursuant to the Bankruptcy Court's retention of
3  jurisdiction, hereby moves this court to transfer venue to the United States District Court, Southern
4  District of New York Bankruptcy Court ("Bankruptcy Court") pursuant to 28 U.S.C. section 1412 and
5  Federal Rules of Bankruptcy Procedure Rule 7087. This motion is made pursuant to the explicit
6  retention of jurisdiction ordered by the Bankruptcy Court, and in the interests of justice pursuant to 28
7  U.S.C. section 1412.

Date: June 7, 2007

**RYAN & LIFTER**
A Professional Corporation


By  /s/ Michael J. Daley
     MICHAEL J. DALEY

Attorney for Defendant/Cross-Complainant
ALDELPHIA COMMUNICATIONS
CORPORATION aka Century Mendocino Cable
TV dba Adelphia Cable Communications

2

MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1412 TO THE U.S. DIST. CT., SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY COURT
H:\DATA\CUSTOMER\L637\USDC\Pleadings\MoTransferBkrptcy\Motion.wpd

## PROOF OF SERVICE

I, ANNETTE DI GIOVANNI, declare that I am over the age of 18 years and not a party to the within action; that my business address is 2010 Crow Canyon Place, Suite 330, San Ramon, California 94583-1344; and that on this date I served a true copy of the foregoing document(s) entitled: **MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. SECTION 1412 TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY COURT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MICHAEL J. DALEY; REQUEST FOR JUDICIAL NOTICE; AND (PROPOSED) ORDER** on the parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

\_\_\_\_\_ (By Overnight Courier) I caused each envelope, with postage fully prepaid, to be sent by Federal Express.

\_\_\_\_\_ (By Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Ryan & Lifter.

\_\_\_\_\_ (By Hand) I caused each envelope to be delivered by hand to the offices listed above.

\_\_\_\_\_ (By Telecopy) I caused each document to be sent by Automatic Telecopier to the number as indicated above.

__X__ (By Electronic Transfer) I caused the above document to be served through CM/ECF addressed to all parties appearing on the electronic service list on the date executed below. The file transmission was reported as complete and a copy of the file & serve filing receipt" page will be maintained with the original document(s) in our office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 7, 2007, at San Ramon, California.

ANNETTE DI GIOVANNI

LAW OFFICES OF
**RYAN & LIFTER**
A PROFESSIONAL CORPORATION
2010 Crow Canyon Pl. Ste 330
San Ramon, CA 94583-1433
TEL: (925) 884-2080
FAX: (925) 884-2090

3

MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1412 TO THE U.S. DIST. CT., SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY COURT
H:\DATA\CUSTOMER\L637\USDC\Pleadings\MoTransferBkrptcy\Motion.wpd

## SERVICE LIST
### Tuiaki v. Pacific Gas & Electric Company, et al.
### San Francisco County Superior Court No. CGC 03-419761

**VIA FEDERAL EXPRESS**
**Attorney for Defendant PAULEY CONSTRUCTION, INC.**
Jeffrey M. Vucinich, Esq.
CLAPP, MORONEY, BELLAGAMBA & VUCINICH
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400/FAX: (650) 989-5499

**Attorney for Defendants ADELPHIA COMMUNICATIONS and PACIFIC BELL**
Robert Ford, Esq.
Rueben Jacobsen, Esq.
LEWIS, BRISBOIS, BISGAARD & SMITH
One Sansome Street, Suite 1400
San Francisco, CA 94104
(415) 362-2580/FAX: (415) 434-0882

LAW OFFICES OF
RYAN & LIFTER
A PROFESSIONAL CORPORATION
2010 Crow Canyon Pl., Ste. 330
San Ramon, CA 94583-1433
TEL: (925) 884-2080
FAX: (925) 884-2090

MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1412 TO THE U.S. DIST. CT., SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY COURT
H:\DATA\CUSTOMER\L637\USDC\Pleadings\MoTransferBkrptcy\Motion.wpd