MICHAEL J. DALEY, ESQ. (State Bar No.: 157699)
**RYAN & LIFTER**
A Professional Corporation
2010 Crow Canyon Place, Suite 330
San Ramon, CA 94583
Tel: (925) 884-2080
Fax: (925) 884-2090

Attorneys for Defendant/Cross-Complainant
ADELPHIA COMMUNICATIONS CORPORATION, aka Century Mendocino Cable TV dba Adelphia Cable Communications

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIFA TUIAKI and LUPE TUIAKI,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS & ELECTRIC COMPANY; PAULEY CONSTRUCTION, INC.; TRAFFIC SOLUTIONS, INC.; ADELPHIA TELECOMMUNICATIONS CO., INC.; SBC TELECOMMUNICATIONS, INC.; MOBILE TOOL INTERNATIONAL, INC., dba TELSTA; COUNTY OF MENDOCINO; STATE OF CALIFORNIA; PACIFIC BELL TELEPHONE COMPANY; PACIFIC TELESIS GROUP; SBC OPERATIONS, INC.; and DOES 1 to 100,,<br><br>Defendants.<br><br>ADELPHIA COMMUNICATIONS CORPORATION, aka CENTURY MENDOCINO CABLE TV dba ADELPHIA CABLE COMMUNICATIONS,<br><br>Cross-Complainant,<br><br>v.<br><br>PAULEY CONSTRUCTION, INC., and ROES 1 to 50, INCLUSIVE,<br><br>Cross-Defendants. | Case No.: CV 07-02257 CW<br><br>**DECLARATION OF MICHAEL J. DALEY IN SUPPORT OF MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. SECTION 1412 TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY COURT**<br><br>DATE:      July 26, 2007<br>TIME:      2:00 p.m.<br>COURTROOM: 2<br>1301 Clay St., 4th Fl.<br>Oakland, CA 94612 |

1

DEC. OF MICHAEL J. DALEY IN SUPPORT OF MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1412 TO THE U.S. D.C., SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY COURT
H:\DATA\CUSTOMER\L637\USDC\Pleadings\MoTransferBkrptcy\Dec MJD.wpd

I, MICHAEL J. DALEY, declare:

1. I am an attorney at law duly admitted to practice before all of the courts in the State of California and the United States District Court, Eastern District of California, and am a shareholder in the law firm of RYAN & LIFTER. I make this declaration in support of defendant/cross-complainant ADELPHIA COMMUNICATIONS CORPORATION, aka Century Mendocino Cable TV dba Adelphia Cable Communications (hereinafter "ADELPHIA") opposition to PAULEY CONSTRUCTION, INC. (hereinafter "PAULEY") motion to remand to superior court.

2. Exhibit "A" is a true and correct copy plaintiffs' Amended Summons and First Amended Complaint in *Sifa Tuiaki, et al. v. Pacific Gas & Electric Co., et al.*, San Francisco Superior Court No. CGC-04-432476 filed September 5, 2003.

3. Exhibit "B" is a true and correct copy of the Proof of Service upon PAULEY CONSTRUCTION, INC. on September 10, 2003, and obtained from the Superior Court of the County of San Francisco.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 7th day of June, 2007, in San Ramon, California.

/s/ Michael J. Daley
MICHAEL J. DALEY

DEC. OF MICHAEL J. DALEY IN SUPPORT OF MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1412 TO THE U.S. D.C., SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY COURT
H:\DATA\CUSTOMER\L637\USDC\Pleadings\MoTransferBkrptcy\Dec MJD.wpd