# EXHIBIT "B"

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| TIMOTHY G. TIETJEN, ESQ. (10——) <br> ROUDA, FEDER, TIETJEN & ZANOBINI <br> 44 Montgomery Street, Suite 4000 <br> San Francisco, California 94104 | (415) 39—-98 |  SEP 1 — 2003 <br> BY: _____ Deputy Clerk |
| Attorneys for: TUIAKI | Ref. No. Or File No. <br> W2310485 | |

Insert name of court, judicial district and branch court, if any:

SUPERIOR COURT OF THE STATE OF CALIFORNIA
SAN FRANCISCO COUNTY - UNLIMITED JURISDICTION

Plaintiff:
SIFA TUIAKI, et al.

Defendant:
PACIFIC GAS AND ELECTRIC COMPANY, et al.

| PROOF OF SERVICE | Date: 9/26/03 | Time: 9:00 a.m. | Dept/Div: 212 | Case Number: CGC 03 419761 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:
   AMENDED SUMMONS; FIRST AMENDED COMPLAINT; SUBSTITUTION OF ATTORNEY-CIVIL; ORIGINAL SUMMONS; ORIGINAL COMPLAINT; NOTICE TO PLAINTIFF; ADR INFORMATION PACKAGE

2. a. Party served: PAULEY CONSTRUCTION, INC.
   b. Person served: MARGARET WILSON, Authorized Agent of C T CORPORATION SYSTEM, Agent for Service of Process
   c. Address: 818 West 7th Street
      Los Angeles, California 90017

3. I served the party in item 2
   a. by personally delivering the copies
      (1) on: Wednesday, September 10, 2003
      (2) at: 3:15 p.m.

4. The "Notice to the Person Served" (on the summons) was completed as follows:
   on behalf of: PAULEY CONSTRUCTION, INC.
   under: [xx] ~~as an individual defendant~~ MR  ~~on behalf of~~ MR  C.C.P. 416.10 (corporation)

5. Person serving:
   Michael Rueter
   **Wheels of Justice, Inc.**
   55 New Montgomery Street, Suite 828
   San Francisco, California 94105
   Phone: (415) 546-6000

   a. Fee for service:
   d. Registered California Process Server
      (1) Employee or independent contractor
      (2) Registration No.: 3849
      (3) County: Los Angeles
      (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 11, 2003                    Signature: _Michael Rueter_
                                                        Michael Rueter

Judicial Council form, rule 982(a) (23)

Superior Court of California,
County of San Francisco

Jun-07-2007   H2907607P019        DTOYAMA
12:37:19

CASE NUMBER: ---

PHOTOCOPY

FILED BY

FEE:            $0.50 PAID BY CHECK

                    THANK YOU