1  MICHAEL J. DALEY, ESQ. (State Bar No.: 157699)
   **RYAN & LIFTER**
2  A Professional Corporation
   2010 Crow Canyon Place, Suite 330
3  San Ramon, CA 94583
   Tel:  (925) 884-2080
4  Fax: (925) 884-2090

5  Attorneys for Defendant/Cross-Complainant
   ADELPHIA COMMUNICATIONS
6  CORPORATION, aka Century Mendocino Cable
   TV dba Adelphia Cable Communications

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  SIFA TUIAKI and LUPE TUIAKI, | Case No.: |
| 11             Plaintiffs, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1412 TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY COURT** |
| 12  v. | |
| 13  PACIFIC GAS & ELECTRIC COMPANY; PAULEY CONSTRUCTION, INC.; TRAFFIC SOLUTIONS, INC.; ADELPHIA TELECOMMUNICATIONS CO., INC.; SBC TELECOMMUNICATIONS, INC.; MOBILE TOOL INTERNATIONAL, INC., dba TELSTA; COUNTY OF MENDOCINO; STATE OF CALIFORNIA; PACIFIC BELL TELEPHONE COMPANY; PACIFIC TELESIS GROUP; SBC OPERATIONS, INC.; and DOES 1 to 100, | DATE:          July 26, 2007<br>TIME:          2:00 p.m.<br>COURTROOM:  2<br>1301 Clay St., 4th Fl.<br>Oakland, CA 94612 |
| 20             Defendants. | |
| 21  ADELPHIA COMMUNICATIONS CORPORATION, aka CENTURY MENDOCINO CABLE TV dba ADELPHIA CABLE COMMUNICATIONS, | |
| 24             Cross-Complainant, | |
| 25  v. | |
| 26  PAULEY CONSTRUCTION, INC., and ROES 1 to 50, INCLUSIVE, | |
| 28             Cross-Defendants. | |

1

**REQUEST FOR JUDICIAL NOTICE**
H:\DATA\CUSTOMER\L637\USDC\Pleadings\MoTransferBkrptcy\RFJN in Support of Motion to Transfer.wpd

1  NOW COMES ADELPHIA COMMUNICATIONS CORPORATION, aka Century
2  Mendocino Cable TV dba Adelphia Cable Communications (hereinafter "ADELPHIA"), by and
3  through its attorneys Ryan & Lifter, and requests this Court take Judicial Notice of the Complaint and
4  Summons originally filed by Sifa Tuiaki and Lupe Tuiaki against, *inter alia*, PAULEY
5  CONSTRUCTION INC. ("PAULEY") and ADELPHIA, filed on September 5, 2003, San Francisco
6  Superior Court case number CGC-03-419761, and attached hereto as Exhibit "A". ADELPHIA also
7  requests this Court take Judicial Notice of the Service of Summons upon PAULEY performed
8  September 10, 2003, and filed on September 19, 2003, San Francisco Superior Court case number
9  CGC-03-419761, and attached hereto as Exhibit "B".
10  Courts may take judicial notice of facts "[g]enerally known within the territorial jurisdiction of
11  the trial court, or ...[c]apable of accurate and ready determination by resort to sources whose accuracy
12  cannot be reasonably questioned" (F.R.E. 201(b)). The docket entries are readily accessible through
13  the ECF/PACER system, and easily verifiable by this Court.
14  WHEREFORE, ADELPHIA requests this Court grant its request to take judicial notice of
15  Tuiaki's Summons and Complaint against, *inter alia* PAULEY and TUIAKI, and of the Service of
16  Summons upon PAULEY performed September 10, 2003, and filed on September 19, 2003.
17  Date: June 7, 2007

**RYAN & LIFTER**
A Professional Corporation

By  /s/ Michael J. Daley
    MICHAEL J. DALEY

Attorney for Defendant/Cross-Complainant
ADELPHIA COMMUNICATIONS
CORPORATION, aka Century Mendocino Cable
TV dba Adelphia Cable Communications

2

REQUEST FOR JUDICIAL NOTICE
H:\DATA\CUSTOMER\L637\USDC\Pleadings\MoTransferBkrptcy\RFJN in Support of Motion to Transfer.wpd

LAW OFFICES OF
RYAN & LIFTER
A PROFESSIONAL CORPORATION
2010 Crow Canyon Pl., Ste 330
San Ramon, CA 94583-1433
TEL: (925) 884-2080
FAX: (925) 884-2090