MICHAEL J. DALEY, ESQ. (State Bar No.: 157699)
**RYAN & LIFTER**
A Professional Corporation
2010 Crow Canyon Place, Suite 330
San Ramon, CA 94583
Tel: (925) 884-2080
Fax: (925) 884-2090

Attorneys for Defendant/Cross-Complainant
ALDELPHIA COMMUNICATIONS CORPORATION aka Century Mendocino Cable TV dba Adelphia Cable Communications

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIFA TUIAKI and LUPE TUIAKI,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS & ELECTRIC COMPANY; PAULEY CONSTRUCTION, INC.; TRAFFIC SOLUTIONS, INC.; ADELPHIA TELECOMMUNICATIONS CO., INC.; SBC TELECOMMUNICATIONS, INC.; MOBILE TOOL INTERNATIONAL, INC., dba TELSTA; COUNTY OF MENDOCINO; STATE OF CALIFORNIA; PACIFIC BELL TELEPHONE COMPANY; PACIFIC TELESIS GROUP; SBC OPERATIONS, INC.; and DOES 1 to 100,<br><br>Defendants.<br><br>ADELPHIA COMMUNICATIONS CORPORATION, aka CENTURY MENDOCINO CABLE TV dba ADELPHIA CABLE COMMUNICATIONS,<br><br>Cross-Complainant,<br><br>v.<br><br>PAULEY CONSTRUCTION, INC., and ROES 1 to 50, INCLUSIVE,<br><br>Cross-Defendants. | Case No.: CV 07-02257 CW<br><br>**(PROPOSED) ORDER GRANTING ADELPHIA COMMUNICATION'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. SECTION 1412 TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY COURT**<br><br>DATE:   July 26, 2007<br>TIME:    2:00 p.m.<br>COURTROOM:  2<br>1301 Clay St., 4th Fl.<br>Oakland, CA 94612 |

MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1412 TO THE U.S. DIST. CT., SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY COURT
H:\DATA\CUSTOMER\L637\USDC\Pleadings\MoTransferBkrptcy\(Proposed) Order.wpd

1     The hearing on ALDELPHIA COMMUNICATIONS CORPORATION'S aka Century Mendocino Cable TV dba Adelphia Cable Communications ("Adelphia") Motion to Transfer Venue Pursuant to 28 U.S.C. section 1412 to United States District Court, Southern District of New York Bankruptcy Court, on grounds that the Southern District of New York Bankruptcy Court retained exclusive jurisdiction over matters raised by Pauley Construction, Inc., came on regularly for consideration on July 26, 2007, before this Court in Courtroom 2, at 1301 Clay St., 4th Floor, Oakland, California.

    The Court, having considered the evidence and moving papers in support of Adelphia's Motion to Transfer, Opposition and reply thereto,

    IT IS ORDERED THAT:

    Adelphia's Motion to Transfer to the United States District Court, Southern District of New York Bankruptcy Court is GRANTED.

Date: _____

_____
CLAUDIA WILKENS
Judge of the U.S. District Court, Northern District

LAW OFFICES OF
RYAN & LIFTER
A PROFESSIONAL CORPORATION
2010 Crow Canyon Pl. Ste 330
San Ramon, CA 94583-1433
TEL: (925) 884-2080
FAX: (925) 884-2090

2

MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1412 TO THE U.S. DIST. CT., SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY COURT
H:\DATA\CUSTOMER\L637\USDC\Pleadings\MoTransferBkrptcy\(Proposed) Order.wpd