JEFFREY M. VUCINICH, ESQ. BAR#: 67906
JOSHUA W. ROSE, ESQ. BAR#: 191024
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendant and Cross-Complainant
PAULEY CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIFA TUIAKI and LUPE TUIAKI,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, PAULEY CONSTRUCTION, INC., TRAFFIC SOLUTIONS, INC., ADELPHIA TELECOMMUNICATIONS CO., INC., SBC TELECOMMUNICATIONS, INC., MOBILE TOOL INTERNATIONAL, INC. dba TELSTA, COUNTY OF MENDOCINO, STATE OF CALIFORNIA, PACIFIC BELL TELEPHONE COMPANY, PACIFIC TELESIS GROUP, SBC OPERATIONS, INC., and DOES 1 to 50,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO.: C07 2257 CW<br><br>**PROOF OF SERVICE AS TO PAULEY CONSTRUCTION, INC'S. REPLY TO ADELPHIA COMMUNICATIONS CORPORATION'S OPPOSITIONS TO PAULEY'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED [F.R.C.P. 12(b)(6)] & MOTION TO REMAND TO STATE COURT [28 U.S.C. §1447( c)]**<br><br>Date:      June 28, 2007<br>Time:      2:00 p.m.<br>Location:  Courtroom 2, 4th Floor<br>Judge:     Claudia Wilken<br>1301 Clay Street<br>Oakland, CA 94612 |

PROOF OF SERVICE AS TO PAULEY CONSTRUCTION, INC'S.
REPLY TO ADELPHIA COMMUNICATIONS CORPORATION'S
OPPOSITIONS TO MOTION TO DISMISS & MOTION TO REMAND
TO STATE COURT [28 U.S.C. §1447( c)]; C072257CW

G:\Data\DOCS\0017\03419\mot-dismiss-12b6\POS-Adelphia Reply.wpd

**SIFA TUIAKI v. PACIFIC GAS AND ELECTRIC COMPANY, et al.**
United States District Court, Northern District of California Case No. C07 2257 CW

**PROOF OF SERVICE**

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 1111 Bayhill Drive, Suite 300, San Bruno, CA 94066. On the date indicated below, I served the within:

**PAULEY CONSTRUCTION, INC'S. REPLY TO ADELPHIA COMMUNICATIONS CORPORATION'S OPPOSITIONS TO PAULEY'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED [F.R.C.P. 12(b)(6)] & MOTION TO REMAND TO STATE COURT [28 U.S.C. §1447( c)]**

on the parties in this action by transmitting a true copy of the foregoing document(s) in the following manner:

☐ (BY MAIL) Pursuant to Code of Civil Procedure §1013(a), I placed a true copy thereof enclosed in a sealed envelope, addressed as set forth below, and deposited each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Clapp, Moroney, Bellagamba & Vucinich. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing of in affidavit.

☐ (BY PERSONAL SERVICE) I caused to be delivered by hand this date each of the above documents, to the following:

☐ (BY FACSIMILE) I caused each of the above documents to be faxed this date to the offices of the following:

☐ (BY FEDEX) I caused each of the above documents to be sent by FedEx this date to the offices of the following:

☒ (BY ECF PACER) I caused to be delivered by ECF PACER this date each of the above documents, for which our office will maintain the ECF PACER filing receipt, to the following:

**SEE LIST POSTED ON ECF PACER**

Executed on June 14, 2007 at San Bruno, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Rosa Uribe*
ROSA URIBE

PROOF OF SERVICE AS TO PAULEY CONSTRUCTION, INC'S.
REPLY TO ADELPHIA COMMUNICATIONS CORPORATION'S
OPPOSITIONS TO MOTION TO DISMISS & MOTION TO REMAND
TO STATE COURT [28 U.S.C. §1447( c)]; C072257CW        2

G:\Data\DOCS\0017\03419\mot-dismiss-12b6\POS-Adelphia Reply.wpd