IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADELPHIA COMMUNICATIONS CORPORATION,

    Plaintiff,

  v.

PAULEY CONSTRUCTION, INC., et al.,

    Defendants.
_____/

No. C 07-02257 CW

CLERK'S NOTICE CONTINUING MOTION HEARING

    Notice is hereby given that Defendant Pauley Construction, Inc.'s Motion to Dismiss for Failure to State a Claim Upon Which Relief May Be Granted (FRCP12(b)(6)), previously set for hearing on June 28, 2007, is continued to **July 26, 2007, at 2:00 p.m.**, to be heard along with Defendant Aldelphia Communications Corp.'s Motion to Transfer Venue Pursuant to 28 USC 1412 to the United States District Court, Southern District of New York Bankruptcy Court, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. Pauley Construction, Inc.'s Motion to Remand will remain on calendar for June 28, 2007.

Dated: 6/14/07

                                      *Sheilah Cahill*
                                      SHEILAH CAHILL
                                      Deputy Clerk

**United States District Court**
For the Northern District of California