UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADELPHIA COMMUNICATIONS CORPORATION,

      Plaintiff,

  v.

PAULEY CONSTRUCTION, INC.,

      Defendant.

NO. C 07-02257 CW

**MINUTE ORDER**
Date: 6/28/07

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**    **Court Reporter:** Diane Skillman

**Appearances for Cross-Claimant:**
Joseph Ryan

**Appearances for Cross-Defendant:**
Joshua W. Rose

**Motions:**

| | | |
|---|---|---|
| Defendant Pauley Construction, Inc. | Mo. to remand to state court (28 USC 1447(c)) | Granted |

Further briefing due:
Order to be prepared by:  Court

Notes:   Motion granted.  All further dates vacated.

Copies to:  Chambers