IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIFA TUIAKI and LUPE TUIAKI,<br><br>      Plaintiffs,<br><br>   v.<br><br>PACIFIC GAS & ELECTRIC COMPANY, PAULEY CONSTRUCTION, INC., TRAFFIC SOLUTIONS, INC., ADELPHIA TELECOMMUNICATIONS CO., INC., SBC TELECOMMUNICATIONS, INC., MOBILE TOOL INTERNATIONAL, INC., dba TELSTA, COUNTY OF MENDOCINO, STATE OF CALIFORNIA, PACIFIC BELL TELEPHONE COMPANY, PACIFIC TELESIS GROUP, SBC OPERATIONS, INC., and DOES 1 to 50,<br><br>      Defendants.<br><br>ADELPHIA COMMUNICATIONS CORPORATION aka CENTURY MENDOCINO CABLE TV dba ADELPHIA CABLE COMMUNICATIONS,<br><br>      Cross-claimant,<br><br>   v.<br><br>PAULEY CONSTRUCTION, INC.,<br><br>      Cross-defendant.<br>_____/ | No. C 07-2257 CW<br><br>ORDER GRANTING PAULEY CONSTRUCTION, INC.'S MOTION TO REMAND TO STATE COURT |

1    Cross-defendant Pauley Construction has filed a motion to
2 remand this action to state court.  Cross-claimant Adelphia
3 Communications Corporation (Adelphia) opposes this motion.  The
4 matter was heard on June 28, 2007.  Having considered all of the
5 papers filed by the parties and oral argument on the motion, the
6 Court GRANTS Pauley's motion to remand.
7    As the Court noted at the hearing, this proceeding, Adelphia's
8 cross-claim for indemnity against Pauley Construction, is not a
9 core proceeding under the Bankruptcy Code, but is merely related to
10 Adelphia's bankruptcy case.  Thus, this Court has non-exclusive
11 jurisdiction over it.  28 U.S.C. § 1334(b).  Contrary to Adelphia's
12 contention, the outcome of this indemnity action is a separate
13 matter from Adelphia's payment to Pauley in the bankruptcy case.
14 The state court is well suited to hear Adelphia's indemnity cross-
15 claim, as it involves state law issues of negligence and contract
16 law.  Furthermore, Adelphia could have originally brought this
17 claim in federal court but chose to sue Pauley in state court.
18 Finally, under either 28 U.S.C. § 1446(b) or Federal Rule of
19 Bankruptcy Procedure 9027(a)(3), Adelphia's notice of removal was
20 untimely.
21    For the foregoing reasons, Pauley's motion to remand to state
22 court is GRANTED.
23    IT IS SO ORDERED.

25 Dated: 7/2/07

     _____
     CLAUDIA WILKEN
     United States District Judge

2