**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

_____

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
510.637.3530

July 3, 2007

SanFrancisco County Superior Court  
400 McAllister St.  
San Francisco, CA 94102

RE:  CV 07-02257 CW     Tuiaki-v-Adelphia Communications Corporation  
         **Your Case Number: (CGC-04-432476)**

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

|     |     |
| --- | --- |
| (X) | Certified copies of docket entries |
| (X) | Certified copies of Remand Order |
| ( ) | Other |

   **Please acknowledge receipt of the above documents on the attached copy of this letter**.

                              Sincerely,

                              RICHARD W. WIEKING, Clerk


                              by:  Clara Pierce  
                              Case Systems Administrator

Enclosures  
Copies to counsel of record


NDC TR-5  Rev.  7/92  
o:\mrg\civil\remand.mrg