UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

July 3, 2007

SanFrancisco County Superior Court
400 McAllister St.
San Francisco, CA 94102

**FILED**
JUL 1 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ENDORSED
F I L E D
San Francisco County Superior Court
JUL - 5 2007
GORDON PARK-LI, Clerk
BY _____ Deputy Clerk

RE: CV 07-02257 CW    Tuiaki-v-Adelphia Communications Corporation
    **Your Case Number: (CGC-04-432476)**

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (X)    Certified copies of docket entries

        (X)    Certified copies of Remand Order

        ()    Other

**Please acknowledge receipt of the above documents on the attached copy of this letter.**

Sincerely,

RICHARD W. WIEKING, Clerk

by: Clara Pierce
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg